ANITA P. ARRIOLA, ESQ.
JOAQUIN C. ARRIOLA, JR., ESQ.
**ARRIOLA, COWAN & ARRIOLA**
259 Martyr Street, Suite 201
Hagatna, Guam 96910
Telephone:     (671) 477-9731/33
Telecopier:    (671) 477-9734

Counsel for Plaintiffs LOUIS VUITTON
MALLETIER, CHANEL, INC. and
PRADA, S.A.

**FILED**
DISTRICT COURT OF GUAM

MAY - 5 2003

MARY L. M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| LOUIS VUITTON MALLETIER and CHANEL, INC., and PRADA, S.A. | ) CIVIL CASE NO. **03-00013** |
| | ) |
| Plaintiffs, | ) **VERIFIED COMPLAINT FOR** |
| | ) **TRADEMARK INFRINGEMENT,** |
| vs. | ) **TRADEMARK COUNTERFEITING,** |
| | ) **FALSE DESIGNATION OF ORIGIN,** |
| VENDOR DOE I, aka U.S.A. T-SHIRTS | ) **PERMANENT INJUNCTION, AND** |
| AND GIFT ITEMS, VENDOR DOE II, | ) **DAMAGES** |
| aka SU KIM, VENDOR DOE III, and | ) |
| DOES I THROUGH XX, | ) |
| | ) |
| Defendants. | ) |
| | ) |

*(vertical left margin: ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910)*

### Jurisdiction and Venue

1.     This is a complaint for trademark and trade dress infringement, trademark

counterfeiting, false designation of origin and unfair competition arising under the Trademark Act

of 1946, 15 U.S.C. § 1051 et seq. (hereinafter the "Lanham Act"), as amended by the Trademark

Counterfeiting Act of 1984, Public Law 98-473 (hereinafter the "Counterfeiting Act"). This Court

has exclusive jurisdiction over this action under 28 U.S.C. §§ 1331, 1338(a) and 1338(b); 15 U.S.C.

§§ 1114, 1116, 1121 and 1125; and 48 U.S.C. § 1424.

-1-

2.      Venue properly lies in this District pursuant to 28 U.S.C. § 1391(b) and 1391(c) because defendants are doing business in this District and because the unlawful acts of all defendants have occurred and continue to occur in this District.

### The Parties

3.      Plaintiff LOUIS VUITTON MALLETIER ("LOUIS VUITTON") is a France corporation, having its principal place of business at 2, Rue du Pont-Neuf, 75001 Paris, France. LOUIS VUITTON has an affiliated office in Guam at Pacific Place, Level 3, Suite 302, 1411 Pale San Vitores Road, Tumon, Guam.

4.      Plaintiff CHANEL, INC. ("CHANEL") is a New York corporation, having its principal place of business at 9 West 57th Street, New York, New York. Plaintiff CHANEL has an affiliated office in Guam at the Tumon Sands Plaza, Tumon, Guam.

5.      Plaintiff PRADA, S.A. ("PRADA") is a Luxembourg corporation, having its principal place of business at 23 Rue Aldringen, L1118 Luxembourg. Plaintiff PRADA has an affiliated office in Guam known as TRS Guam, dba PRADA, located at Units 115 and 118, Ixora Industrial Park, 215 Rojas Street, Harmon, Guam 96913.

6.      Upon information and belief, Defendant VENDOR DOE I, aka U.S.A. T-SHIRTS AND GIFT ITEMS, is a Guam business with its principal place of business located on the corner of Marine Drive and Old San Vitores Road, in Upper Tumon, Guam (across the street from Burger King).

7.      Upon information and belief, Defendant VENDOR DOE II, aka SU KIM, is a sole proprietorship with its principal business as a sidewalk vendor located at the Plaza de Espana, in Hagatna, Guam.

-2-

8.     Upon information and belief, Defendant VENDOR DOE III is a Guam business, name unknown, with its principal place of business located at a single-story building behind the ABC Store across the street from the Hyatt Hotel in Tumon, Guam.

9.     The true names and capacities of the individuals, corporations or other entities named herein as defendants DOES I - XX are unknown to plaintiffs, who consequently sues said defendants by such fictitious names. Plaintiffs will seek leave to amend the complaint to state their true names and capacities when they have been ascertained.

## Factual Allegations

10.     LOUIS VUITTON and its affiliated companies and licensees for many years have been and are now manufacturing, developing, promoting, marketing, and distributing finely crafted luggage, handbags, clothing, accessories and related items, and other goods, under the trademarks LOUIS VUITTON and the "LV" monogram design. LOUIS VUITTON was one of the pioneer specialty merchandisers selling fine luggage and travel accessories to the luxury market in this country.

11.     LOUIS VUITTON is the owner of trademarks consisting of, among others, the words LOUIS VUITTON and a distinctive "LV" monogram logo trademark. LOUIS VUITTON's trademarks were entered on the Principal Trademark Register of the United States Patent and Trademark Office as Registered Trademark Nos. 297,594, 1,519,828, 1,770,331, 1,794,905, 1,938,808, 1,990,760, 2,263,903, 2,378,388, respectively. (True, certified copies of these registrations belonging or licensed to plaintiff LOUIS VUITTON are annexed hereto as Exhibits A through H, and made a part hereof). Plaintiff LOUIS VUITTON respectfully requests that the Court take judicial notice that the original, certified copies of these registrations are attached to the Verified

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910

-3-

Complaint in <u>Louis Vuitton, et al. v. Yim, et al.</u>, Civil Case No. 00-00069 (D. Guam) and they are still current and valid registrations.

12. For many years prior to the acts of defendants complained of herein, LOUIS VUITTON has been and now is producing, advertising, offering for sale and selling various merchandise bearing one or more of its trademarks, including: trunks luggage, travel accessories, handbags, small leather goods such as keycases, wallets, cigarette cases, belts, apparel, scarves, and various garments and other merchandise, in interstate commerce. Using its trademarks, LOUIS VUITTON has established an outstanding reputation throughout the United States and the world as a supplier of high quality fashionable travel merchandise.

13. LOUIS VUITTON has, for many years, expended great time, effort, and money in the promotion and advertisement of its products under its marks and names including LOUIS VUITTON and the "LV" monogram design. This extensive promotion includes advertisements, articles, and news releases in local, national and international magazines and newspapers. As a result of their widespread and continuous use and promotion, the LOUIS VUITTON marks and names have become famous in identifying LOUIS VUITTON as the exclusive source of a variety of high quality and fashionable travel merchandise which is distinguishable from the goods of others.

14. LOUIS VUITTON's merchandise is manufactured in Europe and sold through a supplier in Hong Kong. LOUIS VUITTON goods are sold and shipped throughout the world.

15. Plaintiff CHANEL's merchandise is manufactured in France and Italy. CHANEL is a prestigious firm whose products have always been acknowledged as a Number One Fashion House providing the utmost luxury, originality and quality to its customers through its products. The products of the brand name CHANEL are renowned for their unique craftsmanship and the highest

-4-

standards of quality. CHANEL offers for sale a variety of products including: women's clothing; handbags; luggage; small leather goods such as wallets, agendas, keycases, cigarette cases, coin holders, and cosmetic purses; watches, fine jewelry and costume jewelry including earrings, brooches, necklaces, bracelets, rings, and anklets; fragrances and beauty products such as skin care and cosmetics; shoes; scarves; ties; hats and gloves.

16.    CHANEL and its affiliated companies and licensees for many years have been and are now manufacturing, developing, promoting, marketing, and distributing apparel, handbags, footwear, accessories and related items, and other goods, under the trademarks CHANEL and the "____" logo trademark. Plaintiff CHANEL is a specialty merchandiser selling fine apparel, leather goods, handbags and other merchandise to the luxury market in this country.

17.    CHANEL is the owner of trademarks consisting of, among others, the word CHANEL and a distinctive "____" logo trademark. Plaintiff CHANEL's trademarks were entered on the Principal Trademark Register of the United States Patent and Trademark Office as Registered Trademark Nos. 902,190,    1,177,400, 1,647,875, 1,654,252, 1,733,051 and 1,734,822. (True, certified copies of these registrations belonging or licensed to plaintiff CHANEL are annexed hereto as Exhibits I through N and made a part hereof). Additional CHANEL trademarks were entered on the Principal Trademark Register of the United States Patent and Trademark Office as Registered Trademark Nos. 1,241,264, 1,241,265, 1,501,898, 1,510,757, and 1,571,787. True, certified copies of these registrations belonging or licensed to plaintiff CHANEL are annexed hereto as Exhibits O through S and made a part hereof). Plaintiff CHANEL respectfully requests that the Court take judicial notice that the original, certified copies of these latter registrations (Exhibits O through S) are attached to the Verified Complaint in <u>Yim</u>, Civil Case No. 00-00069 and they are still current and valid registrations.

-5-

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910

18.     For many years prior to the acts of defendants complained of herein, plaintiff CHANEL and its affiliated companies have been and now are producing, advertising, offering for sale and selling various merchandise bearing one or more of its trademarks, including: women's clothing; handbags; luggage; small leather goods such as wallets, agendas, keycases, cigarette cases, coin holders, and cosmetic purses; watches, fine jewelry and costume jewelry including earrings, brooches, necklaces, bracelets, rings, and anklets; fragrances and beauty products such as skin care and cosmetics; shoes; scarves; ties; hats and gloves and other merchandise, in interstate commerce. Using its trademarks, CHANEL has established a signature and distinctive reputation throughout the United States and the world as a supplier of high quality fashionable  merchandise.

19.     CHANEL and its affiliated companies have, for many years, expended great time, effort, and money in the promotion and advertisement of its products under its marks and names including the brand name CHANEL and the "____" logo. This extensive promotion includes advertisements, articles, and news releases in local, national and international magazines and newspapers. As a result of their widespread and continuous use and promotion, the CHANEL marks and names have become famous in identifying the brand name CHANEL as the exclusive source of a variety of high quality and fashionable luxury merchandise which is distinguishable from the goods of others.

20.     CHANEL products are offered for sale in Guam at the Tumon Sands Plaza and the Tumon Bay Duty Free Shoppers Galleria.  CHANEL goods are sold and shipped throughout the world.

21.     Plaintiff PRADA's products are manufactured in Italy.  The products of PRADA are renowned for their unique craftsmanship and the highest standards of quality.  The history of the PRADA trademark dates back to the early twentieth century when Mario Prada opened two top

-6-

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910

quality leather goods stores in Milan, Italy. PRADA products include top quality leather goods, shoes, ready-to-wear collections, bags, and other items featuring exclusive fabrics, precious hides and traditional craftsmanship.

22.     Highly sophisticated styling and production techniques have attained worldwide prominence for PRADA products. PRADA has established a unique operation for the production of its bags, shoes and apparel. In Tuscany, near Florence, all the prototypes are designed and produced. All phases of manufacturing are kept under constant scrutiny. PRADA controls the product through all stages of development, so that only the highest quality bears the PRADA trademark. PRADA's quality control is evident in the distribution of its products in more than 140 directly operated boutiques worldwide.

23.     For many years prior to the acts of defendants complained herein, PRADA and its affiliated companies have been and now are producing, advertising, offering for sale and selling various merchandise bearing one or more of its trademark. Such merchandise currently includes: handbags, wallets, totes, umbrellas, briefcases, suitcases, fanny packs, mens's and women's clothes, shoes, sport shoes, boots, raincoats, swimwear, cosmetics and watches.

24.     PRADA's trademarks consist of, among others, the word "PRADA"; a distinctive triangular-shaped logo with the words "PRADA MILANO DAL 1913"; and a distinctive oval-shaped logo with the words "PRADA MILANO." The registered owner of the trademarks is Prefel, S.A., but the name of the company was changed to PRADA, S.A. True, certified copies of the French and English translation of the abstract of the corporate register of PRADA, S.A. which shows the company's change of name is attached hereto as Exhibit T. PRADA's trademarks were entered on the Principal Trademark Register of the United States Patent and Trademark Office as Registered Trademark Nos. 1,873,854, 2,162,795, 2,303,400, and 2,535,382. True, certified copies of these

-7-

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910

registrations belonging or licensed to plaintiff PRADA are annexed hereto as Exhibits U through X and made a part hereof).

25.     Plaintiffs LOUIS VUITTON, CHANEL and PRADA are informed and believe and thereon allege that defendants import, export, sell and/or distribute clothing; handbags; luggage; small leather goods such as wallets, agendas, keycases, cigarette cases, coin holders, and cosmetic purses; watches, fine jewelry and costume jewelry including earrings, brooches, necklaces, bracelets, rings, and anklets; shoes; scarves; ties; hats, gloves, belts, and various garments and other merchandise, which bear counterfeits of the LOUIS VUITTON and "LV" monogram design, the CHANEL and _____ trademarks, and the PRADA and PRADA logo trademarks (collectively "Counterfeit Merchandise"), in this District. Defendants are not authorized by LOUIS VUITTON, CHANEL, PRADA, or anyone else to buy, sell or distribute LOUIS VUITTON, CHANEL, or PRADA brand goods. Defendants' retail activities in Guam include selling such merchandise to Guam consumers and especially to Japanese tourists.

26.     On information and belief, defendants have sold, offered for sale, and conspicuously displayed copies, reproductions, duplicates and imitations of one or more of LOUIS VUITTON's, CHANEL's and PRADA's trademarks. The Counterfeit Merchandise is of the same general nature and type as the merchandise manufactured, distributed or authorized to be sold by LOUIS VUITTON, CHANEL, and PRADA, that defendants' use is likely, and is intended, to cause confusion to purchasers and to deceive the public into purchasing defendants' inferior merchandise, believing that they are LOUIS VUITTON's, CHANEL's or PRADA's products. Defendants have intentionally and willfully attempted to trade upon the goodwill created by LOUIS VUITTON, CHANEL and PRADA in their trademarks, trade names and trade dresses.

-8-

27.     Moreover, upon information and belief, defendants have made     oral misrepresentations to potential  customers that defendants' merchandise are intentional copies of and equal in quality to, the merchandise sold by LOUIS VUITTON, CHANEL, and PRADA.

28.     By misappropriating and using the LOUIS VUITTON, CHANEL, and PRADA trademarks, defendants have misrepresented and falsely described to the general public the origin and source of the Counterfeit Merchandise so as to deceive the public and deliberately create the likelihood of confusion by the ultimate purchaser as to both the source and sponsorship of the Counterfeit Merchandise.

29.     The Counterfeit Merchandise described above is of quality inferior to that sold and/or authorized to be sold by plaintiffs and the sale thereof has and will continue to damage and dilute the goodwill plaintiffs have developed in connection with the sale of legitimate, authorized high quality merchandise.

30.     The unlawful activities of defendants result in irreparable harm and injury to plaintiffs. Defendants' unlawful activities deprive plaintiffs of their absolute right to determine the manner in which their images are presented to the general public through merchandising; deceive the public as to the origin and sponsorship of such merchandise; wrongfully trade upon and derive financially from plaintiffs' reputation, commercial value and exclusive rights in their trademarks; and, to the extent the Counterfeit Merchandise is of inferior quality, irreparably harms and injures the reputation of plaintiffs.

31.     Defendants' activities as aforesaid cause and will cause injury to LOUIS VUITTON, CHANEL and PRADA and their reputation, names, and trademarks. Plaintiffs have no adequate remedy at law and have suffered, and will continue to suffer, immediate and irreparable harm and damage as a result of defendants' acts, if an injunction is not granted.

-9-

## COUNT I

## FEDERAL TRADEMARK INFRINGEMENT

32.     Plaintiffs reallege and incorporate by reference herein the allegations set forth in paragraphs 1 through 31 of this Complaint as if fully set forth herein.

33.     Defendants' aforesaid use of the LOUIS VUITTON , CHANEL and PRADA Trademarks, on and in connection with their counterfeit goods, infringes upon plaintiffs' exclusive rights in their federally registered trademarks, in violation of the Lanham Act, 15 U.S.C. § 1114, as amended, and 15 U.S.C. § 1051, et seq.

34.     Upon information and belief, notwithstanding LOUIS VUITTON's, CHANEL's and PRADA's common law and statutory rights in their trademarks, and with knowledge or at least constructive notice of plaintiffs' trademarks and federal registration rights, defendants are selling, trafficking in, importing, distributing and/or offering for sale various types of apparel, leather goods, bags, luggage, jewelry and other merchandise upon which are imprinted counterfeit imitations or copies of one or more of LOUIS VUITTON's, CHANEL's and PRADA's registered trademarks. Plaintiffs have never authorized or consented in any way to the use by defendants of their registered trademarks, or authorized defendants as distributors of plaintiffs' goods in order to give their merchandise the distinctive appearance of belonging to, originating from, or being associated with plaintiffs.

35.     Defendants' counterfeiting, copying and unauthorized use of one or more of plaintiffs' federally registered Trademarks combined with the distinctive trade dress of plaintiffs' merchandise, constitute trademark infringement and are likely to, and are causing confusion, mistake and deception among members of the public as to the origin of defendants' goods and are likely to and will continue to deceive the public into believing that the goods being sold by defendants emanate

-10-

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910

from or are associated with plaintiffs and their high quality genuine merchandise, and has thus caused and will continue to cause irreparable harm to plaintiffs unless restrained by this Court. Plaintiffs have no adequate remedy at law.

## COUNT II

### FEDERAL TRADEMARK COUNTERFEITING

36.     Plaintiffs reallege and incorporate by reference herein the allegations set forth in paragraphs 1 through 35 of this Complaint as if fully set forth herein.

37.     Defendants' aforesaid use in commerce of one or more of plaintiffs' federally registered Trademarks in connection with their goods, constitutes trafficking or attempts to traffic in goods knowingly using counterfeit trademarks, in violation of the Counterfeiting Act, 15 U.S.C. § 1114(1), et seq.

38.     Upon information and belief, defendants, having full knowledge of plaintiffs' rights and the fact that the goods defendants sell are unauthorized duplications of plaintiffs' merchandise, have engaged in the reproduction, counterfeit, copy, imitation, manufacture and/or sale of goods bearing the LOUIS VUITTON, CHANEL or PRADA Trademarks in order falsely to give their goods the distinctive appearance of belonging to, originating from, or being associated with plaintiffs.

39.     Defendants' aforesaid acts in counterfeiting one or more of plaintiffs' federally registered Trademarks have caused and will continue to cause irreparable harm to plaintiffs unless restrained by this Court.   Plaintiffs have no adequate remedy at law.

## COUNT III

### FEDERAL UNFAIR COMPETITION -- FALSE DESIGNATION OF ORIGIN

40.     Plaintiffs reallege and incorporate by reference herein the allegations set forth in paragraphs 1 through 39 of this Complaint as if fully set forth herein.

-11-

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910

41. The similarity between the overall commercial impression of the genuine merchandise of plaintiffs and the goods sold by defendants, bearing the unauthorized and counterfeit LOUIS VUITTON, CHANEL or PRADA Trademarks, constitutes a false designation of origin and a false description and representation to the consuming public. Members of the public are likely to and, upon information and belief, do believe that defendants' goods were manufactured, imported, distributed, sold, authorized by or otherwise associated with plaintiffs, all to defendants' profit and plaintiffs' great damage and injury.

42. The aforesaid acts of defendants are in violation of the Lanham Act, 15 U.S.C. § 1125(a), and have caused and will continue to cause plaintiffs' irreparable injury unless restrained by this Court. Plaintiffs have no adequate remedy at law.

WHEREFORE, plaintiffs respectfully pray that this Court grant the following relief as to each of the above causes of action:

A. Preliminarily and permanently enjoining and restraining defendants, their officers, directors, principals, agents, servants, employees, successors and assigns, and all those in active concert or participation with them, from:

(1) counterfeiting, imitating, copying, or making unauthorized use of "LOUIS VUITTON", the "LV" design, "CHANEL", the "____" design, "PRADA", the PRADA logos or designs, or any of LOUIS VUITTON's, CHANEL's or PRADA's registered or licensed trademarks;

(2) manufacturing, producing, printing, distributing, importing, trafficking in, selling, offering for sale, advertising, promoting or displaying any merchandise of whatever nature or type, including but not limited to, apparel, luggage, handbags, purses, leather goods, belts, keycases, jewelry, accessories or any other items bearing any simulation, reproduction, counterfeit, copy or colorable imitation of "LOUIS VUITTON", the "LV" design, "CHANEL", the "____"

-12-

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910

design, "PRADA", the PRADA logos or designs, or any of LOUIS VUITTON's, CHANEL's, or

PRADA's registered or licensed trademarks;

(3) using any simulation, reproduction, counterfeit, copy or colorable imitation

of "LOUIS VUITTON", the "LV" design, "CHANEL", the "____" design, "PRADA", the PRADA

logos or designs, or any of LOUIS VUITTON's, CHANEL's or PRADA's registered or licensed

trademarks or trade dress in connection with the promotion, advertisement, display, sale, offering

for sale, manufacture, printing, importation, production, circulation or distribution of any product,

in such fashion as to relate or connect such product in any way to LOUIS VUITTON, CHANEL, or

PRADA or to any goods sold, manufactured, sponsored or approved by, or connected with LOUIS

VUITTON, CHANEL or PRADA;

(4) making any statement or representation whatsoever, or using any false

designation of origin or false description or representation, or performing any act, which can, or is

likely to, lead the trade or public, or individual members thereof, to believe that any products

manufactured, printed, distributed or sold by defendants, or that defendants or defendants' stores, are

in any manner associated or connected with LOUIS VUITTON, CHANEL or PRADA, or any goods

of defendants are sold, manufactured, licensed, sponsored, approved or authorized by LOUIS

VUITTON, CHANEL or PRADA; and

(5) engaging in any other activity constituting unfair competition with LOUIS

VUITTON, CHANEL or PRADA, or constituting an infringement of any of LOUIS VUITTON's,

CHANEL's or PRADA's trademarks, or of LOUIS VUITTON's, CHANEL's or PRADA's rights in,

or to use or to exploit, LOUIS VUITTON's, CHANEL's or PRADA's trademarks, or the trade dress

of LOUIS VUITTON's, CHANEL's or PRADA's products, or constituting any damage to LOUIS

VUITTON's, CHANEL's or PRADA's name, trademarks, reputation or goodwill.

-13-

B.    Directing that defendants deliver for destruction all products, merchandise, goods, labels, signs, prints, packages, dies, wrappers, parts, hardware, artwork or apparatus, receptacles and advertisements in their possession, or under their control, bearing the registered trademarks or the word, term, name, symbol, device, designation or representation of LOUIS VUITTON, CHANEL or PRADA or any simulation, reproduction, counterfeit, copy or colorable imitation thereof, and all plates, molds, matrices and other means of making the same.

C.    Imposing a constructive trust over Defendants' profits and requiring Defendants to account for and pay over to LOUIS VUITTON, CHANEL, or PRADA, respectively, all profits realized by them from their infringement and injury to the value of LOUIS VUITTON, CHANEL or PRADA trademarks and their unfair competition with LOUIS VUITTON, CHANEL or PRADA;

D.    Awarding judgment to plaintiffs for plaintiffs' damages or defendants' profits, whichever are greater, arising from defendants' trademark infringement, trademark counterfeiting, false designation of origin, and unfair competition, such damages to be trebled in view of the willfulness of defendants' acts in duplicating plaintiffs' tradename and the LOUIS VUITTON, CHANEL or PRADA Trademarks and/or selling defendants' products with the express or implied representation through the use of plaintiffs' trade dress and trademarks that defendants' products emanate from or are associated with plaintiffs; or, alternatively, that the Court award statutory damages pursuant to 15 U.S.C. § 1117(c);

E.    Awarding plaintiffs exemplary and punitive damages as allowed by law;

F.    Awarding plaintiffs their costs of suit incurred herein;

G.    Awarding plaintiffs reasonable attorney's fees and expenses incurred in this action;

H.    Awarding plaintiffs prejudgment interest as authorized by 15 U.S.C. § 1117(b) and applicable law; and

-14-

I.       Granting plaintiffs such other and further relief as this Court deems to be reasonable,

necessary and just.

Dated: _May 5, 2003_ .

ARRIOLA, COWAN & ARRIOLA
Counsel for Plaintiffs LOUIS VUITTON
MALLETIER, CHANEL, INC. and
PRADA, S.A.

BY: _____
ANITA P. ARRIOLA

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910

-15-

## VERIFICATION

I, ANITA P. ARRIOLA, being duly sworn, deposes and says that:

I am an attorney at law duly admitted and licensed to practice before all courts of this Territory. I have my professional office at Suite 201, Calvo & Arriola Professional Building, 259 Martyr Street, Hagåtña, Guam 96910.

I am the attorney of record for plaintiffs in the above-entitled matter.

Said plaintiffs are absent from the city or town in which I have my office and for that reason I am making this verification on their behalf.

I have read the foregoing Verified Complaint and know the contents thereof and that the same are true of my own knowledge except as to those matters therein stated to be alleged on information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury under the laws of the United States and the territory of Guam that the foregoing is true and correct.

Executed this 5th day of _____ , 2003 in Hagåtña, Guam.

_____
**ANITA P. ARRIOLA**



TR 140641

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

**United States Patent and Trademark Office**

December 11, 2000

THE ATTACHED U.S. TRADEMARK REGISTRATION *297,594* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM   *September 20, 1932*
*3rd* RENEWAL FOR A TERM OF *10* YEARS FROM   *September 20, 1992*
SECTION 8 & 15
REPUBLISHED SECTION 12C
SAID RECORDS SHOW TITLE TO BE IN:
  *LOUIS VUITTON MALLETIER*
  *A FRANCE CORPORATION*



By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

L. EDELEN
Certifying Officer

EXHIBIT
**A**
PENGAD 800-631-6989

Int. Cl.: 18

Prior U.S. Cl.: 3

United States Patent and Trademark Office

Reg. No. 297,594
Registered Sep. 20, 1932
Renewal Term Begins Sep. 20, 1992

10 Year Renewal

## TRADEMARK
## PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE CORPORATION)
54, AVENUE MONTAIGNE
75008 PARIS, FRANCE, BY CHANGE OF NAME, ASSIGNMENT,ASSIGNMENT AND ASSIGNMENT FROM VUITTON & VUITTON, SOCIETE A RESPONSA-BILITE LIMITEE (FRANCE CORPO-RATION) PARIS, FRANCE

OWNER OF FRANCE REG. NO. 219,497, DATED 10-29-1908, RENEWED AS REG. NO. 219,497, DATED 8-3-1923.

THE REPRESENTATION OF A TRUCK LINING OR A SECTION THEREOF BEING HEREBY DIS-CLAIMED.

FOR: TRUNKS, VALISES, TRAVEL-ING BAGS, SATCHELS, HAT BOXES AND SHOE BOXES USED FOR LUG-GAGE, HAND BAGS, AND POCKET-BOOKS, IN CLASS 3 (INT. CL. 18).

FIRST USE 0-0-1897; IN COMMERCE 0-0-1897.

SER. NO. 71-313,983, FILED 4-29-1931.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on May 17, 1994.*

COMMISSIONER OF PATENTS AND TRADEMARKS

BEST AVAILABLE COPY

Ent. Cl. / 8 *(handwritten)*

Registered Sept. 20, 1932

Trade-Mark 297,594

SECOND RENEWAL *(handwritten)*

*Vuitton et Vuitton societe a Responsabilite limitée Asnières (Hauts de Seine) France* *(handwritten)*

297,594. "VL" AND DRAWING. Registered Sept. 20, 1932. Vuitton & Vuitton, Societe a Responsabilite Limitee, Paris, France. Renewed Sept. 20, 1952, to Vuitton & Vuitton, Societe a Responsabilite Limitee, Seine, France, a corporation organized under the laws of the Republic of France. Trunks, Valises, Traveling Bags, Etc. Class 3.

# UNITED STATES PATENT OFFICE

VUITTON & VUITTON, SOCIETE A RESPONSABILITE LIMITEE, OF PARIS, FRANCE

ACT OF FEBRUARY 20, 1905

Application filed April 29, 1931. Serial No. 313,983.



## STATEMENT

*To all whom it may concern:*

Be it known that Vuitton & Vuitton, Societe a Responsabilite Limitee, a corporation duly organized under the laws of the Republic of France, located in the city of Paris, France, and doing business at 70 Avenue des Champs-Elysees, in said city, has adopted for its use the trade-mark shown in the accompanying drawing, the representation of a trunk lining or a section thereof being hereby disclaimed.

The trade-mark has been continuously used in its business since 1897.

The particular description of goods to which the trade-mark is appropriated is TRUNKS, VALISES, TRAVELING BAGS, SATCHELS, HAT BOXES AND SHOE BOXES USED FOR LUGGAGE, HAND BAGS, AND POCKETBOOKS, comprised in Class 3, Baggage, animal equipments, portfolios, and pocketbooks

The trade-mark is usually displayed by stamping or otherwise impressing same directly upon the goods or by printing or otherwise impressing same on packages containing the goods.

Said trade-mark has been registered in France dated Oct. 29, 1908, renewed Aug. 3, 1923, No. 219,497. Mock & Blum, whose postal address is 10 East 40th Street, New York, N. Y., are designated, as applicant's representative, on whom process or notice of proceedings affecting the right of ownership of said trade-mark brought under the laws of the United States may be served.

VUITTON & VUITTON, SOCIETE
A RESPONSABILITE LIMITEE,
By G. L. VUITTON,
*Managing Director.*



TR 342643

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS, SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

December 11, 2000

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,519,828* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM  *January 10, 1989*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
  *LOUIS VUITTON MALLETIER*
  *A FRANCE CORPORATION*



By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

*L. Edelen*

L. EDELEN
Certifying Officer

EXHIBIT

**B**

PENGAD 800-631-6989

Int. Cl.: 18

Prior U.S. Cl.: 3

## United States Patent and Trademark Office

Reg. No. 1,519,828
Registered Jan. 10, 1989

## TRADEMARK
### PRINCIPAL REGISTER



LOUIS VUITTON (FRANCE CORPORATION)
30 RUE LA BOETIE
PARIS, FRANCE

FOR: TRUNKS, VALISES, TRAVELING BAGS, SATCHELS, HAT BOXES AND SHOE BOXES USED FOR LUGGAGE, HAND BAGS, POCKETBOOKS, IN CLASS 18 (U.S. CL. 3).

FIRST USE 0-0-1897; IN COMMERCE 0-0-1925.
OWNER OF U.S. REG. NOS. 286,345 AND 297,594.

SER. NO. 726,741, FILED 5-6-1988.

CHRIS A. F. PEDERSEN, EXAMINING ATTORNEY



TR 340641

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS; SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

December 11, 2000

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,770,131* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *May 11, 1993*
*SECTION 8 & 15*
*LESS GOODS*
SAID RECORDS SHOW TITLE TO BE IN:
   *LOUIS VUITTON MALLETIER*
   *A FRANCE CORPORATION*



By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

*L. Edelen*

L. EDELEN
Certifying Officer

EXHIBIT

**C**

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,770,131
Registered May 11, 1993

## TRADEMARK
### PRINCIPAL REGISTER



LOUIS VUITTON (FRANCE CORPORATION)
54 AVENUE MONTAIGNE
75008 PARIS, FRANCE

FOR: CLOTHING FOR MEN AND WOMEN; NAMELY, ~~BELTS~~, SHAWLS, SASHES, SCARVES; ~~FOOTWEAR, TIPS FOR FOOT- WEAR~~, HEADGEAR, IN CLASS 25 (U.S. CL. 39).

OWNER OF FRANCE REG. NO. 1498338, DATED 11-15-1988, EXPIRES 11-15-1998.

OWNER OF U.S. REG. NO. 1,415,502.

SER. NO. 74-148,017, FILED 3-15-1991.

PATRICK, LEVY, EXAMINING ATTORNEY



TR 340641

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS, SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

December 11, 2000

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,794,905* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM *September 28, 1993*
*SECTION 8 & 15*
SAID RECORDS SHOW TITLE TO BE IN:
   *LOUIS VUITTON MALLETIER*
   *A FRANCE CORPORATION*



By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

L. EDELEN
Certifying Officer

EXHIBIT
**D**
_____

PENGAD 800-631-6989

Int. Cls.: 16 and 25

Prior U.S. Cls.: 5, 11, 29, 37, 38 and 39

## United States Patent and Trademark Office

Reg. No. 1,794,905
Registered Sep. 28, 1993

## TRADEMARK
### PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE COR-
PORATION)
54, AVENUE MONTAIGNE
75008 PARIS, FRANCE , ASSIGNEE OF LOUIS
VUITTON (FRANCE CORPORATION) 75008
PARIS, FRANCE

FOR: TRAVEL GOODS CATALOGS, STA-
TIONERY, PADS OF STATIONERY, CALEN-
DARS, INDEXES FOR ARTICLES MADE FOR
TRAVELLERS, NOTEBOOKS, ENVELOPES;
PRINTED LABELS FOR LUGGAGE AND
OTHER TRAVEL GOODS AND LEATHER
HOLDERS THEREFOR, SOLD AS A UNIT;
WRITING PAPER, PAPER OR PLASTIC BAGS
FOR PACKAGING, HAT BOXES, PAPER OR
CARDBOARD BOXES, PHOTOGRAPHS, ADHE-
SIVES FOR STATIONERY, OFFICE REQUI-
SITES IN THE NATURE OF WRITING PADS,
LETTER TRAYS, PAPER CUTTERS, LETTER
OPENERS, WRITING TABLETS, PENCILS,
PENCIL HOLDERS, FOUNTAIN PENS, BALL-
POINT PENS, PEN CASES, PENCIL CASES,
LEAD HOLDERS, BALLPOINTS FOR PENS,
NIBS, NIBS OF GOLD, INKWELLS, INK-
STANDS, PLAYING CARDS, IN CLASS 16 (U.S.
CLS. 5, 11, 29, 37 AND 38).

FOR: CLOTHING FOR MEN AND WOMEN;
NAMELY BELTS, SHAWLS, SASHES,
SCARVES; FOOTWEAR HEADGEAR, IN
CLASS 25 (U.S. CL. 39).

OWNER OF FRANCE REG. NO. 1540178,
DATED 7-7-1989, EXPIRES 7-7-1999.

OWNER OF U.S. REG. NOS. 286,345, 1,522,311
AND OTHERS.

SER. NO. 74-147,107, FILED 3-12-1991.

PATRICK, LEVY, EXAMINING ATTORNEY



TR 340641

# THE UNITED STATES OF AMERICA

### TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

December 11, 2000

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,938,808* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *November 28, 1995*

*AMENDMENT/CORRECTION/NEW CERT(SEC7) ISSUED*
SAID RECORDS SHOW TITLE TO BE IN:
  *LOUIS VUITTON MALLETIER*
  *A FRANCE CORPORATION*



By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

*L. Edelen*

**L. EDELEN**
**Certifying Officer**

EXHIBIT
**E**

FORM4U 800-631-6989

nd 24
Cls.: 2, 27, 28, 42 and 50
United States Patent and Trademark Office
corrected

Reg. No. 1,938,808
Registered Nov. 28, 1995
OG Date Apr. 1, 1997

## TRADEMARK
## PRINCIPAL REGISTER



LOUIS    VUITTON    MALLETIER
(FRANCE CORPORATION)
54, AVENUE MONTAIGNE
75008 PARIS, FRANCE

OWNER OF U.S. REG. NOS. 286,345,
1,794,905 AND OTHERS.

FOR: JEWELRY, WATCHES AND
STRAPS FOR WRIST WATCHES, IN
CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-1910; IN COMMERCE
0-0-1910.

FOR: TRAVEL BLANKETS MADE OF
TEXTILE, IN CLASS 24 (U.S. CLS. 42
AND 50).

FIRST USE 0-0-1901; IN COMMERCE
0-0-1901.

SER. NO. 74–618,480, FILED 1–6–1995.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Apr. 1, 1997.*

**COMMISSIONER OF PATENTS AND TRADEMARKS**

Int. Cls.: **14 and 24**

Prior U.S. Cls.: **2, 27, 28, 42 and 50**

## United States Patent and Trademark Office

Reg. No. 1,938,808
Registered Nov. 28, 1995

## TRADEMARK
### PRINCIPAL REGISTER



MALLETIER, LOUIS VUITTON (FRANCE CORPORATION)
54, AVENUE MONTAIGNE
75008 PARIS, FRANCE

FOR: JEWELRY, WATCHES AND STRAPS FOR WRIST WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).
FIRST USE 0–0–1910; IN COMMERCE 0–0–1910.

FOR: TRAVEL BLANKETS MADE OF TEXTILE, IN CLASS 24 (U.S. CLS. 42 AND 50).
FIRST USE 0–0–1901; IN COMMERCE 0–0–1901.
OWNER OF U.S. REG. NOS. 286,345, 1,794,905 AND OTHERS.

SER. NO. 74–618,480, FILED 1–6–1995.

CARYN HINES, EXAMINING ATTORNEY



TR 340641

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

**United States Patent and Trademark Office**

December 11, 2000

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,990,760* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM *August 06, 1996*

SAID RECORDS SHOW TITLE TO BE IN:
*LOUIS VUITTON MALLETIER*
*A FRANCE CORPORATION*



By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

*L. Edelen*

**L. EDELEN**
**Certifying Officer**

EXHIBIT
**F**

Int. Cls.: 14, 16, 18, 24 and 25

Prior U.S. Cls.: 1, 2, 3, 5, 22, 23, 27, 28, 29, 37, 38, 39, 41, 42 and 50

**United States Patent and Trademark Office**

Reg. No. 1,990,760
Registered Aug. 6, 1996

## TRADEMARK
### PRINCIPAL REGISTER

# LOUIS VUITTON

LOUIS VUITTON MALLETIER (FRANCE COR-
PORATION)
54, AVENUE MONTAIGNE
75008 PARIS, FRANCE

FOR: WATCHES AND STRAPS FOR WRIST
WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28
AND 50).
FIRST USE 0–0–1910; IN COMMERCE
0–0–1910.
FOR: PHOTOGRAPH ALBUMS; CATA-
LOGUES FEATURING LUGGAGE AND
TRAVEL ACCESSORIES, BAGS, SMALL
LEATHER GOODS AND GARMENTS; EN-
GAGEMENT BOOKS, NOTEBOOKS, PICTURE
BOOKS, ANTHOLOGIES AND PAMPHLETS
REFERRING TO TRAVEL; CALENDARS;
TELEPHONE INDEXES; HAT BOXES OF
CARDBOARD; OFFICE REQUISITES IN THE
NATURE OF WRITING PADS, LETTER
TRAYS, WRITING CASES, PENCIL HOLDERS;
FOUNTAIN PENS, BALLPOINT PENS, NIBS,
INK WELLS, INK STANDS; PLAYING CARDS;
COVERS FOR POCKET AND DESK DIARIES,
AND CHECKBOOK HOLDERS, IN CLASS 16
(U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).
FIRST USE 0–0–1923; IN COMMERCE
0–0–1923.
FOR: TRUNKS; TRAVELING TRUNKS; SUIT-
CASES; TRAVELING BAGS; LUGGAGE; GAR-
MENT BAGS FOR TRAVEL; HAT BOXES FOR
TRAVEL; SHOE BAGS FOR TRAVEL; UM-
BRELLAS; ANIMAL CARRIERS; BAGS FOR
CLIMBERS; BAGS FOR CAMPERS; RUCK-
SACKS; HAVERSACKS; LEATHER OR TEX-

TILE SHOPPING BAGS; BEACH BAGS; HUN-
TERS' GAME BAGS; HANDBAGS; VANITY
CASES SOLD EMPTY; ATTACHE CASES;
SCHOOL BAGS; SCHOOL SATCHELS; TOTE
BAGS, TRAVEL SATCHELS; CLUTCH BAGS;
BRIEFCASES; WALLETS; POCKET WALLETS;
CREDIT CARD CASES; BUSINESS CARD
CASES; BILL AND CARD HOLDERS; CHECK-
BOOK HOLDERS; KEY CASES; CHANGE
PURSES; BRIEFCASE-TYPE PORTFOLIOS; EN-
VELOPES OF LEATHER OR IMITATION
LEATHER FOR PACKAGING, IN CLASS 18
(U.S. CLS. 1, 2, 3, 22 AND 41).
FIRST USE 0–0–1854; IN COMMERCE
0–0–1898.
FOR: TRAVEL BLANKETS, IN CLASS 24
(U.S. CLS. 42 AND 50).
FIRST USE 0–0–1901; IN COMMERCE
0–0–1901.
FOR: SHIRTS; SWEATSHIRTS; POLO
SHIRTS; T-SHIRTS; HEADWEAR; JACKETS;
TIES; BELTS; SHAWLS; SASHES; SCARVES, IN
CLASS 25 (U.S. CLS. 22 AND 39).
FIRST USE 0–0–1909; IN COMMERCE
0–0–1909.
OWNER OF U.S. REG. NOS. 1,045,932, 1,615,681
AND OTHERS.
THE NAME "LOUIS VUITTON" IS THE
NAME OF THE DECEASED, FOUNDER OF
THE APPLICANT'S BUSINESS.

SER. NO. 74–604,074, FILED 11–29–1994.

RANDY RICARDO, EXAMINING ATTORNEY



TR 343641

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS, SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

December 11, 2000

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,263,903* IS CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM *July 27, 1999*
SAID RECORDS SHOW TITLE TO BE IN: *Registrant*



By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

*L. Edelen*

**L. EDELEN**
Certifying Officer

EXHIBIT
G
900 500-631-6989

Int. Cl.: **18**

Prior U.S. Cls.: **1, 2, 3, 22 and 41**

## United States Patent and Trademark Office

Reg. No. 2,263,903

Registered July 27, 1999

## TRADEMARK
### PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE COR-
PORATION)
2, RUE DU PONT-NEUF
75001 PARIS, FRANCE

FOR: TRUNKS FOR TRAVELLING, SUIT-
CASES, TRAVELLING BAGS, HANDBAGS,
LUGGAGE, COSMETIC CASES SOLD EMPTY,
VANITY CASES SOLD EMPTY, TOILETRY
CASES SOLD EMPTY, BACK PACKS, SHOUL-
DER BAGS, TOTE BAGS, LEATHER SHOP-
PING BAGS, WAIST PACKS, BRIEFCASES, AT-
TACHE CASES, BRIEFCASE-TYPE PORTFO-
LIOS, PURSES, CHANGE PURSES, WALLETS,
KEY CASES, DOCUMENT CASES, BUSINESS
CARD CASES AND BILLFOLDS, IN CLASS 18
(U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0-0-1985; IN COMMERCE
0-0-1986.

OWNER OF U.S. REG. NOS. 1,655,564, 1,931,144
AND OTHERS.

THE MARK CONSISTS OF A DISTINCTIVE
MAN-MADE TEXTURED PATTERN UTILIZED
AS A SURFACE FEATURE OF APPLICANT'S
VARIOUSLY CONFIGURED PRODUCTS. THE
PATTERN IS DISPLAYED IN CONTRASTING
SHADES OF THE SAME COLOR, THE
DARKER SHADE PRESENTED ON THE ELE-
VATED PORTION OF THE SURFACE AND
THE LIGHTER SHADE SERVING AS THE
BACKGROUND OR LOWER SURFACE. THE
LINING SHOWN IS A FEATURE OF THE
MARK AND DOES NOT INDICATE SPECIFIC
COLOR. NO CLAIM IS MADE TO THE
BROKEN LINES WHICH REFLECT THE POSI-
TIONING OF THE MARK. THE DRAWING
SHOWN IN THE APPLICATION DEPICTS A
CHANGE PURSE.

SEC. 2(F).

SER. NO. 75-096,435, FILED 4-30-1996.

TERESA M. RUPP, EXAMINING ATTORNEY



TR 340641

# THE UNITED STATES OF AMERICA

### TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

December 11, 2000

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,378,388* IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM  *August 22, 2000*
SAID RECORDS SHOW TITLE TO BE IN:  *Registrant*



By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

*L. Edelen*

**L. EDELEN**
Certifying Officer

EXHIBIT

**H**

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

## United States Patent and Trademark Office

Reg. No. 2,378,388
Registered Aug. 22, 2000

## TRADEMARK
### PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE CORPORA-
TION)
2, RUE DU PONT-NEUF
75001 PARIS, FRANCE

FOR: GOODS MADE OF LEATHER OR IMITA-
TIONS OF LEATHER NOT INCLUDED IN OTHER
CLASSES NAMELY BOXES OF LEATHER OR
LEATHER BOARD PRINCIPALLY USED FOR TRAV-
EL PURPOSES, ENVELOPES OF LEATHER FOR
MERCHANDISE PACKAGING, TRUNKS, VALISES,
TRAVELING BAGS, TRAVELING SETS FOR CON-
TAINING COSMETICS, JEWELRY AND STA-
TIONERY, GARMENT BAGS FOR TRAVEL, VANITY
CASES, RUCKSACKS, HANDBAGS, BEACH BAGS,
SHOPPING BAGS, SHOULDER BAGS, ATTACHE-
CASES, BRIEF CASES, POUCHES, FINE LEATHER
GOODS NAMELY, POCKET WALLETS, PURSES,

KEY CASES, BUSINESS CARD CASES, CREDIT
CARD CASES, CALLING CARD CASES, PARASOLS,
UMBRELLAS, CANES, WALKING-STICK SEATS, IN
CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 7-0-1996; IN COMMERCE 7-0-1996.

OWNER OF U.S. REG. NOS. 1,615,681, 2,177,841
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT
TO USE "PARIS", APART FROM THE MARK AS
SHOWN.

THE COLORS LIGHT AND DARK BROWN ARE
CLAIMED AS A FEATURE OF THE MARK. THE
LINING CONSTITUTES A FEATURE OF THE MARK
AND, ITSELF, DOES NOT INDICATE COLOR AS DE-
SCRIBED AND CLAIMED HEREINABOVE.

THE NAME "LOUIS VUITTON" DOES NOT
IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

2,378,388

THE MARK CONSISTS OF A SQUARE WITH A CHECKERED PATTERN OF LIGHT AND DARK BROWN WITH THE UNUSUAL CONTRAST OF WEFT AND WARP.

SER. NO. 75-366,585, FILED 10-1-1997.

JENNIFER CHICOSKI, EXAMINING ATTORNEY



999721

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**

**April 23, 2003**

THE ATTACHED U.S. TRADEMARK REGISTRATION *902,190* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM  *November 10, 1970*
*2nd* RENEWAL FOR A TERM OF *10* YEARS FROM  *November 10, 2000*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
  *Registrant*



By Authority of the
**COMMISSIONER OF PATENTS AND TRADEMARKS**

*H. L. Jackson*

**H. L.  JACKSON**
**Certifying Officer**

EXHIBIT

PENGAD 800-631-6989

I

Int. Cl.: 14

Prior U.S. Cl.: 28

United States Patent and Trademark Office

10 Year Renewal

Reg. No. 902,190

Registered Nov. 10, 1970

Renewal Approved Oct. 15, 1990

## TRADEMARK
## PRINCIPAL REGISTER

## CHANEL

CHANEL, INC. (NEW YORK CORPORA-
TION)
9 W. 57TH ST.
NEW YORK, NY 10019

OWNER OF U.S. REG. NO. 612,169.

FOR: BRACELETS, PINS, AND EAR-
RINGS , IN CLASS 28 (INT. CL. 14).
FIRST USE 0-0-1914; IN COMMERCE
0-0-1925.

SER. NO. 72-339,492, FILED 5-28-1969.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Nov. 27, 1990.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

**902,190**
**Registered Nov. 10, 1970**

## PRINCIPAL REGISTER
## Trademark

Ser. No. 339,492, filed May 28, 1969

## CHANEL

Chanel, Inc. (New York corporation)
1 W. 57th St.
New York, N.Y. 10019

For: BRACELETS, PINS, AND EARRINGS, in
CLASS 28 (INT. CL. 14).
First use in 1914; in commerce in or before 1925.
Owner of Reg. No. 612,169.



999721

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

April 23, 2003

THE ATTACHED U.S. TRADEMARK REGISTRATION 1,177,400 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF 20 YEARS FROM   November 10, 1981
1st RENEWAL FOR A TERM OF 10 YEARS FROM   November 10, 2001
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
   *Registrant*

By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

*H. L. Jackson*

H. L. JACKSON
Certifying Officer



EXHIBIT
J

PENGAD 800-631-6989

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,177,400
Registered Nov. 10, 1981

**TRADEMARK**
**Principal Register**

# CHANEL

Chanel, Inc. (New York corporation)
9 W. 57th St.
New York, N.Y. 10019

For: HATS, SHAWLS AND BELTS, in CLASS 25 (U.S. Cl. 39).

First use Sep. 12, 1977; in commerce Sep. 12, 1977.
Owner of U.S. Reg. Nos. 277,671, 1,087,785 and others.

Ser. No. 265,029, filed Jun. 5, 1980.

C. J. CONDRO, Primary Examiner

BRIAN ANDERSON, Examiner



999721

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

April 23, 2003

THE ATTACHED U.S. TRADEMARK REGISTRATION 1,647,875 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF 10 YEARS FROM   June 18, 1991
1st RENEWAL FOR A TERM OF 10 YEARS FROM   June 18, 2001
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
   Registrant



By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

H. L. JACKSON
Certifying Officer



EXHIBIT
K

Int. Cl.: 6

Prior U.S. Cls.: 13 and 25

Reg. No. 1,647,875

## United States Patent and Trademark Office    Registered June 18, 1991

### TRADEMARK
### PRINCIPAL REGISTER

## CHANEL

CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

FOR: KEYCHAINS, IN CLASS 6 (U.S. CLS. 13 AND 25).
FIRST USE 0–0–1985; IN COMMERCE 0–0–1985.

OWNER OF U.S. REG. NOS. 302,690, 1,348,842 AND OTHERS.

SER. NO. 74–096,353, FILED 9–12–1990.

STEVEN R. FINE, EXAMINING ATTORNEY



999721

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

April 23, 2003

THE ATTACHED U.S. TRADEMARK REGISTRATION 1,654,252 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *August 20, 1991*
1st RENEWAL FOR A TERM OF *10* YEARS FROM   *August 20, 2001*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
   *Registrant*



By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

H. L. JACKSON
Certifying Officer



EXHIBIT
L

PENGAD 800-631-6989

Int. Cl.: 9

Prior U.S. Cl.: 26

## United States Patent and Trademark Office

Reg. No. 1,654,252
Registered Aug. 20, 1991

### TRADEMARK
### PRINCIPAL REGISTER



CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

FOR: SUNGLASSES, IN CLASS 9 (U.S. CL. 26).

FIRST USE 1-0-1990; IN COMMERCE 1-0-1990.

OWNER OF U.S. REG. NOS. 195,359, 1,347,094 AND OTHERS.

SER. NO. 74-097,621, FILED 9-17-1990.

COLLEEN SCHALLOCK, EXAMINING AT-TORNEY



999721

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

**April 23, 2003**

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,733,051* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *November 17, 1992*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM  *November 17, 2002*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
  *Registrant*



By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

*H. L. Jackson*

H. L. JACKSON
Certifying Officer



EXHIBIT
M
_____

PENGAD 800-631-6989

Int. Cl.: 18

Prior U.S. Cl.: 3

United States Patent and Trademark Office

Reg. No. 1,733,051
Registered Nov. 17, 1992

## TRADEMARK
### PRINCIPAL REGISTER

## CHANEL

CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

FOR: LEATHER GOODS; NAMELY, HAND-BAGS, WALLETS, TRAVEL BAGS, LUGGAGE, BUSINESS AND CREDIT CARD CASES, CHANGE PURSES, TOTE BAGS, COSMETIC BAGS SOLD EMPTY, AND GARMENT BAGS FOR TRAVEL, IN CLASS 18 (U.S. CL. 3).

FIRST USE 0-0-1954; IN COMMERCE 0-0-1954.

OWNER OF U.S. REG. NOS. 626,035, 1,347,677 AND OTHERS.

SER. NO. 74-242,426, FILED 1-31-1992.

KEITH L. HENDERSON, EXAMINING ATTORNEY



999721

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:
### UNITED STATES DEPARTMENT OF COMMERCE

**United States Patent and Trademark Office**

**April 24, 2003**

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,734,822*  IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *November 24, 1992*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM   *November 24, 2002*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
   *Registrant*

By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

*E. Bornett*

E. BORNETT
Certifying Officer

EXHIBIT
N

PENGAD 800-631-6989

Int. Cl.: 18

Prior U.S. Cl.: 3

## United States Patent and Trademark Office

Reg. No. 1,734,822
Registered Nov. 24, 1992

# TRADEMARK
## PRINCIPAL REGISTER



CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

FOR: LEATHER GOODS; NAMELY, HAND-BAGS, WALLETS, TRAVEL BAGS, LUGGAGE, BUSINESS CARD CASES, CHANGE PURSES, TOTE BAGS, AND COSMETIC BAGS SOLD EMPTY, IN CLASS 18 (U.S. CL. 3).

FIRST USE 0–0–1954; IN COMMERCE 0–0–1954.
OWNER OF U.S. REG. NOS. 1,293,298, 1,314,511 AND OTHERS.

SER. NO. 74–242,471, FILED 1–31–1992.

KEITH L. HENDERSON, EXAMINING ATTORNEY



TR. 340419

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

#### United States Patent and Trademark Office

#### December 08, 2000

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,241,264* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM   *June 07, 1983*
*SECTION 8 & 15*
SAID RECORDS SHOW TITLE TO BE IN:
   *REGISTRANT*



By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

*W. Montgomery*
W. MONTGOMERY
Certifying Officer

EXHIBIT

0

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,241,264
Registered Jun. 7, 1983

## TRADEMARK
### Principal Register



Chanel, Inc. (New York corporation)
9 W. 57th St.
New York, N.Y. 10019

For: SUITS, JACKETS, SKIRTS, DRESSES, PANTS, BLOUSES, TUNICS, SWEATERS, CARDIGANS, TEE-SHIRTS, CAPES, COATS, RAINCOATS, JACKETS MADE OF FEATHERS, SHAWLS, SCARVES, SHOES AND BOOTS, in CLASS 25 (U.S. Cl. 39).

First use Dec. 21, 1976; in commerce Dec. 21, 1976.

Owner of U.S. Reg. Nos. 239,992 and 1,084,877.

Ser. No. 359,660, filed Apr. 14, 1982.

CRAIG K. MORRIS, Examiner



TR 340411

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

#### United States Patent and Trademark Office

December 08, 2000

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,241,265* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM   *June 07, 1983*
*SECTION 8 & 15*
SAID RECORDS SHOW TITLE TO BE IN:
   *Registrant*



By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

**P. R. GRANT**
**Certifying Officer**

EXHIBIT
**P**
GAD 800-631-6989

лt. Cl.: 25

Prior U.S. Cl.: 39

United States Patent and Trademark Office

Reg. No. 1,241,265
Registered Jun. 7, 1983

## TRADEMARK
### Principal Register

## CHANEL

Chanel, Inc. (New York corporation)
9 W. 57th St.
New York, N.Y. 10019

For: SUITS, JACKETS, SKIRTS, DRESSES, PANTS, BLOUSES, TUNICS, SWEATERS, CARDIGANS, TEE-SHIRTS, CAPES, COATS, RAINCOATS, JACKETS MADE OF FEATHERS, SHAWLS, SCARVES, SHOES AND BOOTS, in CLASS 25 (U.S. Cl. 39).

First use 1914; in commerce 1925.

Owner of U.S. Reg. Nos. 915,139, 1,177,400 and others.

Ser. No. 359,661, filed Apr. 14, 1982.

CRAIG K. MORRIS, Examiner



TR 340419

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

December 08, 2000

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,501,898* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM *August 30, 1988*
*SECTION 8 & 15*
SAID RECORDS SHOW TITLE TO BE IN:
   *REGISTRANT*

By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

*W. Montgomery*
W. MONTGOMERY
Certifying Officer

EXHIBIT
Q

Int. Cls.: 6, 14, 16, 25 and 26

Prior U.S. Cls.: 13, 28, 37, 39 and 40

## United States Patent and Trademark Office

Reg. No. 1,501,898
Registered Aug. 30, 1988

### TRADEMARK
#### PRINCIPAL REGISTER



CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

FOR: KEYCHAINS, IN CLASS 6 (U.S. CL. 13).
FIRST USE 9-0-1981; IN COMMERCE 9-0-1981.
FOR: COSTUME JEWELRY, IN CLASS 14 (U.S. CL. 28).
FIRST USE 9-0-1981; IN COMMERCE 9-0-1981.
FOR: GIFT WRAPPING PAPER , IN CLASS 16 (U.S. CL. 37).
FIRST USE 8-0-1986; IN COMMERCE 8-0-1986.

FOR: BLOUSES, SHOES, BELTS, SCARVES, JACKETS, MEN'S TIES, IN CLASS 25 (U.S. CL. 39).
FIRST USE 9-0-1981; IN COMMERCE 9-0-1981.
FOR: BROOCHES, BUTTONS FOR CLOTH-ING, IN CLASS 26 (U.S. CL. 40).
FIRST USE 9-0-1981; IN COMMERCE 9-0-1981.
OWNER OF U.S. REG. NOS. 195,359, 1,347,094 AND OTHERS.

SER. NO. 644,065, FILED 2-9-1987.

JANE MCCABE, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

December 08, 2000

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,510,757* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM   *November 01, 1988*
*SECTION 8 & 15*
SAID RECORDS SHOW TITLE TO BE IN:
   *Registrant*



By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

P. R. GRANT
Certifying Officer

EXHIBIT
R

PENGAD 800-531-6989

Int. Cl.: 9

Prior U.S. Cl.: 26

## United States Patent and Trademark Office

Reg. No. 1,510,757
Registered Nov. 1, 1988

## TRADEMARK
### PRINCIPAL REGISTER

## CHANEL

CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

FOR: SUN-GLASSES, IN CLASS 9 (U.S. CL. 26).

FIRST USE 9–4–1987; IN COMMERCE 9–4–1987.

OWNER OF U.S. REG. NOS. 612,169, 906,262 AND OTHERS.

SEC. 2(F).

SER. NO. 687,947, FILED 10–29–1987.

FRANK HELLWIG, EXAMINING ATTORNEY



TP. 341457

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:
### UNITED STATES DEPARTMENT OF COMMERCE
#### United States Patent and Trademark Office

December 11, 2000

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,571,787* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *December 19, 1989*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM   *December 19, 1999*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
   *REGISTRANT*

By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

N. WILLIAMS
Certifying Officer

EXHIBIT
S
_____

ESQUAD 800-631-6989

Int. Cl.: 14

Prior U.S. Cl.: 28

# United States Patent and Trademark Office

Reg. No. 1,571,787
Registered Dec. 19, 1989

## TRADEMARK
### PRINCIPAL REGISTER

## CHANEL

CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

FOR: WATCHES AND CLOCKS, IN CLASS 14
(U.S. CL. 28).
FIRST USE 10-0-1987; IN COMMERCE
10-0-1987.

OWNER OF U.S. REG. NOS. 195,360, 955,074
AND OTHERS.

SER. NO. 73–792,254, FILED 4–10–1989.

JERI J. FICKES, EXAMINING ATTORNEY



# THE ORIGINAL AND THE TRANSLATION BEAR
# THE SAME NUMBER 400364

The undersigned Luc Petry, sworn translator registered with the Higher Court of
Justice of and in Luxembourg, hereby certifies having verified the present translation
with a French > English translator.

01.04.2003
Page 1 of 7.



eurotraduc
Société de Traduction

1, rue Louvigny
L-1946 Luxembourg
Tél. 47 46 76
Fax: 46 19 20
info@eurotraduc.lu



Luc PETRY
Traducteur - Interprète
assermenté
à la Cour Supérieure de Justice
à Luxembourg



eurotraduc
Société de Traduction



EXHIBIT
T

Registre de commerce et des sociétés

## EXTRAIT

Section B

Nom de la firme : **" PRADA S.A. "**

Date de l'inscription : 8 août 1994

Numéro 48 328

Dénomination, siège social :

" PRADA S.A. "

Société anonyme holding

Siège social : L-1118 Luxembourg, 23 Rue Aldringen

Objet social :

La société a pour objet toutes les opérations se rapportant directement ou indirectement à la prise de participations sous quelque forme que ce soit, à l'administration, la gestion, au contrôle et à la mise en valeur de participations dans toutes sociétés, établies en Europe ou même hors de l'Europe.

Elle pourra notamment employer ses fonds à la création, à la gestion, à la mise en valeur et à la liquidation d'un portefeuille se composant de tous titres et brevets de toute origine, participer à la création, au développement et au contrôle de toute entreprise, acquérir par voie d'apport, de souscription, de prise ferme ou d'option d'achat et de toute autre manière, tous titres et brevets, les réaliser par voie de vente, de cession, d'échange ou autrement, faire mettre en valeur ces affaires et brevets, accorder aux sociétés auxquelles elle s'intéresse tous concours, prêts, avances ou garanties.

La société peut emprunter sous toutes les formes et procéder à l'émission d'obligations.

D'une façon générale, elle peut prendre toutes mesures de contrôle et de surveillance et faire toutes opérations financières, commerciales et industrielles, qu'elle jugera utile à l'accomplissement ou au développement de son objet.



**DOCUMENT N° 400364**
**EUROTRADUC**
01.04.2003

<u>Capital social</u> :

Le capital social est fixé à TRENTE-ET-UN MILLE EURO (31.000.- EUR) représenté par cinq mille (5.000) actions sans désignation de valeur nominale.

<u>Conseil d'administration</u> :

1. Mrs Maria Prada Bianchi, administrateur de sociétés, demeurant à Milan, Italie,
2. Mr Marco Salomoni, administrateur de sociétés, demeurant à Milan, Italie
3. Mr Patrizio Bertelli, administrateur de sociétés, demeurant à Milan, Italie,

Madame Maria Prada Bianchi et Monsieur Marco Salomoni ont été nommés administrateurs délégués et auront tous pouvoirs pour représenter la société en ce qui concerne la gestion journalière par leur seule signature.

<u>Commissaire aux comptes</u> :

Price Waterhouse Coopers, réviseurs d'entreprises, ayant son siège à Luxembourg

<u>Dispositions de l'acte de société</u> :

La société a été constituée suivant acte reçu par Francis KESSELER, notaire de résidence à Esch/Alzette, en date du 29 juillet 1994, publié au Recueil Spécial du Mémorial numéro 469 du 19 novembre 1994.

Les statuts de la société ont été modifiés suivant acte reçu par Maître Paul FRIEDERS, notaire de résidence à Luxembourg, en date du 31 juillet 1998, publié au Recueil Spécial du Mémorial numéro 752 du 17 octobre 1998.

La société a été constituée originairement sous la dénomination de « PREFEL S.A. » La dénomination de la société a été changée en « PRADA S.A. » et les statuts de la société ont été modifiés suivant acte reçu par Maître Gérard LECUIT, notaire de résidence à Hesperange, en date du 15 décembre 2000, publié au Recueil Spécial du Mémorial numéro 580 du 27 juillet 2001.

Les statuts de la société ont été modifiés suivant acte reçu par Maître Gérard LECUIT, notaire de résidence à Hesperange, en date du 21 décembre 2001, publié au Recueil Spécial du Mémorial numéro          du



**DOCUMENT N° 400364**
**EUROTRADUC**
01.04.2003

La société est constituée pour une durée indéterminée.

La société est administrée par un conseil d'administration composé de trois membres au moins, actionnaires ou non.
Les administrateurs sont nommés par l'assemblée générale.
La durée de leur mandat ne peut pas excéder six ans.

Le conseil d'administration peut choisir parmi ses membres un président et un secrétaire. Il se réunit sur convocation du président ou de deux administrateurs, au lieu indiqué dans la convocation.

Le conseil ne peut délibérer et statuer que si la majorité de ses membres en fonction est présente ou représentée, le mandat donnée par lettre, télex ou télégramme entre administrateurs en fonction étant admis. Les décisions sont prises à la majorité des voix des administrateurs présents ou représentés.

Le conseil jouit des pouvoirs les plus étendus pour gérer les affaires sociales et pour accomplir tous les actes nécessaires ou utiles à la réalisation de l'objet social, à l'exception de ceux réservés à l'assemblée générale par la loi ou par les statuts.

Le conseil d'administration peut déléguer les pouvoirs les plus larges pour la gestion journalière de toutes les affaires entrant dans l'objet social à un ou plusieurs administrateurs, soit à des tierces personnes qui ne doivent pas nécessairement être actionnaires de la société, sous l'observation des dispositions de l'article 60 de la loi du 10 août 1915 sur les sociétés commerciales.

La société est engagée soit par la signature individuelle de l'administrateur-délégué, soit par la signature conjointe de deux administrateurs.

La société est surveillée par un ou plusieurs commissaires, actionnaires ou non, nommés par l'assemblée générale. La durée de leur mandat ne peut pas dépasser six ans.

---

Pour extrait conforme.

Luxembourg, le        1 4 JAN. 2003

Le préposé du Registre de Commerce et des Sociétés,

Pour photocopie certifiée conforme
à l'original.

Luxembourg, le 31 mars 2003.



**DOCUMENT N° 400364**
**EUROTRADUC**
01.04.2003

Trade and Companies Register

## ABSTRACT

Section B                                                          Number 48 328

Name of Company : " **PRADA S.A.** "

Date of registration : 8th August 1994

Name, Registered Office :

" PRADA S.A. "

Joint stock Holding Company

Registered Office : L-1118 Luxembourg, 23 rue Aldringen

Corporate object :

The Company shall have as its object all those operations relating directly or indirectly to the taking of holdings, in whatever form they may be, the administration, management, control and development of holdings in any companies, established in Europe or even outside Europe.

It may in particular use its funds in the creation, management, development and liquidation of a portfolio consisting of any securities or patents of any origin, participate in the creation, development and control of any company, acquire by way of contribution, subscription, firm taking or option to purchase and in any other manner, any securities or patents, realise them by way of sale, transfer, exchange or otherwise, have such businesses and patents developed, and grant to companies in which it has an interest any support, loans, advances or guarantees.

The Company may borrow in any form and proceed with the issue of bonds.

In general, it may take any measures of control or supervision and carry out any financial, commercial or industrial transactions which it deems useful to accomplishing or developing its object.

Share capital :

The share capital is fixed at THIRTY ONE THOUSAND EURO (EUR 31,000.-) represented by five thousand (5,000) shares without par value.



**DOCUMENT N° 400364**
**EUROTRADUC**
01.04.2003

Board of Directors :

1.  Mrs Maria Prada Bianchi, Companies Director, residing in Milan, Italy,
2.  Mr Marco Salomoni, Companies Director, residing in Milan, Italy,
3.  Mr Patrizio Bertelli, Companies Director, residing in Milan, Italy.

Mrs Maria Prada Bianchi and Mr Marco Salomoni have been appointed Managing Directors, and shall have all powers to represent the Company as regards everyday management by their sole signature.

Statutory auditor :

Price Waterhouse Coopers, Auditors, with Registered Office in Luxembourg.

Provisions of the Deed of Incorporation :

The Company was incorporated in accordance with a Deed drawn up by Francis KESSELER, Notary of residence in Esch-sur-Alzette, dated 29th July 1994, published in the Special Section of the Memorial, Number 469 on 19th November 1994.

The Company's Articles of Association were amended in accordance with a Deed drawn up by Maître Paul FRIEDERS, Notary of residence in Luxembourg, dated 31st July 1998, published in the Special Section of the Memorial, Number 752 on 17th October 1998.

The Company was originally incorporated under the name « PREFEL S.A. ». The name of the Company was changed to « PRADA S.A. », and the Articles of Association were amended accordingly by Deed drawn up by Maître Gérard LECUIT, Notary residing in Hesperange, dated 15th December 2000, published in the Special Section of the Memorial, Number 580 on 27th July 2001.

The Company's Articles of Association were amended in accordance with a Deed drawn up by Maître Gérard LECUIT, Notary residing in Hesperange, dated 21st December 2001, published in the Special Section of the Memorial, Number     on     .

The duration of the Company shall be indefinite.

The Company shall be administered by a Board of Directors composed of at least three members, whether shareholders or not.
The Directors shall be appointed by the General Meeting.
The term of their mandate may not exceed six years.

The Board of Directors may choose a Chairman and a Secretary from among its members. It shall meet upon call from the Chairman or from two Directors, at the place indicated in the convening notice.

 **DOCUMENT N° 400364**
**EUROTRADUC**
01.04.2003

The Board may only deliberate and pass resolutions if the majority of its members in office are present or represented, any mandate given by letter, telex or telegram between Directors in office being admitted. Resolutions shall be passed by a majority of votes cast by the Directors present or represented.

The Board shall enjoy the most extensive powers to manage the Company's affairs, and to carry out all acts necessary or useful in realising the corporate object, except those reserved to the General Meeting by law or the Articles of Association.

The Board of Directors may delegate the broadest powers for the everyday management of all the Company's affairs which relate to the corporate object to one or more Directors, or to third parties who need not necessarily be shareholders of the Company, subject to observing the provisions of Article 60 of the law of 10th August 1915 on commercial companies.

The Company shall be bound by the individual signature of the Managing Director, or by the joint signatures of two Directors.

The Company shall be supervised by one or more statutory auditors appointed by the General Meeting. The term of their mandate may not exceed six years.

---

Certified true copy

Luxembourg, 14th January 2003

The Clerk, Trade and Companies Register,
*Signed (illegible) and stamped with the seal of the District Court of Luxembourg.*

Certified true copy
Luxembourg, 31st March 2003.

*Signed (illegible) and stamped with the seal of*
*Maître Paul FRIEDERS, Notary of residence in Luxembourg.*



 **DOCUMENT N° 400364**
**EUROTRADUC**
01.04.2003

# The United States of America



## CERTIFICATE OF REGISTRATION

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, as amended, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

### PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for TEN years unless sooner terminated as provided by law.

In Testimony whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this seventeenth day of January 1995.

*Bruce Lehman*

Commissioner of Patents and Trademarks

PATRIZIA GALIMBERTI

notaio

PTO-130
(Rev. 8-89)

EXHIBIT

**4**

PENGAD 800-631-6989

# NOTICE

*This Registration will be canceled by the Commissioner of Patents and Trademarks at the end of six years following the date of registration, unless within one year next preceding the expiration of such six years, the registrant files in the Patent and Trademark Office an affidavit showing that said mark is in use in Commerce or showing that its nonuse is due to special circumstances which excuse such nonuse and is not due to any intention to abandon the mark. A fee of $100.00 for each class must accompany the affidavit.*



PATRIZIA GALIMBERTI

Int. Cls.: 18 and 25

Prior U.S. Cls.: 2, 3, 39 and 41

## United States Patent and Trademark Office

Reg. No. 1,873,854
Registered Jan. 17, 1995

## TRADEMARK
## PRINCIPAL REGISTER



PRADA S.P.A. (ITALY CORPORATION)
CORSO DI PORTA ROMANA 93
20122 MILANO, ITALY

FOR: BRIEF CASES; TOTE BAGS; SHOULDER BAGS; SATCHELS; HANDBAGS; TRUNKS; SUITCASES; TRAVELING BAGS; PURSES; BRIEF CASE-TYPE PORTFOLIOS; HAND BAGS FOR MEN; BEACH UMBRELLAS; UMBRELLAS; WALKING STICKS; HARNESSES; SADDLES; WHIPS; ATTACHE CASES; WALLETS, IN CLASS 18 (U.S. CLS. 2, 3 AND 41).

FOR: CLOTHING FOR MEN, WOMEN AND CHILDREN; NAMELY, SUITS, TROUSERS, WOMEN'S SUITS, SKIRTS, MEN'S FORMAL DRESS SHIRTS, TUXEDOS, DINNER JACKETS, FORMAL DRESS SUITS, VESTS, TIES,

CUMMERBUNDS; SWEATERS, CARDIGANS; SHIRTS; COLLARS; BLOUSES; SPORTS SHIRTS; POLO SHIRTS; UNDERSHIRTS; SLACKS; CAMISOLES; SLIPS; NIGHT GOWNS; PAJAMAS; SCARVES; BELTS, SUN VISORS, GLOVES, HATS AND SUSPENDERS, IN CLASS 25 (U.S. CL. 39).

PRIORITY CLAIMED UNDER SEC. 44(D) ON ITALY APPLICATION NO. 22967C/89, FILED 7-21-1989, REG. NO. 538448, DATED 1-10-1991, EXPIRES 7-21-2009.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MILANO" AND "DAL 1913", APART FROM THE MARK AS SHOWN.

SER. NO. 73–822,699, FILED 8–31–1989.

KRISTEN S. BYERS, EXAMINING ATTORNEY

Register no. 8205 (eight thousand two hundred five)——————————————————
Lugano, this 24th (twentyfourth) day of March 2003 (two thousand three)——————

I, Notary Public, do hereby certify that the present photocopy of the "Certificate of Registration", Principal Register, of the Mark "PRADA", pertaining to Prada S.P.A. (Italy, Corporation) issued by the United States Patent and Trademark Office under Reg. No. 1.873.854, registered Jan. 17, 1995, is a true copy of the original three-page document, having been personally verified by me, under my hands and found true and in perfect conditions.——————————————————————————————
In Witness Whereof. ———————————————————————————————

PATRIZIA GALIMBERTI

notaio

# The United States of America



## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office, that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks, and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are a part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*

EXHIBIT
V

PENGAD 800-631-6989



Bruce Lehman

Commissioner of Patents and Trademarks

# Maintenance Requirements

**Section 8:** This registration will be cancelled after six (6) years by the Commissioner of Patents and Trademarks, *UNLESS, before the end of the sixth year following the date of registration shown on this certificate,* the registrant files in the U.S. Patent and Trademark Office an affidavit of continued use as required by Section 8 of the Trademark Act of 1946, 15 U.S.C. §1058, as Amended. **It is recommended that the Registrant contact the Patent and Trademark Office approximately five years after the date shown on this registration to determine the requirements and fees for filing a Section 8 affidavit that are in effect at that time.** Currently a fee and a specimen showing how the mark is used in commerce are required for *each* international class of goods and/or services identified in the certificate of registration and both must be enclosed with the affidavit.

**Section 9:** This registration will expire by law after ten (10) years, *UNLESS, before the end of the tenth year following the date of registration shown on this certificate,* the registrant files in the U.S. Patent and Trademark Office an application for renewal of the registration as required by Section 9 of the Trademark Act of 1946, 15 U.S.C. §1059, as Amended. **It is recommended that the Registrant contact the Patent and Trademark Office approximately nine years after the date shown on this registration to determine the requirements and fees for filing a Section 9 application for renewal that are in effect at that time.** Currently a fee and a specimen showing how the mark is used in commerce are required for *each* international class of goods and/or services identified in the certificate of registration and both must be enclosed with the application for renewal.



Int. Cls.: 18 and 25

Prior U.S. Cls.: 1, 2, 3, 22, 39, and 41

**United States Patent and Trademark Office**

Reg. No. 2,162,795

Registered June 2, 1998

# TRADEMARK
## PRINCIPAL REGISTER

# PRADA

PREFEL S.A. (LUXEMBOURG CORPORATION)
3 AVENUE PASTEUR
2311 LUXEMBOURG, LUXEMBOURG

FOR: HANDBAGS, WALLETS, LUGGAGE, ATTACHE CASES, TOTE BAGS, BRIEFCASES, ALL PURPOSE SPORT BAGS, TRAVELING TRUNKS AND CARRY-ON BAGS, SHOULDER BAGS, GARMENT BAGS FOR TRAVELING, KEYCASES, UMBRELLAS, PARASOLS AND WALKING STICKS, WHIPS, HARNESSES AND SADDLERY, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 9–0–1913; IN COMMERCE 9–0–1913.

FOR: CLOTHING FOR MEN, WOMEN AND CHILDREN, NAMELY, COATS, RAINCOATS, WAISTCOATS, BLOUSES AND PULLOVERS, JACKETS, TROUSERS, SKIRTS, DRESSES, SUITS, SHIRTS AND CHEMISES, T-SHIRTS, SWEATERS, UNDERWEAR, SOCKS AND STOCKINGS, GLOVES, TIES, SCARFS, HATS AND CAPS, BELTS, BOOTS, SHOES AND SLIPPERS , IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9–0–1913; IN COMMERCE 9–0–1913.

OWNER OF U.S. REG. NOS. 1,869,578, 1,873,854, AND OTHERS.

SEC. 2(F).

SN 75–185,423, FILED 10–22–1996.

NICHOLAS ALTREE, EXAMINING ATTORNEY







**PTO**-1675
(1-97)



Register no. 8208 (eight thousand two hundred eight)————————————
Lugano, this 24th (twentyfourth) day of March 2003 (two thousand three)—————————

I, Notary Public, do hereby certify that the present photocopy of the "Certificate of Registration", Principal Register, of the Mark "PRADA", pertaining to Prefel S.A. (Luxembourg, Corporation) issued by the United States Patent and Trademark Office under Reg. No. 2.162.795, registered Jun. 2, 1998, is a true copy of the original six-page document, having been personally verified by me, under my hands and found true and in perfect conditions.————————————————————————————
In Witness Whereof. ————————————————————





PATRIZIA GALIMBERTI

# The United States of America

## CERTIFICATE OF REGISTRATION
## PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*

EXHIBIT

W

PENGAD 800-631-6989

Commissioner of Patents and Trademarks



# Requirements for Maintaining a
# Federal Trademark Registration

## SECTION 8: AFFIDAVIT OF CONTINUED USE

The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. §1058, upon the expiration of the following time periods:

    i) At the end of 6 years following the date of registration.
    ii) At the end of each successive 10-year period following the date of registration.

*Failure to file a proper Section 8 Affidavit at the appropriate time will result in the cancellation of the registration.*

## SECTION 9: APPLICATION FOR RENEWAL

The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. §1059, at the end of each successive 10-year period following the date of registration.

*Failure to file a proper Application for Renewal at the appropriate time will result in the expiration of the registration.*

**No further notice or reminder of these requirements will be sent to the Registrant by the Patent and Trademark Office. It is recommended that the Registrant contact the Patent and Trademark Office approximately one year before the expiration of the time periods shown above to determine the requirements and fees for the filings required to maintain the registration.**



Int. Cls.: 3, 9, 12, 14, 16, 18, 25 and 28

Prior U.S. Cls.: 1, 2, 3, 4, 5, 6, 19, 21, 22, 23, 26, 27, 28, 29, 31, 35, 36, 37, 38, 39, 41, 44, 50, 51 and 52

Reg. No. 2,303,400

## United States Patent and Trademark Office

Registered Dec. 28, 1999

## TRADEMARK
## PRINCIPAL REGISTER



PREFEL S.A. (LUXEMBOURG CORPORATION)
3 AVENUE
PASTEUR, 2311, LUXEMBOURG

FOR: COSMETICS, NAMELY, NIGHT AND DAY CREAM, CLEANING PREPARATIONS FOR THE FACE AND BODY, BATHFOAM, SHAVING FOAM, AFTERSHAVE, FOUNDATION MAKEUP, NAIL POLISH, DEODORANTS FOR MEN AND WOMEN, HAND AND BABY SOAP, HAIR SHAMPOO AND RINSES, HAIR SPRAY, TOOTHPASTE AND FRAGRANCES, NAMELY, PERFUME, TOILET WATER AND ESSENTIAL OILS PER PERSONAL USE FOR MEN AND WOMEN, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: LENSES FOR EYEGLASSES; SPECTACLES; SUNGLASSES; LENSES FOR SPECTACLES AND FOR SUNGLASSES; FRAMES FOR SPECTACLES AND FOR SUNGLASSES; SPECTACLES CASES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: CARS, BOATS, SAILING BOATS, CANOES, YACHTS, JETBOATS, KAYAKS, MOTORCYCLES, BICYCLES, GO CARTS, CARAVANS, TRUCKS, PARACHUTES, SEAT COVERS, SEAT CUSHIONS, SPOILERS, SEAT BELTS, WHEELS AND STEERING WHEELS FOR BOATS, MOTORCYCLES AND LAND VEHICLES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FOR: WATCHES, CLOCKS, COSTUME JEWELLERY AND PRECIOUS JEWELLERY; PRECIOUS GEMSTONES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: BOOKS AND MAGAZINES IN THE FASHION FIELD; STATIONERY ARTICLES, NAMELY, EXERCISE BOOKS, ADDRESS BOOKS AND NOTEBOOKS, NUMERICAL AND ALPHABETICAL INSERTS, ENVELOPS, CALENDARS AND AGENDAS; WRITING AND MARKING INSTRUMENTS, NAMELY, FOUNTAIN PENS, BALL PENS, FELT-TIPPED PENS AND ROLLER PENS, MARKERS, HIGHLIGHTERS, PENCIL AND PENCIL LEADS, REFILLS FOR PENS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: HANDBAGS, WALLETS, LUGGAGE, ATTACHE CASES, TOTE BAGS, BRIEFCASES, ALL PURPOSE SPORT BAGS, TRAVELLING TRUNKS AND CARRY-ON BAGS, SHOULDER BAGS, GARMENT BAGS FOR TRAVELLING, KEYCASES, UMBRELLAS, PARASOLS AND WALKING STICKS, WHIPS, HARNESSES AND SADDLERY, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING FOR MEN, WOMEN AND CHILDREN, NAMELY, COATS, RAINCOATS, BELTS, WAISTCOAT, BLOUSES AND PULLOVERS, JACKETS, TROUSERS, SKIRTS, DRESSES, SUITS, SHIRTS AND CHEMISES, T-SHIRTS, SWEATERS, UNDERWEAR, SOCKS AND STOCKINGS, GLOVES, TIES, SCARFS, HATS AND CAPS, BOOTS, SHOES AND SLIPPERS , IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: GAMES AND PLAYTHINGS, NAMELY, DOLLS, PISTOLS, GUNS, KITES, DOMINOES, BALLOONS, BILLIARDS, COMPUTER GAMES, COSTUME MASKS, CONSTRUCTION BLOCKS, BOARD GAMES, SHAPES FOR MAKING SAND CASTLES, WATER SQUIRING TOYS, MODEL VEHICLES, MECHANICAL ACTION TOYS, TOY MOBILES, PUZZLES, YO-YOS, SKATEBOARDS, TOY VEHICLES, TENNIS RACKETS, WATER SKIS, GOLF BAGS, GOLF CLUBS,

FISHING TACKLE, WINDSURFING BOARDS, SURFBOARDS, AND SNORKELS, ORNAMENTS AND DECORATIONS FOR CHRISTMAS TREES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

PRIORITY CLAIMED UNDER SEC. 44(D) ON BENELUX APPLICATION NO. 896307, FILED 6-25-1997, REG. NO. 613080, DATED 6-25-1997, EXPIRES 6-25-2007.

OWNER OF U.S. REG. NO. 2,135,219.

THE DRAWING IS LINED FOR THE COLOR RED.

THE MARK CONSISTS OF THE WORD "PRADA" IN STYLIZED LETTERS AND A RECTANGLE IN PANTONE RED.

SEC. 2(F).

SER. NO. 75-407,078, FILED 12-17-1997.

ANGELA M. MICHELI, EXAMINING ATTORNEY





**PTO**-1675
(Rev.11/99)



Register no. 8207 (eight thousand two hundred seven)————————————
Lugano, this 24th (twentyfourth) day of March 2003 (two thousand three)————————

I, Notary Public, do hereby certify that the present photocopy of the "Certificate of Registration", Principal Register, of the Mark "PRADA", pertaining to Prefel S.A. (Luxembourg, Corporation) issued by the United States Patent and Trademark Office under Reg. No. 2.303.400, registered Dec. 28, 1999, is a true copy of the original six-page document, having been personally verified by me, under my hands and found true and in perfect conditions.————————————————————
In Witness Whereof. ————————————————





Form **PTO-1675** (Rev. 07/00)



Register no. 8206 (eight thousand two hundred six) ─────────────
Lugano, this 24th (twentyfourth) day of March 2003 (two thousand three)─────────

I, Notary Public, do hereby certify that the present photocopy of the "Certificate of Registration", Principal Register, of the Mark "PRADA", pertaining to Prefel S.A. (Luxembourg, Corporation) issued by the United States Patent and Trademark Office under Reg. No. 2.535.382, registered Feb. 5, 2002, is a true copy of the original six-page document, having been personally verified by me, under my hands and found true and in perfect conditions.───────────────────────
In Witness Whereof. ─────────────────────────



PATRIZIA GALIMBERTI

notaio

# The United States of America

## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.

The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.

A copy of the Mark and pertinent data from the application are part of this certificate.

This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.





Director of the United States Patent and Trademark Office



EXHIBIT
X
PENGAD 800-631-6989

# Requirements for Maintaining a
# Federal Trademark Registration

## SECTION 8: AFFIDAVIT OF CONTINUED USE

The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. §1058, upon the expiration of the following time periods:

    i) At the end of 6 years following the date of registration.
    ii) At the end of each successive 10-year period following the date of registration.

*Failure to file a proper Section 8 Affidavit at the appropriate time will result in the cancellation of the registration.*

## SECTION 9: APPLICATION FOR RENEWAL

The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. §1059, at the end of each successive 10-year period following the date of registration.

*Failure to file a proper Application for Renewal at the appropriate time will result in the expiration of the registration.*

**No further notice or reminder of these requirements will be sent to the Registrant by the Patent and Trademark Office. It is recommended that the Registrant contact the Patent and Trademark Office approximately one year before the expiration of the time periods shown above to determine the requirements and fees for the filings required to maintain the registration.**




Int. Cls.: 18, 25, 35 and 42

Prior U.S. Cls.: 1, 2, 3, 22, 39, 41, 100, 101 and 102

Reg. No. 2,535,382

# United States Patent and Trademark Office

Registered Feb. 5, 2002

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER



PREFEL S.A. (LUXEMBOURG CORPORATION)
25A, BOULEVARD ROYAL
LE FORUM ROYAL L-2449, LUXEMBOURG

FOR: BRIEFCASES, SUITCASES, TRAVELLING BAGS, HANDBAGS, LUGGAGE TRUNKS AND TOTE BAGS, TRAVEL BAGS, CHANGE-PURSE NOT IN PRECIOUS METALS; FANNY PACKS, MEN'S HANDBAGS, PARASOLS, UMBRELLAS AND WALKING STICKS; ANIMAL HARNESSES AND SADDLERY, BRIEFCASE-TYPE PORTFOLIOS, WALLETS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHES NAMELY, SHIRTS, BLOUSES, SKIRTS, COATS, TROUSERS, DRESSES, PULLOVERS, PYJA-MAS, SOCKS AND STOCKINGS, JUMPERS, CORSE-LET, SUSPENDERS, UNDERPANTS, UNDERCLOTHES, SWEATERS, HATS, SCARVES, TIES, RAINCOATS, OVERCOATS, SWIMWEAR, WIND JACKET, SKI TROUSERS, BELTS, FUR COAT, HEADSCARVES, GLOVES, DRESSING-GOWNS AND BATH-ROBES, SHOES, SPORTS' SHOES, SLIPPERS AND BOOTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: RETAIL STORE SERVICES FEATURING CLOTHING, CLOTHING ACCESSORIES, SHOES, GLASSES AND SUNGLASSES, BAGS, COSMETICS AND PERFUMERY, WATCHES, JEWELLERY, TEXTILE ARTICLES FOR THE HOME. AND FURNI-

TURE; BUSINESS CONSULTATION SERVICES; BUSINESS MANAGEMENT OF HOTEL FOR OTHERS; DEVELOPING PROMOTIONAL CAMPAIGNS FOR BUSINESS; PRESENTATIONS WITH MANNE-QUINS FOR ADVERTISING PURPOSES OR SALES PROMOTION; ADVERTISING AGENCIES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FOR: HOTELS, MOTELS, CAFES AND COCK-TAIL LOUNGES; SOCIAL CLUBS, COUNTRY CLUBS AND BEAUTY SALONS, COSMETIC RE-SEARCH FOR OTHERS; DESIGN FOR OTHERS IN THE FIELD OF CLOTHING; RENTAL OF APPAREL; PORTRAIT PHOTOGRAPHY; TEXTILE TESTS, IN CLASS 42 (U.S. CLS. 100 AND 101).

PRIORITY CLAIMED UNDER SEC. 44(D) ON BENELUX APPLICATION NO. 941278, FILED 6-30-1999, REG. NO. 655452, DATED 6-30-1999, EXPIRES 6-30-2009.

OWNER OF U.S. REG. NOS. 1,264,243, 2,162,795 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MILANO", APART FROM THE MARK AS SHOWN.

SER. NO. 75-799,517, FILED 9-15-1999.

MIDGE BUTLER, EXAMINING ATTORNEY





PATRIZIA GALIMBERTI
notaio