ANITA P. ARRIOLA, ESQ.
JOAQUIN C. ARRIOLA, JR., ESQ.
**ARRIOLA, COWAN & ARRIOLA**
259 Martyr Street, Suite 201
Hagatna, Guam 96910
Telephone: (671) 477-9731/33
Telecopier: (671) 477-9734

Counsel for Plaintiffs LOUIS VUITTON
MALLETIER, CHANEL, INC. and
PRADA, S.A.

FILED
DISTRICT COURT OF GUAM
MAY 13 2003
MARY L. M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| LOUIS VUITTON MALLETIER and CHANEL, INC., and PRADA, S.A.,<br><br>Plaintiffs,<br><br>vs.<br><br>VENDOR DOE I, aka U.S.A. T-SHIRTS AND GIFT ITEMS, VENDOR DOE II, aka SU KIM, VENDOR DOE III, and DOES I THROUGH XX,<br><br>Defendants. | CIVIL CASE NO. 03-00013<br><br>**ORDER SEALING FILE** |

Plaintiffs Louis Vuitton Malletier, Chanel, Inc. and Prada S.A. (collectively "Plaintiffs") having applied ex parte for an order sealing the file, and the Court having reviewed the Verified Complaint, pleadings, moving papers, exhibits and affidavits submitted by plaintiffs, and for good cause shown:

/ / /

-1-

**ORIGINAL**

IT IS HEREBY ORDERED, ADJUDGED and DECREED that this action shall remained sealed by the Court until the date for hearing of the Order to Show Cause, whether or not the hearing is held on that date at which time the Clerk may remove the seal, or upon further of the Court. During the period that this record is sealed, all persons against whom this Order is issue shall have access to the record herein after the seizure is carried out.

SO ORDERED this 12th day of May, 2003.

*[signature]*
**HONORABLE JOHN S. UNPINGCO**
Chief Judge, District Court of Guam

PRESENTED BY:

ARRIOLA, COWAN & ARRIOLA
Counsel for Plaintiff LOUIS VUITTON
MALLETIER, CHANEL INC. AND PRADA S.A.

BY: *[signature]*
**ANITA P. ARRIOLA**
Dated: 5/8/03

RECEIVED
MAY - 8 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

-2-

Case 1:03-cv-00013  Document 8  Filed 05/13/2003  Page 2 of 2