ANITA P. ARRIOLA, ESQ.
JOAQUIN C. ARRIOLA, JR., ESQ.
**ARRIOLA, COWAN & ARRIOLA**
259 Martyr Street, Suite 201
Hagatna, Guam 96910
Telephone:    (671) 477-9731/33
Telecopier:    (671) 477-9734

Counsel for Plaintiffs LOUIS VUITTON
MALLETIER, CHANEL, INC. and
PRADA, S.A.

Law Offices
ARRIOLA, COWAN, ARRIOL/

MAY 1 3 2003

RECEIVED
BY: _____ TIME: 4:00 pm

FILED
DISTRICT COURT OF GUAM

MAY 2 1 2003

MARY L. M. MORAN
CLERK OF COURT

FILED
DISTRICT COURT OF GUAM

MAY 1 3 2003

MARY L. M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| LOUIS VUITTON MALLETIER and CHANEL, INC., and PRADA, S.A. <br><br> Plaintiffs, <br><br> vs. <br><br> VENDOR DOE I, aka U.S.A. T-SHIRTS AND GIFT ITEMS, VENDOR DOE II, aka SU KIM, VENDOR DOE III, and DOES I THROUGH XX, <br><br> Defendants. | CIVIL CASE NO. 03-00013 <br><br> **TEMPORARY RESTRAINING ORDER, SEIZURE ORDER, ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION, AND ORDER ACCELERATING DISCOVERY** |

Plaintiffs Louis Vuitton Malletier, Chanel Inc. and Prada S.A. (collectively "Plaintiffs"),

having applied ex parte for a temporary restraining order and seizure order; order to show cause for

preliminary injunction, under the Lanham Act (15 U.S.C. § 1051, et seq.), as amended by the

Trademark Counterfeiting Act of 1984, Public Law 98-473; and order accelerating discovery, for the

reason that defendants appear to be, among other things, selling goods bearing counterfeits of

plaintiffs' registered trademarks, and the Court having reviewed the verified complaint, pleadings,

moving papers, exhibits and affidavits submitted by plaintiffs, the Court finds that it clearly appears

that:

-1-

(a)     plaintiffs are likely to succeed in showing that the defendants used counterfeits of plaintiffs' "Louis Vuitton," "LV", "Chanel," "_____" logo, "Prada" and other trademarks and logos (hereinafter collectively the "Plaintiffs' Trademarks"), registered in the Principal Register in the United States Patent and Trademark office, in connection with the sale, offering for sale, and/or distribution of bags, wallets, cellphone straps, keyholders and other items; and that

(b)     the sale of such merchandise bearing counterfeits of Plaintiffs' Trademarks will result in an immediate and irreparable injury to plaintiffs if seizure of such counterfeit merchandise and the records pertaining thereto is not ordered; and that

(c)     the defendants, or other persons acting in concert with defendants, may destroy, move, hide or otherwise make the merchandise bearing counterfeits of Plaintiffs' Trademarks and defendants' business records inaccessible to the court, if plaintiffs were to proceed on notice to defendants, thus frustrating the ultimate relief plaintiffs seek in this action; and that

(d)     the harm to plaintiffs of denying the requested ex parte seizure order outweighs the harm to the legitimate interests of defendants from granting such an order; and that

(e)     plaintiffs have sufficiently shown that the items and documents to be seized are located at Pacific Plaza Building, in Upper Tumon across from Burger King; an unnamed, unmarked one-story building, painted white with green or aqua trim, adjacent to a "Jade Garden Chinese Restaurant" sign, and located behind ABC Store in Tumon across the street from Hyatt Regency Hotel (see H. Mitsuoka Decl., Exh. 11); and a sidewalk vendor known as Su Kim operating at Plaza de Espana park in Hagatna or such other location as the sidewalk vendor Su Kim may be found; and that

(f)     plaintiffs have not publicized the proposed seizure order; and that

(g)     plaintiffs have provided the United States Attorney with reasonable notice of their application for an ex parte seizure order; and that

(h)     entry of an order other than an ex parte seizure order will not adequately achieve the purposes of 15 U.S.C. § 1114 to preserve plaintiff's remedies for trademark infringement, including destruction of merchandise bearing counterfeits of Plaintiffs' Trademarks and evidence of plaintiffs' lost profits and damages.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendants, and each of them, and any person acting in concert with them who is served with a copy or has notice of this Order (hereinafter collectively referred to as "defendants"), shall show cause, unless the defendants waive their right to do so, before the Honorable John S. Unpingco at the United States District Court for the District Court of Guam, 4th Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam 96910, on _____*May 21*_____, 2003, at __*2:00*__ o'clock __*p*__. m. [between 10 and 15 days of this Order pursuant to 15 U.S.C. §1116(D)(10)(A)], or as soon thereafter as counsel can be heard, why an order should not be entered granting plaintiff a preliminary injunction pursuant to Rule 65, Federal Rules of Civil Procedure, as follows:

(a)     Enjoining and restraining defendants, their officers, agents, servants, employees, attorneys and any persons in active concert or participation with them, from:

(i)     using Plaintiffs' trade names or Trademarks including "Louis Vuitton," or "LV," "Chanel" or the ____ logo, "Prada" or any Prada logo, trademarks and logos or any reproduction, counterfeit copy, or colorable imitation of said marks, trade names or logos in connection with the advertising, embroidering, printing, distributing, offering for sale, or sale of bags, purses, luggage, leather goods, jewelry, accessories, apparel, or other items, or in any manner likely to cause others to believe that defendants' products are connected with plaintiffs or plaintiffs'

-3-

genuine Louis Vuitton, Chanel or Prada products; and

      (ii)    passing off, inducing, or enabling others to sell or pass off any merchandise which is not genuine Louis Vuitton, Chanel or Prada merchandise as and for genuine Louis Vuitton, Chanel or Prada merchandise; and

      (iii)    committing any other acts calculated to cause purchasers to believe that defendants' products are genuine Louis Vuitton, Chanel or Prada products or that defendants are authorized distributors of Louis Vuitton, Chanel or Prada products; and

      (iv)    shipping, delivering, holding for sale, distributing, importing, returning, transferring or otherwise moving or disposing of in any manner such bags, purses, luggage, leather goods, jewelry, accessories, apparel, or other items falsely bearing the Louis Vuitton, Chanel or Prada trademarks, trade names or logos or any reproduction, counterfeit, copy or colorable imitation of the same; and

      (v)    assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to in the above subparagraphs (i) through (iv); and

    (b)    Impounding, in the custody of plaintiffs' counsel as substitute custodian for the court, during the pendency of this action or until further order of the court, all money, cash, coins and currency, bags, purses, luggage, leather goods, jewelry, accessories, apparel, or other items, labels, heat transfers, molds, screens, printing and/or embroidering devices, advertising, packaging and other materials, merchandise and business records seized pursuant to the provisions of this Order hereinafter set forth;

    (c)    Ordering defendants to deliver up to plaintiffs' counsel for impoundment, pursuant to court order, all such items, or things bearing counterfeits of Plaintiffs' Trademarks remaining in their possession, custody or control, and it is further

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910

-4-

ORDERED, ADJUDGED AND DECREED that pending the hearing of plaintiffs' application for a preliminary injunction, defendants, their agents, servants, employees, attorneys and any persons acting in concert or participation with them, or having knowledge of this Order by personal service or otherwise, be, and they are, hereby temporarily restrained from (a) committing any of the acts set forth in subparagraphs (i) through (v) of the preceding section; (b) moving, destroying or otherwise disposing of any goods, labels, heat transfers, molds, screens, printing or embroidering devices, or other items or documents bearing or relating to the Louis Vuitton, Chanel or Prada trademarks or trade names or logos of plaintiffs, and (c) removing, destroying or otherwise disposing of business records or documents relating in any way to the manufacture, printing, importation, acquisition, purchase, distribution or sale of goods or otherwise relating to merchandise bearing the Louis Vuitton, Chanel or Prada trademarks, trade names or logos of plaintiffs.

IT IS FURTHER ORDERED that the temporary restraining order shall remain in effect until the date set herein for hearing on the order to show cause or such further dates set by the Court, unless the defendants stipulate, or have not objected, to the preliminary injunction and that the defendants are placed upon notice that failure to attend the hearing shall result in confirmation of the seizure and the immediate issuance of a preliminary injunction deemed to take effect immediately upon the expiration or dismissal of this temporary restraining order; and

IT IS FURTHER ORDERED that the United States Marshal and/or any other peace officer of the Territory of Guam, including but not limited to Guam Superior Court Marshals or U.S. Customs officials, accompanied by counsel for plaintiffs and/or persons under their supervision, be and are hereby directed to seize and impound forthwith:

(a)     All money, cash, coins and currency; clothing; handbags; luggage; leather goods such as wallets, agendas, keycases, cigarette cases, coin holders, and cosmetic purses; fine jewelry and

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910

costume jewelry including earrings, brooches, necklaces, bracelets, rings, and anklets; shoes; belts; scarves; ties; hats; gloves; purses, fanny packs, labels, boxes, packages, advertisements and any other goods, items or merchandise in defendant's possession, custody or control bearing any counterfeit, copy or substantially indistinguishable designations of, or for, any of plaintiffs' Louis Vuitton, Chanel or Prada trademarks, trade names or logos;

      (b)    All plates, molds, matrices, heat transfers, printing or embroidering or silkscreening apparatus utilized in making counterfeit Louis Vuitton, Chanel or Prada merchandise and other means of making any counterfeits or infringing marks, copies of or substantially indistinguishable designations of plaintiffs' Louis Vuitton, Chanel or Prada trademarks, trade names or logos;

      (c)    All books and records, including but not limited to electronic or digital records in computers, CD-Roms, diskettes or hard drives, documenting or reasonably appearing to document or relate to the manufacture, purchase, importation, sale, printing, distribution or receipt of any merchandise bearing, or intended to bear, any counterfeit, copy or substantially indistinguishable designations of, or for, plaintiffs' Louis Vuitton, Chanel or Prada trademarks, trade names or logos or other things involved in such violation; including, but without limitation, all such infringing merchandise or means of making or transporting such merchandise, and all such related records and things on the person or under the control of defendants or which defendants attempt to sell, or are holding, in any location in the Territory of Guam under said defendants' care, custody, possession or control, including any carton, room, vehicle, cabinet, desk, container or other package in which said counterfeit and/or infringing merchandise, labels or business records is found at any locations, including but not limited to: Pacific Plaza Building, in Upper Tumon across from Burger King; an unnamed, unmarked one-story building, painted white with green or aqua trim, adjacent to a "Jade Garden Chinese Restaurant" sign, and located behind ABC Store in Tumon across the street from

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910

-6-

Hyatt Regency Hotel (see H. Mitsuoka Decl., Exh. 11); and a sidewalk vendor known as Su Kim operating at Plaza de Espana park in Hagatna or such other location as the vendor Su Kim may be found.

IT IS FURTHER ORDERED that the United States Marshal or other peace officer of the Territory of Guam, including but not limited to Superior Court Marshals or U.S. Customs officials, accomplishing such seizure shall employ whatever reasonable force is necessary to enter the premises owned, leased or occupied by defendants or the locations to be searched, and to inspect the contents of any rooms, closets, cabinets, vehicles, containers, desks, packages, cartons or documents located on or near any of the above locations or premises and in doing so may arrest any person impeding him or her from effecting such seizure; and

IT IS FURTHER ORDERED that plaintiffs or their agents shall promptly inspect all items seized, and if any items are reasonably determinable to be improperly seized, such items are to be returned to defendants as soon as reasonably possible and to this end, defendants or their agents are required to give to the peace officer the correct name, address, phone number and directions to the place they can be reached and failure to do the same may result in contempt of Court; and

IT IS FURTHER ORDERED that any such merchandise or means of making such merchandise or records and things seized shall be appropriately tagged to permit identification, that defendants shall be given a receipt therefor and such merchandise, records or things shall be impounded in the custody or control of plaintiffs' counsel or their designees as substitute custodian of the Court, pending further order of this Court and shall be made available for inventory or inspection by any party or its counsel during normal business hours; and that any such records seized shall likewise be impounded and shall be subject to a protective order whereby access thereto shall be initially restricted to plaintiffs' counsel, defendant and defendants' counsel, who shall all be

-7-

permitted to inspect and copy such records, and such records shall be copied and the originals returned to defendant as soon as possible. This protective order, limiting the access to such documents, shall expire on the date set above for the hearing on the Order to Show Cause unless extended by order of this Court, so that at such hearing and thereafter the contents of such records may be revealed, unless otherwise ordered by this Court; and

IT IS FURTHER ORDERED that plaintiffs shall post a corporate surety bond, cash or a certified or attorney's check in the total amount of $5,000.00 as security, determined adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful seizure, attempted seizure or restraint hereunder; and

IT IS FURTHER ORDERED that, sufficient cause having been shown, the above seizure shall take place and service of this Order, together with the Summons and Complaint, shall be made on defendants personally, or by delivery to an adult of suitable age, at defendants' place of business or residence or where defendants are selling or holding for sale the items or records to be seized, and that such service shall be deemed good and sufficient and shall take place within seven days from the date of this Order or such time as may be extended by this Court and, upon request by any defendants, plaintiffs' attorneys shall supply such defendants with copies of all other supporting documents previously filed by plaintiffs herein; and

IT IS FURTHER ORDERED that defendants' answering papers, if any, shall be filed with the Clerk of this Court and served upon the attorneys for plaintiffs by delivering copies thereof to the Law offices of Arriola, Cowan & Arriola, A Professional Corporation, Suite 201, 259 Martyr Street, Hagåtña, Guam 96910, before 12:00 o'clock p.m. on _____May 16_____, 2003 (4 days before hearing). Any response shall be filed and served by plaintiffs before 12:00 o'clock p.m. on _____May 20_____, 2003 (1 day before hearing); and

-8-

IT IS FURTHER ORDERED that good cause having been shown that discovery herein may

begin immediately and the time for defendants' responses to any request for production of

documents or things served with this Order shall be shortened to be due the date of the hearing set

forth above.

DEFENDANTS ARE HEREBY GIVEN NOTICE THAT UPON SERVICE OF THIS
NOTICE DEFENDANTS SHALL BE DEEMED TO HAVE ACTUAL NOTICE OF THE
ISSUANCE AND TERMS OF THIS ORDER AND THAT ANY ACT BY ANY OF THEM OR
BY PERSONS ACTING IN CONCERT WITH THEM IN VIOLATION OF ANY OF THE
TERMS HEREOF MAY BE CONSIDERED AND PROSECUTED AS CONTEMPT OF THIS
COURT.

Dated: **MAY 1 2 2003**

Time: _4:40 p.m._

/s/ John S. Unpingco.

**HONORABLE JOHN S. UNPINGCO**
Chief Judge, District Court of Guam

PRESENTED BY:

ARRIOLA, COWAN & ARRIOLA
Counsel for Plaintiff LOUIS VUITTON
MALLETIER, CHANEL INC. AND PRADA S.A.

BY: _Anita P. Arriola_
**ANITA P. ARRIOLA**
Dated: 5/8/03

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910

-9-

# U.S. Department of Justice
## United States Marshals Service

14 MAY 2003 - 11 10

**PROCESS RECEIPT AND RETURN**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Louis Vuitton Malletier and Chanel, Inc. and Prada S.A. | 03-00013 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Vendor Doe I, aka U.S.A. T-Shirts and Gift Items | |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Vendor Doe I, aka U.S.A. T-Shirts and Gift Items

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

Pacific Plaza Building, Upper Tumon, Guam

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Anita P. Arriola
Arriola, Cowan & Arriola
259 Martyr Street, Suite 201
Hagatna, Guam 96910

| | |
|---|---|
| Number of process to be served with this Form - 285 | 8 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Pacific Plaza Building, Upper Tumon, accross the street from Burger King (last door on the right, first floor).
See attached photograph.

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *Anita P. Arriola* | | 477-9730/33 | 5/8/03 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 093 | District to Serve No. 093 | Signature of Authorized USMS Deputy or Clerk | Date 05/14/03 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

**RECEIVED**
MAY 21 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

| Date of Service 5/19/03 | Time 1100 ☒am ☐pm |
|---|---|

Signature of U.S. Marshal or Deputy

$495.00

$531.62

$1183.14

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $135.00 | $4.32 | $0 | $171.62 | $1,811.66 | $0  $1,640.04 |

REMARKS:
- (1) Dusm /1100 - 1300hrs/ $45 x 2 HRS = $90.00 + $45.00 = $135.00
- (1) GUARD : $15.00 x 7.65% = $16.15 x 2 HRS = $32.30 x 1 guard = $32.30
- 6 miles, 1 way = 12 miles x .36¢ = $4.32
- 8 process x $45.00 = $360.00

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

U.S. Department of Justice
United States Marshals Service



UNITED STATES MARSHALS SERVICE
DISTRICT OF *Guam*

## SEIZED PROPERTY AND EVIDENCE CONTROL

RECEIVED FROM (Name and address)
*Karen Chae   SSN: 586-66-782C   DOB: 5-20-03   Gu D/L # 1228027372*

| CASE NO.<br>Civil Case No. 03-000013 | CASE TITLE<br>LOUIS VUITTON MALLETIER AND CHANEL, INC. AND PRADA S.A. VS. VENDOR DOE I, |
|---|---|

SUBJECT (Name, address)
*DBA: Honolulu Gift Shop   Rt. 1 upper Tumon   Accross Burger King Rest.*

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
|---|---|---|---|
| 1 | 2 | $10.00 USC = $ 20.00 Total | |
| 2 | 2 | $5.00 USC = $ 10.00 Total | |
| 3 | 25 | $1.00 USC = $ 25.00 Total | |
| 4 | 12 | $0.25 USC/coins = $ 3.00 Total | |
| 5 | 19 | $0.10 USC/coins = $ 1.90 Total | |
| 6 | 4 | $0.05 USC/coins = $0.20 Total | |
| 7 | 44 | $0.01 USC/coins = $0.44 Total | |
| | | Grand Total $ 60.54 | |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE (Typed or printed) | AGENCY | DATE | SIGNATURE |
|---|---|---|---|
| | | | |

### CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| 1-7 | 5-19-03 | NAME & AGENCY *KAREN CHAE*<br>SIGNATURE | NAME & AGENCY *JACQUELINE TERLAJE*<br>SIGNATURE | |
| | | NAME & AGENCY<br>SIGNATURE | NAME & AGENCY<br>SIGNATURE | |
| | | NAME & AGENCY<br>SIGNATURE | NAME & AGENCY<br>SIGNATURE | |

(Over)

U.S. Department of Justice
United States Marshals Service



UNITED STATES MARSHALS SERVICE
DISTRICT OF _____

## SEIZED PROPERTY AND EVIDENCE CONTROL

RECEIVED FROM (Name and address)

| CASE NO. Civil Case No. 03-000013 | CASE TITLE LOUIS VUITTON MALLETIER AND CHANEL, INC. AND PRADA S.A. VS. VENDOR DOE I, |
|---|---|

SUBJECT (Name, address)

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
|---|---|---|---|
| 1 | 75 | assorted Prada / original bags | |
| 2 | 12, 12 | " " / " | |
| 3 | 7, 8, 3 | canvas Prada / original bags | |
| 4 | 6, 10, 2 | canvas orig'l bags | |
| 5 | 3 | large Prada bags | |
| 6 | 4 | sm. Chanel bags | |
| | | | |
| | | | |
| | | | |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE (Typed or printed) | AGENCY | DATE | SIGNATURE |
|---|---|---|---|
| | | | |

## CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| 1-6 | 5/19/03 | NAME & AGENCY ANDREW CHAN / SIGNATURE X | NAME & AGENCY JACQUELINE TERLIZ? / SIGNATURE X | |
| | | NAME & AGENCY / SIGNATURE | NAME & AGENCY / SIGNATURE | |
| | | NAME & AGENCY / SIGNATURE | NAME & AGENCY / SIGNATURE | |

(Over)

(Prior Editions are Obsolete and not to be used)

Form USM - 102
Rev. 04/78
Automated 01/01

**U.S. Department of Justice**
**United States Marshals Service**



UNITED STATES MARSHALS SERVICE
DISTRICT OF _____

## SEIZED PROPERTY AND EVIDENCE CONTROL

RECEIVED FROM (Name and address)

| CASE NO. Civil Case No. 03-000013 | CASE TITLE LOUIS VUITTON MALLETIER AND CHANEL, INC. AND PRADA S.A. VS. VENDOR DOE I, |
|---|---|

SUBJECT (Name, address)

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
|---|---|---|---|
| | 8 | Large (LV) wallets/Checkbook folder | |
| | 3 | Small (LV) wallets | |
| | 1 | Cigarette Case holder (LV) | original |
| | 1 | large suit case w/wheels (LV) | material |
| | 1 | Suit cover (LV) | |
| | 24 290 | (LV) shiny wallets | |
| | 7 | (LV) hard leather Wallets | |
| | 4 | Checkerboard wallets (LV) | |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE (Typed or printed) | AGENCY | DATE | SIGNATURE |
|---|---|---|---|
| | | | |

### CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| | | NAME & AGENCY KAREN CHOC SIGNATURE | NAME & AGENCY JACQUELINE TERCAJE SIGNATURE | |
| | | NAME & AGENCY SIGNATURE | NAME & AGENCY SIGNATURE | |
| | | NAME & AGENCY SIGNATURE | NAME & AGENCY SIGNATURE | |

(Over)

(Prior Editions are Obsolete and not to be used)

Form USM - 102
Rev. 04/78
Automated 01/01

**U.S. Department of Justice**
**United States Marshals Service**



## UNITED STATES MARSHALS SERVICE
### DISTRICT OF _____

## SEIZED PROPERTY AND EVIDENCE CONTROL

RECEIVED FROM (Name and address)

| | |
|---|---|
| CASE NO.<br>Civil Case No. 03-000013 | CASE TITLE<br>LOUIS VUITTON MALLETIER AND CHANEL, INC. AND PRADA S.A. VS. VENDOR DOE I, |

SUBJECT (Name, address)

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
|---|---|---|---|
| | 2 | green & brown wallets (LV) | |
| | 45 ± | (LV) key chain holders | |
| | 9 | (LV) big wallets (Carved material) | |
| | 19 | (LV) small wallets (" ") | |
| | 5 | (LV) small wallets (blk & brown rough material) | |
| | 2 | blk (LV) Planners (Diaries) | |
| | 1 | (LV) Diary refill | |
| | 4 | (LV) address books | |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE (Typed or printed) | AGENCY | DATE | SIGNATURE |
|---|---|---|---|
| | | | |

### CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| | | NAME & AGENCY KAREN Chan | NAME & AGENCY JACQUELINE TERLAVE | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME & AGENCY | NAME & AGENCY | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME & AGENCY | NAME & AGENCY | |
| | | SIGNATURE | SIGNATURE | |

(Over)

(Prior Editions are Obsolete and not to be used)

Form USM - 102
Rev. 04/78
Automated 01/01

**U.S. Department of Justice**
**United States Marshals Service**



UNITED STATES MARSHALS SERVICE
DISTRICT OF _____

## SEIZED PROPERTY AND EVIDENCE CONTROL

RECEIVED FROM (Name and address)

| CASE NO. Civil Case No. 03-000013 | CASE TITLE LOUIS VUITTON MALLETIER AND CHANEL, INC. AND PRADA S.A. VS. VENDOR DOE I, |
|---|---|

SUBJECT (Name, address)

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
|---|---|---|---|
| | 9 | (LV) Wallet boxes | |
| | 72 24 68 | (LV) Phelt Cloths (Small) | |
| | 35 and 270 | (LV) Large-Med. Phelt Cloths | |
| | 24 | (LV) Wallet boxes | |
| | 18 | (LV) Watch cases | |
| | 2 | (LV) Makeup bags | |
| | 7 | (LV) Clutch bags | |
| | 1 | (LV) large back pack | |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE  (Typed or printed) | AGENCY | DATE | SiGNATURE |
|---|---|---|---|
| | | | |

### CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| | | NAME & AGENCY KAREN CHAG | NAME & AGENCY JACQUELINE TERLAJE | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME & AGENCY | NAME & AGENCY | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME & AGENCY | NAME & AGENCY | |
| | | SIGNATURE | SIGNATURE | |

(Over)

(Prior Editions are Obsolete and not to be used)

Form USM - 102
Rev. 04/78
Automated 01/01

**U.S. Department of Justice**
**United States Marshals Service**



UNITED STATES MARSHALS SERVICE
DISTRICT OF _____

# SEIZED PROPERTY AND EVIDENCE CONTROL

RECEIVED FROM (Name and address)

| CASE NO. Civil Case No. 03-000013 | CASE TITLE LOUIS VUITTON MALLETIER AND CHANEL, INC. AND PRADA S.A. VS. VENDOR DOE I, |
|---|---|

SUBJECT (Name, address)

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
|---|---|---|---|
| | 2 | (LV) Pen bags | |
| | 1 | (LV) travel wallet | |
| | 4 | (LV) Large clutch bags | |
| | 1 | (LV) med. duffle bag | |
| | 13 | (LV) purse | |
| | 4 ww | (LV) Large purses | |
| | 1 | (LV) small back pack | |
| | 1 | (LV) small beach bag | |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE (Typed or printed) | AGENCY | DATE | SIGNATURE |
|---|---|---|---|
| | | | |

## CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| | | NAME & AGENCY KAREN Chae | NAME & AGENCY JACQUELINE TERLAJE | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME & AGENCY | NAME & AGENCY | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME & AGENCY | NAME & AGENCY | |
| | | SIGNATURE | SIGNATURE | |

(Over)

(Prior Editions are Obsolete and not to be used)

Form USM - 102
Rev. 04/78
Automated 01/01

**U.S. Department of Justice**
**United States Marshals Service**



UNITED STATES MARSHALS SERVICE

DISTRICT OF _____

## SEIZED PROPERTY AND EVIDENCE CONTROL

RECEIVED FROM (Name and address)

| CASE NO.<br>Civil Case No. 03-000013 | CASE TITLE<br>LOUIS VUITTON MALLETIER AND CHANEL, INC. AND PRADA S.A. VS. VENDOR DOE I, |
| --- | --- |

SUBJECT (Name, address)

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
| --- | --- | --- | --- |
| | 1 | (LV) Small duffle bag | |
| | 2 | (LV) large bags | |
| | 2 | (LV) Sandals | |
| | 8 | Chanel Sandals | |
| | 1 | (LV) hair clip | |
| | 1 | (LV) necklace | |
| | 108/09 over | (LV) Cell phone holders | |
| | 21 | (LV) Key Chains | |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE (Typed or printed) | AGENCY | DATE | SiGNATURE |
| --- | --- | --- | --- |
| | | | |

### CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
| --- | --- | --- | --- | --- |
| | | NAME & AGENCY KAREN CHAG<br>SIGNATURE | NAME & AGENCY JACQUELINE TERIAVE<br>SIGNATURE Jaca | |
| | | NAME & AGENCY<br>SIGNATURE | NAME & AGENCY<br>SIGNATURE | |
| | | NAME & AGENCY<br>SIGNATURE | NAME & AGENCY<br>SIGNATURE | |

(Over)

(Prior Editions are Obsolete and not to be used)

Form USM - 102
Rev. 04/78
Automated 01/01



**U.S. Department of Justice**
**United States Marshals Service**

UNITED STATES MARSHALS SERVICE
DISTRICT OF _____

## SEIZED PROPERTY AND EVIDENCE CONTROL

RECEIVED FROM (Name and address)

| CASE NO.<br>Civil Case No. 03-000013 | CASE TITLE<br>LOUIS VUITTON MALLETIER AND CHANEL, INC. AND PRADA S.A. VS. VENDOR DOE I, |
| --- | --- |

SUBJECT (Name, address)

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
| --- | --- | --- | --- |
| | 4 | (LV) Pad locks & keys | |
| | 4 | (LV) belts | |
| | 3 | Prada key holders | |
| | 1 | Chanel belt | |
| | 8 | Chanel Shirts | |
| | 1 | Chanel scarp | |
| | 1 | Chanel hat | |
| | 7 | Chanel Wallets | |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE (Typed or printed) | AGENCY | DATE | SIGNATURE |
| --- | --- | --- | --- |
| | | | |

### CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
| --- | --- | --- | --- | --- |
| | | NAME & AGENCY KARENCHAG<br>SIGNATURE | NAME & AGENCY JACQUELINE TERLAVE<br>SIGNATURE | |
| | | NAME & AGENCY<br>SIGNATURE | NAME & AGENCY<br>SIGNATURE | |
| | | NAME & AGENCY<br>SIGNATURE | NAME & AGENCY<br>SIGNATURE | |

(Over)

(Prior Editions are Obsolete and not to be used)

Form USM - 102
Rev. 04/78
Automated 01/01

F op 9



UNITED STATES MARSHALS SERVICE
DISTRICT OF _____

## SEIZED PROPERTY AND EVIDENCE CONTROL

RECEIVED FROM (Name and address)

| CASE NO. | CASE TITLE |
| --- | --- |
| Civil Case No. 03-000013 | LOUIS VUITTON MALLETIER AND CHANEL, INC. AND PRADA S.A. VS. VENDOR DOE I, |

SUBJECT (Name, address)

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
| --- | --- | --- | --- |
| | 7 | Prada Wallets | |
| | 2 | Prada Scarps | |
| | 10 | Prada Cell phone holder | |
| | 10  11^cnm | Chanel bracelets | |
| | 6 | Chanel Sun glasses | |
| | 20  21^cnm | Chanel necklaces | |
| | 1 | Chanel watch | |
| | 1 | Chanel chair clip | |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE (Typed or printed) | AGENCY | DATE | SIGNATURE |
| --- | --- | --- | --- |
| | | | |

### CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
| --- | --- | --- | --- | --- |
| | | NAME & AGENCY  CHREN CHAE | NAME & AGENCY  JACQUELINE TERLAE | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME & AGENCY | NAME & AGENCY | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME & AGENCY | NAME & AGENCY | |
| | | SIGNATURE | SIGNATURE | |

(Over)

(Prior Editions are Obsolete and not to be used)

Form USM - 102
Rev. 04/78
Automated 01/01

8 of 9

U.S. Department of Justice
United States Marshals Service



UNITED STATES MARSHALS SERVICE
DISTRICT OF _____

## SEIZED PROPERTY AND EVIDENCE CONTROL

RECEIVED FROM (Name and address)

| CASE NO. | CASE TITLE |
|---|---|
| Civil Case No. 03-000013 | LOUIS VUITTON MALLETIER AND CHANEL, INC. AND PRADA S.A. VS. VENDOR DOE I, |

SUBJECT (Name, address)

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
|---|---|---|---|
| | 4 6 | Chanel bracelets | |
| | | Assorted Chanel / prada boxes | |
| | (2) | Chanel earrings | |
| | 1 | Chanel pin | |
| | 10 | Chanel cell phone holders | |
| | 3 | Prada clips | |
| | 2 | Prada paper bags | |
| | assorted | Chanel clips & earing holders | |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE (Typed or printed) | AGENCY | DATE | SiGNATURE |
|---|---|---|---|
| | | | |

### CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| | | NAME & AGENCY KAREN CHAE | NAME & AGENCY JACQUELINE TERCAJE | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME & AGENCY | NAME & AGENCY | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME & AGENCY | NAME & AGENCY | |
| | | SIGNATURE | SIGNATURE | |

(Over)

(Prior Editions are Obsolete and not to be used)

Form USM - 102
Rev. 04/78
Automated 01/01



U.S. Department of Justice
United States Marshals Service

UNITED STATES MARSHALS SERVICE
DISTRICT OF _____

## SEIZED PROPERTY AND EVIDENCE CONTROL

RECEIVED FROM (Name and address)

| CASE NO.<br>Civil Case No. 03-000013 | CASE TITLE<br>LOUIS VUITTON MALLETIER AND CHANEL, INC. AND PRADA S.A. VS. VENDOR DOE I, |
|---|---|

SUBJECT (Name, address)

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
|---|---|---|---|
| | | Large Chanel Phelt bag | |
| | 9 | (LV) Phelt bags | |
| | assorted | Post-its w/ Taxi Co. names | |
| | 1 | prada shirt | |
| | 1 bag | Chanel straps | |
| | 1 | ASSORTED NOTES AND PAPERS | |
| | 1 | BUSINESS LICENCE HANA TRADE CORP. | |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE (Typed or printed) | AGENCY | DATE | SIGNATURE |
|---|---|---|---|
| | | | |

### CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| | | NAME & AGENCY KAREN CHAG | NAME & AGENCY JACQUELINE TERLAU | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME & AGENCY | NAME & AGENCY | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME & AGENCY | NAME & AGENCY | |
| | | SIGNATURE | SIGNATURE | |

(Over)

(Prior Editions are Obsolete and not to be used)

Form USM - 102
Rev. 04/78
Automated 01/01

U.S. Department of Justice
United States Marshals Service



UNITED STATES MARSHALS SERVICE
DISTRICT OF _____

## SEIZED PROPERTY AND EVIDENCE CONTROL

RECEIVED FROM (Name and address)

| CASE NO.<br>Civil Case No. 03-000013 | CASE TITLE<br>LOUIS VUITTON MALLETIER AND CHANEL, INC. AND PRADA S.A. VS. VENDOR DOE I, |
|---|---|

SUBJECT (Name, address)

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
|---|---|---|---|
| | 9, 1 | Chanel Outfits | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE  (Typed or printed) | AGENCY | DATE | SIGNATURE |
|---|---|---|---|
| | | | |

### CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| | | NAME & AGENCY KAREN CHAN<br>SIGNATURE | NAME & AGENCY JACQUELINE TERLADE<br>SIGNATURE | |
| | | NAME & AGENCY<br>SIGNATURE | NAME & AGENCY<br>SIGNATURE | |
| | | NAME & AGENCY<br>SIGNATURE | NAME & AGENCY<br>SIGNATURE | |

(Over)

(Prior Editions are Obsolete and not to be used)

Form USM - 102
Rev. 04/78
Automated 01/01

Process#1

# U.S. Department of Justice
# United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Louis Vuitton Malletier and Chanel, Inc. and Prada S.A. | 03-00013 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Vendor Doe II, aka Su Kim | |

**SERVE** ➡ **AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Vendor Doe II, aka Su Kim

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

Fort Apugan, Agana Heights

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Anita P. Arriola
Arriola, Cowan & Arriola
259 Martyr Street, Suite 201
Hagatna, Guam 96910

| | |
|---|---|
| Number of process to be served with this Form - 285 | 8 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fort Apugan - sidewalk vendor. See attached photograph.

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *Anita P. Arriola* | | 477-9730/33 | 5/8/03 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 090 | District to Serve No. 090 | Signature of Authorized USMS Deputy or Clerk | Date 05/14/03 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

RECEIVED
MAY 21 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

| Name and title of individual served (if not shown above) | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address (complete only if different than shown above) | | Date of Service 5/19/03 / Time 1030 pm |
| | | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $90.00 | $1.44 | 0 | $285.24 $188.34 | $2,000.00 | $0 | $1811.66 $1,714.76 |

REMARKS:
- (2) DUES / $45.00 X 2 attempts = $90.00     $64.60     $193.80
- (3) Guards: $15 X 7.65% = $16.15 X 2 HRS. = $32.30 X 3 guards = $96.90
- $1 mile, 1 way (2 attempts) = 4 miles X .36¢ = $1.44
- 1000-1100   1300-1400   4 HRS

PRIOR EDITIONS MAY BE USED

## 1. CLERK OF THE COURT

FORM USM-285 (Rev. 12/15/80)

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

*(Process #3)*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Louis Vuitton Malletier and Chanel, Inc. and Prada S.A. | 03-00013 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Vendor Doe III | |

**SERVE ➤**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Vendor Doe III

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** See Below

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Anita P. Arriola
Arriola, Cowan & Arriola
259 Martyr St., Suite 201
Hagatna, Guam 96910

| | |
|---|---|
| Number of process to be served with this Form - 285 | 8 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):
Fold                                                                                   Fold

Unnamed, unmarked one-story building painted white with green or aqua trim adjacent to "Jade Garden Restaurant" sign, located behind ABC Store in Tumon across the street from Guam Hyatt Hotel. See Attached Photograph.

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *Anita P. Arriola* | | 477-9730/33 | 5/8/03 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 093 | District to Serve No. 093 | Signature of Authorized USMS Deputy or Clerk | Date 05/14/03 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

RECEIVED
MAY 21 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

| Name and title of individual served (*if not shown above*) | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address (*complete only if different than shown above*) | | Date of Service 5/17/03   Time 1130 am |
| | | Signature of U.S. Marshal or Deputy |

$1183.14
$1,280.04

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $495.00 | $5.76 | 0 | $565.36 | $1,040.04 | 0 | $617.78 $714.68 |

REMARKS: (1) Dusm / 1130 - 1330 Hrs. $45 x 2 Hrs. = $90.00 + $45.00 = $135.00
(2) Guard: $15.00 x 7.65% = $16.15 x 2 Hrs. = $32.30 x 2 guards = $64.60
8 miles, 1 way = 16 miles x 36¢ = $5.76
1. 8 process x $45.00 = $360.00

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|



UNITED STATES MARSHALS SERVICE
DISTRICT OF *Guam*

## SEIZED PROPERTY AND EVIDENCE CONTROL

RECEIVED FROM (Name and address)                    SSN: 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
Mi Sook Kim,   Guam D/L # 1228011241   DOB: 01-05-65

| CASE NO.                    | CASE TITLE |
|-----------------------------|------------|
| Civil Case No. 03-000013    | LOUIS VUITTON MALLETIER AND CHANEL, INC. AND PRADA S.A. VS. VENDOR DOE I, |

SUBJECT (Name, address)
DBA: *Angelus*   Tumon Guam behind ABC store and accross Hyatt Hotel.

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
|----------|------|------------------------------------------------------------------------------------------------|------------------|
| 1 | 6 | $20.00 USC = $120.00 Total | |
| 2 | 8 | $10.00 USC = $80.00 Total | |
| 3 | 13 | $5.00 USC = $65.00 Total | |
| 4 | 21 | $1.00 USC = $21.00 Total | |
| | | Grand Total $286.00 | |
| | | | |
| | | | |
| | | | |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE (Typed or printed) | AGENCY | DATE | SIGNATURE |
|---------------------------------|--------|------|-----------|
| Roland E. Okada  Spl. DUSM | USMS D/Gu. | 5-19-03 | Roland E. Okada |

### CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|----------|------|-----------------|-------------|---------|
| | | NAME & AGENCY  KIM MI SOOK | NAME & AGENCY  X J.C. ARRIOLA JR | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME & AGENCY | NAME & AGENCY | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME & AGENCY | NAME & AGENCY | |
| | | SIGNATURE | SIGNATURE | |

(Over)

(Prior Editions are Obsolete and not to be used)

Form USM - 102
Rev. 04/78
Automated 01/01

649-3998
home) 649-8701
Tamuning Persons APT G5

U.S. Department of Justice
United States Marshals Service



UNITED STATES MARSHALS SERVICE
DISTRICT OF

## SEIZED PROPERTY AND EVIDENCE CONTROL

RECEIVED FROM (Name and address)

| CASE NO. Civil Case No. 03-000013 | CASE TITLE LOUIS VUITTON MALLETIER AND CHANEL, INC. AND PRADA S.A. VS. VENDOR DOE I, |
|---|---|

SUBJECT (Name, address)

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
|---|---|---|---|
| | 6 | Large LV monogram bags | |
| | 4 | Medium checkered LV bags | |
| | 1 | green monogram bags | |
| | 1 | patent leather pink LV bag | |
| | 3 | medium monogram bags | |
| | 2 | Small monogram bags | |
| | 31 | monogram wallets | |
| | 2 | checkered wallets (LV) | |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE (Typed or printed) | AGENCY | DATE | SIGNATURE |
|---|---|---|---|
| | | | |

### CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| | | NAME & AGENCY  X KIM MI Sook | NAME & AGENCY | |
| | | SIGNATURE  X | SIGNATURE | |
| | | NAME & AGENCY | NAME & AGENCY | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME & AGENCY | NAME & AGENCY | |
| | | SIGNATURE | SIGNATURE | |

(Over)

(Prior Editions are Obsolete and not to be used)

Form USM - 102
Rev. 04/78
Automated 01/01

U.S. Department of Justice
United States Marshals Service



## SEIZED PROPERTY AND EVIDENCE CONTROL

RECEIVED FROM (Name and address)

| CASE NO. Civil Case No. 03-000013 | CASE TITLE LOUIS VUITTON MALLETIER AND CHANEL, INC. AND PRADA S.A. VS. VENDOR DOE I, ... |
|---|---|

SUBJECT (Name, address)

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
|---|---|---|---|
| | 12 | Prada lighter / Cig. cases | |
| | 3 | medium channel bag | |
| | 4 | Channel wallets | |
| | 6 | Channel cig. cases | |
| | 1 | Channel T-shirt | |
| | | | |
| | | | |
| | | | |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE (Typed or printed) | AGENCY | DATE | SiGNATURE |
|---|---|---|---|
| | | | |

### CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| | | NAME & AGENCY KIM MI SOOK | NAME & AGENCY | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME & AGENCY | NAME & AGENCY | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME & AGENCY | NAME & AGENCY | |
| | | SIGNATURE | SIGNATURE | |

(Over)

(Prior Editions are Obsolete and not to be used)

Form USM - 102
Rev. 04/78
Automated 01/01



UNITED STATES MARSHALS SERVICE
DISTRICT OF _____

## SEIZED PROPERTY AND EVIDENCE CONTROL

RECEIVED FROM (Name and address)

| CASE NO. | CASE TITLE |
|---|---|
| Civil Case No. 03-000013 | LOUIS VUITTON MALLETIER AND CHANEL, INC. AND PRADA S.A. VS. VENDOR DOE I, |

SUBJECT (Name, address)

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
|---|---|---|---|
| | 28 | Med. black prada bags | |
| | 3 | Med. cream prada bags | |
| | 5 | Large black | |
| | 15 | Small black prada bags | |
| | 6 | Small pink prada bags | |
| | 7 | small red prada bags | |
| | 7 | small blue prada bags | |
| | 6 | small yellow prada bags | |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE (Typed or printed) | AGENCY | DATE | SIGNATURE |
|---|---|---|---|
| | | | |

### CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| | | NAME & AGENCY KIM MI SOOK | NAME & AGENCY | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME & AGENCY | NAME & AGENCY | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME & AGENCY | NAME & AGENCY | |
| | | SIGNATURE | SIGNATURE | |

(Over)

U.S. Department of Justice
United States Marshals Service



### UNITED STATES MARSHALS SERVICE
DISTRICT OF _____

# SEIZED PROPERTY AND EVIDENCE CONTROL

RECEIVED FROM (Name and address)

| CASE NO.<br>Civil Case No. 03-000013 | CASE TITLE<br>LOUIS VUITTON MALLETIER AND CHANEL, INC. AND PRADA S.A. VS. VENDOR DOE I, |
|---|---|

SUBJECT (Name, address)

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no.,<br>identifying marks, condition, value, etc.) | STORAGE<br>LOCATION |
|---|---|---|---|
| | 5 | Med. prada bags | |
| | 5 | small cream prada bags | |
| | 4 | small brown prada bags | |
| | 46 | channel necklaces | |
| | 6 | channel bracelets | |
| | 62 | channel Earrings | |
| | 7 | channel rings | |
| | 2 | pendents channel | |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE (Typed or printed) | AGENCY | DATE | SIGNATURE |
|---|---|---|---|
| | | | |

### CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| | | NAME & AGENCY<br>KIM MI SOOK<br>SIGNATURE | NAME & AGENCY<br>SIGNATURE | |
| | | NAME & AGENCY<br>SIGNATURE | NAME & AGENCY<br>SIGNATURE | |
| | | NAME & AGENCY<br>SIGNATURE | NAME & AGENCY<br>SIGNATURE | |

(Over)

(Prior Editions are Obsolete and not to be used)

Form USM - 102
Rev. 04/78
Automated 01/01

U.S. Department of Justice
United States Marshals Service



UNITED STATES MARSHALS SERVICE
DISTRICT OF _____

# SEIZED PROPERTY AND EVIDENCE CONTROL

RECEIVED FROM (Name and address)

| CASE NO.<br>Civil Case No. 03-000013 | CASE TITLE<br>LOUIS VUITTON MALLETIER AND CHANEL, INC. AND PRADA S.A. VS. VENDOR DOE I, |
| --- | --- |

SUBJECT (Name, address)

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
| --- | --- | --- | --- |
| | 1 | Key chain (channel) | |
| | 1 | Framed buisness license | |
| | 9 | channel watches | |
| | 3 | LV Watches | |
| | 4 | prada watches | |
| | 1 | Lrg-bag of LV + prada boxes + felt bags | |
| | 5 | Channel belts | |
| | 19 | prada tags | |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE (Typed or printed) | AGENCY | DATE | SIGNATURE |
| --- | --- | --- | --- |
| | | | |

## CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
| --- | --- | --- | --- | --- |
| | | NAME & AGENCY<br>KKIII MI Cook<br>SIGNATURE | NAME & AGENCY<br>SIGNATURE | |
| | | NAME & AGENCY<br>SIGNATURE | NAME & AGENCY<br>SIGNATURE | |
| | | NAME & AGENCY<br>SIGNATURE | NAME & AGENCY<br>SIGNATURE | |

(Over)

(Prior Editions are Obsolete and not to be used)

Form USM - 102
Rev. 04/78
Automated 01/01

U.S. Department of Justice
United States Marshals Service



UNITED STATES MARSHALS SERVICE
DISTRICT OF _____

## SEIZED PROPERTY AND EVIDENCE CONTROL

RECEIVED FROM (Name and address)

| CASE NO. | CASE TITLE |
|---|---|
| Civil Case No. 03-000013 | LOUIS VUITTON MALLETIER AND CHANEL, INC. AND PRADA S.A. VS. VENDOR DOE I, |

SUBJECT (Name, address)

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
|---|---|---|---|
| | 9 | LV monogram cig cases | |
| | 38 | LV Epi Leather Wallets | |
| | 33 | LV small wallets | |
| | 9 | LV Patent Leather wallets | |
| | 37 | LV Keychains + cell phone case | |
| | 1 | LV many monogram Planner | |
| | 2 | LV Epi leather purses | |
| | 3 | LV checkered purses | |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE (Typed or printed) | AGENCY | DATE | SIGNATURE |
|---|---|---|---|
| | | | |

### CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| | | NAME & AGENCY   x MIMI Sok | NAME & AGENCY | |
| | | SIGNATURE   x | SIGNATURE | |
| | | NAME & AGENCY | NAME & AGENCY | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME & AGENCY | NAME & AGENCY | |
| | | SIGNATURE | SIGNATURE | |

(Over)

(Prior Editions are Obsolete and not to be used)

Form USM - 102
Rev. 04/78
Automated 01/01