ANITA P. ARRIOLA, ESQ.
JOAQUIN C. ARRIOLA, JR., ESQ.
**ARRIOLA, COWAN & ARRIOLA**
259 Martyr Street, Suite 201
Hagatna, Guam 96910
Telephone: (671) 477-9731/33
Telecopier: (671) 477-9734

Counsel for Plaintiffs LOUIS VUITTON
MALLETIER, CHANEL, INC. and
PRADA, S.A.



FILED
DISTRICT COURT OF GUAM
MAY 22 2003
MARY L. M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| LOUIS VUITTON MALLETIER and CHANEL, INC., and PRADA, S.A.<br><br>Plaintiffs,<br><br>vs.<br><br>VENDOR DOE I, aka U.S.A. T-SHIRTS AND GIFT ITEMS, VENDOR DOE II, aka SU KIM, VENDOR DOE III, and DOES I THROUGH XX,<br><br>Defendants. | CIVIL CASE NO. 03-00013<br><br><br><br>**STIPULATION AND ORDER FOR CONTINUANCE** |

COME NOW the parties hereto and stipulate that a hearing for Order to Show Cause for Preliminary Injunction scheduled on May 21, 2003, at 2:00 p.m., in the above-captioned civil case be continued until the further order of the honorable court. The parties respectfully request this continuance due to the ongoing trial in another matter.

//

-1-

IT IS SO STIPULATED:

| ARRIOLA COWAN & ARRIOLA | LAW OFFICE OF PARK |
|---|---|
| By: *[signature]* <br> ANITA P. ARRIOLA | By: *[signature]* <br> MUN SU PARK |
| Date: 5/21/03 | Date: 5/21/03 |

IT IS SO ORDERED:

Date: MAY 2 2 2003

*[signature]*

HONORABLE JOHN S. UNPINGCO
Chief Judge, DISTRICT COURT OF GUAM

RECEIVED
MAY 2 1 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM