ANITA P. ARRIOLA, ESQ.
JOAQUIN C. ARRIOLA, JR., ESQ.
**ARRIOLA, COWAN & ARRIOLA**
259 Martyr Street, Suite 201
Hagatna, Guam 96910
Telephone: (671) 477-9731/33
Telecopier: (671) 477-9734

Counsel for Plaintiffs LOUIS VUITTON
MALLETIER, CHANEL, INC. and
PRADA, S.A.



UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| LOUIS VUITTON MALLETIER and CHANEL, INC., and PRADA, S.A.,<br><br>Plaintiffs,<br><br>vs.<br><br>HANA TRADE CORPORATION dba HONOLULU GIFT SHOP aka U.S.A. T-SHIRTS AND GIFT ITEMS, VENDOR DOE II aka SU KIM, VENDOR DOE III, KIM CHOL KUN dba ANGELUS, VENDOR DOE IV aka LISA'S, VENDOR DOE V aka FASHION CITY, VENDOR DOE VI aka CORALYN'S VARIETIES, VENDOR DOE VII and DOES I THROUGH XX,<br><br>Defendants. | CIVIL CASE NO. 03-00013<br><br>**DECLARATION OF ROSA L. RESENDEZ IN SUPPORT OF PLAINTIFFS' FIRST AMENDED VERIFIED COMPLAINT AND PLAINTIFFS' SECOND MOTION FOR TEMPORARY RESTRAINING ORDER, SEIZURE ORDER, ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION, AND ORDER ACCELERATING DISCOVERY** |

-1-

ROSA L. RESENDEZ declares and states as follows:

1. I am a resident of Maite, Guam. I am employed as a secretary at the law office of Arriola, Cowan & Arriola, located at 259 Martyr Street, Suite 201, Hagåtña, Guam. Arriola, Cowan & Arriola represents the plaintiffs in the above-captioned matter, Louis Vuitton Malletier, Chanel, Inc. and Prada, S.A.. I file this Declaration in support of Plaintiff's Verified Complaint and Plaintiff's Second Motion for Temporary Restraining Order, Seizure Order, Order to Show Cause for Preliminary Injunction, Order Sealing File and Order Accelerating Discovery. I have personal knowledge of the facts contained herein. If called as a witness I could testify as to the facts contained herein.

2. On or about May 23, 2003, I was requested by Anita P. Arriola, attorney at Arriola, Cowan & Arriola, to assist in the investigation of the sale of counterfeit Louis Vuitton, Chanel and Prada merchandise. I was informed that certain vendors located at the Dededo Mall were selling such items.

3. On May 26, 2003, I went to Dededo Mall. The first place I went to was not in the swap-meet area, but was on the opposite side, located beside the food court area. It had a sign, "Lisa's", and the shop had only one small Louis Vuitton bag displayed. I returned to the Dededo mall on June 10, 2003 and went back to "Lisa's". A true and correct copy of a photograph of "Lisa's" store is attached hereto as Exhibit 1. On my return visit, I saw more Louis Vuitton items, including a mid-sized purse in the monogram canvas, 2 checkbook-type wallets, and one smaller-sized wallet/credit cardholder. I spoke to the attendant at the store, who looked Vietnamese, she is about 4'10" in height, weighing about 100 pounds, with short dark brown hair; she looked to be about 60 years old. She informed me that the Louis Vuitton items at the shop were not leather, she

said that the ones in the Phillippines are manufactured in Korea. She also said that it is easier to buy imitation items because you can afford to change your bags around.

4. The second place I visited on May 26 was called "Fashion City", located in the indoor swap-meet area within the Dededo Mall. A true and correct copy of a photograph of the Fashion City store is attached hereto as Exhibit 2. At this store was a woman who appeared to be of Korean descent, about five feet one inch in height, light complexion, shoulder length medium to light brown hair, brown eyes, about 110 pounds in weight.

5. Upon questioning by me, the woman mentioned that the products sold in the store, including the Louis Vuitton, Chanel and Prada items, are made in Korea. She stated that she likes to sell to locals only because taxis who bring tourists (who asked for "imitations"), know who and where imitations are sold, and she fears that the tourists might be investigators who might possibly raid her store at a later time. She told me that she does not expect a shipment soon because the Guam economy is down and her main buyers are locals.

6. While at Fashion City, I purchased the following:

A. One set of Chanel earrings and neckless silver plated w/Chanel Logo with fake diamonds for $24.00. A true and correct copy of a photograph of this set is attached hereto as Exhibit 3.

B. One pair of Chanel sunglasses with Chanel logo for $10.00. A true and correct copy of a photograph of the sunglasses is attached hereto as Exhibit 4.

C. One set of Louis Vuitton leather key chain and cellular accessary strap for $28.00 A true and correct copy of a photograph of this set is attached hereto as Exhibit 5.

D. One mid-sized Prada purse, made of black micro fiber with adjustable straps for

-3-

$45.00. A true and correct copy of a photograph of this purse is attached hereto as Exhibit 6.

7. In addition to the items I purchased, I saw a showcase of jewelry accessories which displayed approximately fifteen gold rings of various designs with the Chanel logo; two gold and black broaches with the Chanel logo, and four pairs of large gold earrings. In a separate case, there were a number of smaller pairs of Chanel earrings. In another showcase, adjacent to a larger one, there were more Chanel sunglasses, one watch (silver plated, round face, with face encrusted by diamonds), and one black leather checkbook wallet with the Chanel logo in gold.

8. There was also one showcase filled with numerous Louis Vuitton wallets, cellular straps, key chain, cigarette case and belts. On shelf were displayed approximately eight Louis Vuitton bags of various sizes, including a duffel bag, backpack, cosmetic bags and purses. There were also several small to mid-sized Prada bags, all black in the micro fiber material with the Prada logo embedded in the triangle.

9. On my June 11 visit to the Dededo mall, I entered a store adjacent to Fashion City called "Coralyn's Varieties." A true and correct copy of a photograph of "Coralyn's Varieties" store is attached hereto as Exhibit 7. At this store I saw several Louis Vuitton items, including a monogram backpack, monogram checkbook wallet, 2 monogram canvas organizers, 2 monogram canvas coin holders, and 2 monogram canvas small wallet/credit cardholders.

10. Also on my June 11 visit to the Dededo mall, I entered a store directly across from Coralyn's. In the store, I saw Prada wallets, Louis Vuitton wallets, and a Louis Vuitton purse. My companion Francesca purchased a man's Prada black wallet for $15.00. I could not take a photograph of the store because the attendant there appeared very suspicious and I did not want to

-4-

arouse her suspicious further by taking any pictures of the store.

11. I prepared a hand-drawn diagram showing the location of the shops in the Dededo mall that I visited on May 26 and June 10, 2003. A true and correct copy of the diagram is attached hereto as Exhibit 8.

I declare under penalty of perjury under the laws of Guam and the United States that the foregoing is true and correct.

Dated: June 23, 2003

_____
ROSA L. RESENDEZ




EXHIBIT
1



EXHIBIT 2





EXHIBIT 3















EXHIBIT 7

