ANITA P. ARRIOLA, ESQ.
JOAQUIN C. ARRIOLA, JR., ESQ.
**ARRIOLA, COWAN & ARRIOLA**
259 Martyr Street, Suite 201
Hagatna, Guam 96910
Telephone: (671) 477-9731/33
Telecopier: (671) 477-9734

Counsel for Plaintiffs LOUIS VUITTON
MALLETIER, CHANEL, INC. and
PRADA, S.A.



UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| LOUIS VUITTON MALLETIER and CHANEL, INC., and PRADA, S.A. <br><br> Plaintiffs, <br><br> vs. <br><br> HANA TRADE CORPORATION dba HONOLULU GIFT SHOP aka U.S.A. T-SHIRTS AND GIFT ITEMS, VENDOR DOE II aka SU KIM, VENDOR DOE III aka KIM CHOL KUN dba ANGELUS, VENDOR DOE IV aka LISA'S, VENDOR DOE V aka FASHION CITY, VENDOR DOE VI aka CORALYN'S VARIETIES, VENDOR DOE VII and DOES I THROUGH XX, <br><br> Defendants. | CIVIL CASE NO. 03-00013 <br><br> **REQUEST FOR CONTINUED HEARING ON ORDER TO SHOW CAUSE** |

COME NOW, Plaintiffs Louis Vuitton Malletier, Chanel Inc. and Prada S.A. (collectively "Plaintiffs"), by and through their undersigned counsel of record, and respectfully request that the Court issue an Order in the form submitted herewith, that sets the above-captioned matter for hearing

on Plaintiff's Order to Show Cause. In support of this Request, Plaintiffs state as follows:

    1.    On May 13, 2003 this Court issued a Temporary Restraining Order, Seizure Order, Order to Show Cause for Preliminary Injunction, and Order Accelerating Discovery. Said Order was served on Defendants HANA TRADE CORPORATION dba HONOLULU GIFT SHOP aka U.S.A. T-SHIRTS AND GIFT ITEMS, and VENDOR DOE III, KIM CHOL KUN dba ANGELUS, on May 19, 2003. Said Order set the hearing for the Temporary Restraining Order and Order to Show Cause for May 21, 2003; Said Order also required Defendants' answering papers, if any, to be filed with the Clerk of this Court and served upon the attorneys for plaintiffs May 16, 2003; and any response shall be filed and served by plaintiffs before May 20, 2003.

    2.    On May 22, 2003, the Parties filed a Stipulation and Order for Continuance, and continued the Order to Show Cause for Preliminary Injunction, until further order of the court. No new hearing date has been set.

    3.    On June 23, 2003, Plaintiffs filed their First Amended Complaint, naming and identifying additional defendants.

    4.    On June 30, 2003, this Court issued a Second Temporary Restraining Order, Seizure Order, Order to Show Cause for Preliminary Injunction and Order Accelerating Discovery. Said Order was served on Defendants VENDOR DOE IV aka LISA'S, VENDOR DOE V aka FASHION CITY, VENDOR DOE VI aka CORALYN'S VARIETIES, and VENDOR DOE VII on July 7, 2003 at about 12:00 p.m.. Said Order set the hearing for the Second Temporary Restraining Order and Order to Show Cause for July 8, 2003; Said Order also required Defendants' answering papers, if any, to be filed with the Clerk of this Court and served upon the attorneys for plaintiffs July 3, 2003; and any response shall be filed and served by plaintiffs before July 7, 2003.

    5.    In light of the pending First Temporary Restraining Order and Order to Show

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910

Cause for Preliminary Injunction and Stipulation and Continuance therefor, as well as the recent service of the Second Temporary Restraining Order and Order to Show Cause for Preliminary Injunction on July 7, 2003, Plaintiffs respectfully request that the Court continue the hearing set for July 8, 2003 against Defendants VENDOR DOE IV aka LISA'S, VENDOR DOE V aka FASHION CITY, VENDOR DOE VI aka CORALYN'S VARIETIES, and VENDOR DOE VII, and consolidate it with the hearing for Defendants HANA TRADE CORPORATION dba HONOLULU GIFT SHOP aka U.S.A. T-SHIRTS AND GIFT ITEMS, and VENDOR DOE III, KIM CHOL KUN dba ANGELUS, providing all Defendants with an opportunity to file their Oppositions, if any, as well as Plaintiffs' reply, in a timely fashion, as well as providing Plaintiffs an opportunity to serve all Defendants with said Order.

Dated at Hagatna, Guam: July 7, 2003.

ARRIOLA, COWAN & ARRIOLA

_____
JOAQUIN C. ARRIOLA, JR.