ANITA P. ARRIOLA, ESQ.
JOAQUIN C. ARRIOLA, JR., ESQ.
ARRIOLA, COWAN & ARRIOLA
259 Martyr Street, Suite 201
Hagatna, Guam 96910
Telephone: (671) 477-9731/33
Telecopier: (671) 477-9734

Counsel for Plaintiffs LOUIS VUITTON
MALLETIER, CHANEL, INC. and
PRADA, S.A.

FILED
DISTRICT COURT OF GUAM
JUL - 8 2003
MARY L. M. MORAN
CLERK OF COURT

23

UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| LOUIS VUITTON MALLETIER and CHANEL, INC., and PRADA, S.A. ) ) ) Plaintiffs, ) ) vs. ) ) HANA TRADE CORPORATION dba ) HONOLULU GIFT SHOP aka U.S.A. T- ) SHIRTS AND GIFT ITEMS, VENDOR ) DOE II aka SU KIM, VENDOR DOE III ) aka KIM CHOL KUN dba ANGELUS, ) VENDOR DOE IV aka LISA'S, ) VENDOR DOE V aka FASHION CITY, ) VENDOR DOE VI aka CORALYN'S ) VARIETIES, VENDOR DOE VII and ) DOES I THROUGH XX, ) ) Defendants. ) ) | CIVIL CASE NO. 03-00013<br><br>**CERTIFICATE OF SERVICE** |

I, **JOAQUIN C. ARRIOLA, JR.**, hereby certify that on July \_7\_, 2003, I caused to be served the **Request for Continued Hearing on Order to Show Cause and (Proposed) Order Continuing Hearing for Order to Show Cause for Preliminary Injunction** to:

Mun Su Park, Esq.
Law Offices of Park & Associates
744 N. Marine Drive, Ste. 113 E.W.B.C.
Upper Tumon, Guam 96913

Dated this 2 day of July, 2003.

_____
JOAQUIN C. ARRIOLA, JR.