ANITA P. ARRIOLA, ESQ.
JOAQUIN C. ARRIOLA, JR., ESQ.
**ARRIOLA, COWAN & ARRIOLA**
259 Martyr Street, Suite 201
Hagatna, Guam 96910
Telephone:   (671) 477-9731/33
Telecopier:   (671) 477-9734

Counsel for Plaintiffs LOUIS VUITTON
MALLETIER, CHANEL, INC. and
PRADA, S.A.

FILED
DISTRICT COURT OF GUAM
JUL - 8 2003
MARY L. M. MORAN
CLERK OF COURT

(24)

## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| LOUIS VUITTON MALLETIER and CHANEL, INC., and PRADA, S.A. <br><br> Plaintiffs, <br><br> vs. <br><br> HANA TRADE CORPORATION dba HONOLULU GIFT SHOP aka U.S.A. T-SHIRTS AND GIFT ITEMS, VENDOR DOE II aka SU KIM, VENDOR DOE III, KIM CHOL KUN dba ANGELUS, VENDOR DOE IV aka LISA'S, VENDOR DOE V aka FASHION CITY, VENDOR DOE VI aka CORALYN'S VARIETIES, VENDOR DOE VII and DOES I THROUGH XX, <br><br> Defendants. | CIVIL CASE NO. 03-00013 <br><br><br><br><br><br><br> (PROPOSED) ORDER CONTINUING HEARING FOR ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION |

The above-captioned matter came before the Court on Plaintiff's Motion for a Continuance of the Hearing on Plaintiff's Order to Show Cause for Preliminary Injunction. Good Cause appearing, IT IS HEREBY ORDERED as follows:

1.   That Defendants, and each of them, and any person acting in concert with them who is served with a copy or has notice of this Order (hereinafter collectively referred to as

"defendants"), shall show cause, unless the defendants waive their right to do so, before the Honorable John S. Unpingco at the United States District Court for the District Court of Guam, 4th Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam 96910, on _July 18_, 2003, at _10:30_ o'clock _a_. m., or as soon thereafter as counsel can be heard, why an order should not be entered granting Plaintiffs a preliminary injunction pursuant to Rule 65, Federal Rules of Civil Procedure, as set forth in the Temporary Retraining Order, Seizure Order, Order to Show Cause for Preliminary Injunction and Order Accelerating Discovery issued on May 13, 2003 and June 30, 2003, previously served on Defendants herein.

2. IT IS FURTHER ORDERED that Defendants' answering papers, if any, shall be filed with the Clerk of this Court and served upon the attorneys for Plaintiffs by delivering copies thereof to the Law offices of Arriola, Cowan & Arriola, A Professional Corporation, Suite 201, 259 Martyr Street, Hagåtña, Guam 96910, before 12:00 o'clock p.m. on or before _July 14_, 2003 (4 days before hearing). Any response shall be filed and served by plaintiffs before 12:00 o'clock p.m. on _July 17_, 2003 (1 day before hearing).

**IT IS SO ORDERED.**

Dated: _JUL 0 8 2003_.

_____
HONORABLE JOHN S. UNPINGCO
Chief Judge, District Court of Guam

**RECEIVED**
JUL - 8 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM