ANITA P. ARRIOLA, ESQ.
JOAQUIN C. ARRIOLA, JR., ESQ.
**ARRIOLA, COWAN & ARRIOLA**
259 Martyr Street, Suite 201
Hagatna, Guam 96910
Telephone: (671) 477-9731/33
Telecopier: (671) 477-9734

Counsel for Plaintiffs LOUIS VUITTON
MALLETIER, CHANEL, INC. and
PRADA, S.A.

FILED
DISTRICT COURT OF GUAM
JUL - 8 2003
MARY L. M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| LOUIS VUITTON MALLETIER and CHANEL, INC., and PRADA, S.A.<br><br>Plaintiffs,<br><br>vs.<br><br>HANA TRADE CORPORATION dba HONOLULU GIFT SHOP aka U.S.A. T-SHIRTS AND GIFT ITEMS, VENDOR DOE II aka SU KIM, VENDOR DOE III aka KIM CHOL KUN dba ANGELUS, VENDOR DOE IV aka LISA'S, VENDOR DOE V aka FASHION CITY, VENDOR DOE VI aka CORALYN'S VARIETIES, VENDOR DOE VII and DOES I THROUGH XX,<br><br>Defendants. | CIVIL CASE NO. 03-00013<br><br>**ERRATA** |

The Summonses issued on July 1, 2003, and served on Defendants VENDOR DOE IV aka LISA'S, VENDOR DOE V aka FASHION CITY, VENDOR DOE VI aka CORALYN'S VARIETIES, and VENDOR DOE VII on July 7, 2003, should reflect that an Answer is due to the

**ORIGINAL**

"Verified First Amended Complaint" on file herein, said Verified First Amended Complaint having been served with said Summonses on all of said Defendants.

Dated at Hagatna, Guam: July 8, 2003.

ARRIOLA, COWAN & ARRIOLA

JOAQUIN C. ARRIOLA, JR.

# CERTIFICATE OF SERVICE

I, **JOAQUIN C. ARRIOLA, JR.**, hereby certify that on July 8, 2003, I caused to be served the **Errata** to:

> Mun Su Park, Esq.
> Law Offices of Park & Associates
> 744 N. Marine Drive, Ste. 113 E.W.B.C.
> Upper Tumon, Guam 96913
> Fax No. 647-1211

Dated this 8th day of July, 2003.

_____
JOAQUIN C. ARRIOLA, JR.

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910