ANITA P. ARRIOLA, ESQ.
JOAQUIN C. ARRIOLA, JR., ESQ.
**ARRIOLA, COWAN & ARRIOLA**
259 Martyr Street, Suite 201
Hagatna, Guam 96910
Telephone: (671) 477-9731/33
Telecopier: (671) 477-9734

Counsel for Plaintiffs LOUIS VUITTON
MALLETIER, CHANEL, INC. and
PRADA, S.A.



## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| LOUIS VUITTON MALLETIER and CHANEL, INC., and PRADA, S.A. | ) CIVIL CASE NO. 03-00013 ) ) |
| Plaintiffs, | ) ) DECLARATION OF SERVICE |
| vs. | ) ) |
| HANA TRADE CORPORATION dba HONOLULU GIFT SHOP aka U.S.A. T-SHIRTS AND GIFT ITEMS, VENDOR DOE II aka SU KIM, VENDOR DOE III aka KIM CHOL KUN dba ANGELUS, VENDOR DOE IV aka LISA'S, VENDOR DOE V aka FASHION CITY, VENDOR DOE VI aka CORALYN'S VARIETIES, VENDOR DOE VII and DOES I THROUGH XX, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

Guam, U.S.A., )
Hagåtña. ) ss:

I, **MICHAEL J. GATEWOOD**, declare under penalty of perjury under the laws of Guam (6 GCA §4308), that the foregoing is true and correct.

1. That I am a employee of Arriola, Cowan & Arriola and a party not interested in the

ORIGINAL

above-caption case.

2. That on July 8, 2003, at 2:22 p.m., I served upon defendant **Vendor Doe V aka Fashion City**, by and through Lisa Thai, at place of business, Dededo Mall, Dededo, a filed copy of the Summons; Verified First Amended Complaint for Infringement, Trademark, Counterfeiting, False Designation of Origin, Permanent Injunction and Damages and Order Continuing Hearing for Order to Show Cause for Preliminary Injunction in the above-captioned case.

Dated this 8th day of July, 2003.

---
MICHAEL J. GATEWOOD

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910