# United States District Court

DISTRICT OF

GUAM

FILED
DISTRICT COURT OF GUAM
JUL - 9 2003
MARY L. M. MORAN
CLERK OF COURT

LOUIS VUITTON MALLETIER and
CHANEL, INC. and PRADA, S.A.,

V.

HANA TRADE CORPORATION dba
HONOLULU GIFT SHOP et al.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03-00013

(31)

TO: (Name and address of defendant)

HANA TRADE CORPORATION dba
HONOLULU GIFT SHOP aka U.S.A
T-SHIRTS AND GIFT ITEMS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ARRIOLA COWAN & ARRIOLA
259 Martry Street, Ste. 201
Hagatna, GU 96910

(Verified First Amended)
an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran

CLERK

_Rosita J. San Nicolas_
(BY) DEPUTY CLERK

JUL - 8 2003

DATE

ORIGINAL

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE July 8, 2003 |
| NAME OF SERVER (PRINT) Michael J. Gatewood | TITLE Office Messenger |

*Check one box below to indicate appropriate method of service*

[x] Served personally upon the defendant. Place where served: <u>Pacifica Plaza, Upper Tumon,</u> <u>by and through Karen Chae</u> at approximately 2:55 p.m.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on <u>July 8, 2003</u>   <u>Michael J. Gatewood</u>
             Date                Signature of Server

<u>259 Martyr Street, Ste. 201, Hagatna, GU</u>
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.