# United States District Court

### DISTRICT OF
### GUAM

FILED
DISTRICT COURT OF GUAM
JUL - 9 2003
MARY L. M. MORAN
CLERK OF COURT

LOUIS VUITTON MALLETIER and
CHANEL, INC. and PRADA, S.A.,

**V.**

HANA TRADE CORPORATION dba
HONOLULU GIFT SHOP , et al.

**SUMMONS IN A CIVIL CASE** (32)

CASE NUMBER: 03-00013

TO: (Name and address of defendant)

VENDOR DOE III
aka KIM CHOL KUN dba
ANGELUS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ARRIOLA COWAN & ARRIOLA
259 Martyr Street, Ste. 201
Hagatna, GU 96910

(Verified First Amended)
an answer to the complaint which is herewith served upon you, within __twenty (20) days__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran
CLERK

JUL - 8 2003
DATE

_Rosita T. San Nicolas_
(BY) DEPUTY CLERK

ORIGINAL

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE July 8, 2003 |
|---|---|
| NAME OF SERVER (PRINT) Michael J. Gatewood | TITLE Officer Messenger |

*Check one box below to indicate appropriate method of service*

[xx] Served personally upon the defendant. Place where served: by and through Attorney Mun Su Park, at his place of business, Ste. 211 East-West Business Center, at approximately 1:58 p.m.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___July 8, 2003___        ___Michael J. Gatewood___
              Date                         Signature of Server

259 Martyr Street, Ste. 201, Hagatna, GU
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ANITA P. ARRIOLA, ESQ.
JOAQUIN C. ARRIOLA, JR., ESQ.
**ARRIOLA, COWAN & ARRIOLA**
259 Martyr Street, Suite 201
Hagatna, Guam 96910
Telephone: (671) 477-9731/33
Telecopier: (671) 477-9734

Counsel for Plaintiffs LOUIS VUITTON
MALLETIER, CHANEL, INC. and
PRADA, S.A.



UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| LOUIS VUITTON MALLETIER and CHANEL, INC., and PRADA, S.A.<br><br>Plaintiffs,<br><br>vs.<br><br>HANA TRADE CORPORATION dba HONOLULU GIFT SHOP aka U.S.A. T-SHIRTS AND GIFT ITEMS, VENDOR DOE II aka SU KIM, VENDOR DOE III aka KIM CHOL KUN dba ANGELUS, VENDOR DOE IV aka LISA'S, VENDOR DOE V aka FASHION CITY, VENDOR DOE VI aka CORALYN'S VARIETIES, VENDOR DOE VII and DOES I THROUGH XX,<br><br>Defendants. | CIVIL CASE NO. 03-00013<br><br>**AMENDED**<br>DECLARATION OF SERVICE |

Guam, U.S.A.,      )
Hagåtña.           ) ss:

I, **MICHAEL J. GATEWOOD**, declare under penalty of perjury under the laws of Guam

ORIGINAL

(6 GCA §4308), that the foregoing is true and correct.

1. That I am a employee of Arriola, Cowan & Arriola and a party not interested in the above-caption case.

2. That on July 8, 2003, at 2:24 p.m., I served upon defendant **Vendor Doe VII aka Trinity's**, by and through Angie D. Wolford, owner, at place of business, Dededo Mall, Dededo, a filed copy of the Order Continuing Hearing for Order to Show Cause for Preliminary Injunction in the above-captioned case.

Dated this 8th day of July, 2003.

_____
MICHAEL J. GATEWOOD