ANITA P. ARRIOLA, ESQ.
JOAQUIN C. ARRIOLA, JR., ESQ.
**ARRIOLA, COWAN & ARRIOLA**
259 Martyr Street, Suite 201
Hagatna, Guam 96910
Telephone: (671) 477-9731/33
Telecopier: (671) 477-9734

Counsel for Plaintiffs LOUIS VUITTON
MALLETIER, CHANEL, INC. and
PRADA, S.A.

FILED
DISTRICT COURT OF GUAM
JUL - 9 2003
MARY L. M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| LOUIS VUITTON MALLETIER and CHANEL, INC., and PRADA, S.A. | CIVIL CASE NO. 03-00013 |
| Plaintiffs, | **AMENDED** DECLARATION OF SERVICE |
| vs. | |
| HANA TRADE CORPORATION dba HONOLULU GIFT SHOP aka U.S.A. T-SHIRTS AND GIFT ITEMS, VENDOR DOE II aka SU KIM, VENDOR DOE III aka KIM CHOL KUN dba ANGELUS, VENDOR DOE IV aka LISA'S, VENDOR DOE V aka FASHION CITY, VENDOR DOE VI aka CORALYN'S VARIETIES, VENDOR DOE VII and DOES I THROUGH XX, | |
| Defendants. | |

Guam, U.S.A.,         )
Hagåtña.              ) ss:

I, **MICHAEL J. GATEWOOD**, declare under penalty of perjury under the laws of Guam

ORIGINAL

(6 GCA §4308), that the foregoing is true and correct.

1. That I am a employee of Arriola, Cowan & Arriola and a party not interested in the above-caption case.

2. That on July 8, 2003, at 2:22 p.m., I served upon defendant **Vendor Doe V aka Fashion City,** by and through Chung Fong, Manager, at place of business, Dededo Mall, Dededo, a filed copy of the Order Continuing Hearing for Order to Show Cause for Preliminary Injunction in the above-captioned case.

Dated this 8th day of July, 2003.

_____
MICHAEL J. GATEWOOD