ANITA P. ARRIOLA, ESQ.
JOAQUIN C. ARRIOLA, JR., ESQ.
**ARRIOLA, COWAN & ARRIOLA**
259 Martyr Street, Suite 201
Hagatna, Guam 96910
Telephone: (671) 477-9731/33
Telecopier: (671) 477-9734

Counsel for Plaintiffs LOUIS VUITTON
MALLETIER, CHANEL, INC. and
PRADA, S.A.



## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| LOUIS VUITTON MALLETIER and CHANEL, INC., and PRADA, S.A.,<br><br>Plaintiffs,<br><br>vs.<br><br>HANA TRADE CORPORATION dba HONOLULU GIFT SHOP aka U.S.A. T-SHIRTS AND GIFT ITEMS, VENDOR DOE II aka SU KIM, VENDOR DOE III, KIM CHOL KUN dba ANGELUS, VENDOR DOE IV aka LISA'S, VENDOR DOE V aka FASHION CITY, VENDOR DOE VI aka CORALYN'S VARIETIES, VENDOR DOE VII and DOES I THROUGH XX,<br><br>Defendants. | CIVIL CASE NO. 03-00013<br><br><br><br>**PLAINTIFFS' REQUEST FOR CONTINUANCE OF HEARING REGARDING ORDER TO SHOW CAUSE** |

Plaintiffs Louis Vuitton Malletier, Inc., Chanel, Inc. and Prada S.A. respectfully request that the Court continue the hearing presently scheduled for July 18, 2003 at 10:30 a.m. on the Order to Show Cause regarding Temporary Restraining Order on the grounds that plaintiffs are in the process of negotiating settlements and consent judgments with the various defendants in this case. Plaintiffs

request a continuance of the hearing date for approximately two (2) weeks in order to attempt to resolve this matter with all defendants.

Dated this 17th day of July, 2003.

        ARRIOLA, COWAN & ARRIOLA
Counsel for Plaintiffs LOUIS VUITTON
MALLETIER, CHANEL INC. AND PRADA S.A.

BY: *[signature]*
     **ANITA P. ARRIOLA**