ANITA P. ARRIOLA, ESQ.
JOAQUIN C. ARRIOLA, JR., ESQ.
**ARRIOLA, COWAN & ARRIOLA**
259 Martyr Street, Suite 201
Hagatna, Guam 96910
Telephone: (671) 477-9731/33
Telecopier: (671) 477-9734

Counsel for Plaintiffs LOUIS VUITTON
MALLETIER, CHANEL, INC. and
PRADA, S.A.

FILED
DISTRICT COURT OF GUAM
JUL 18 2003
MARY L. M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| LOUIS VUITTON MALLETIER and CHANEL, INC., and PRADA, S.A.<br><br>Plaintiffs,<br><br>vs.<br><br>HANA TRADE CORPORATION dba HONOLULU GIFT SHOP aka U.S.A. T-SHIRTS AND GIFT ITEMS, VENDOR DOE II aka SU KIM, VENDOR DOE III, KIM CHOL KUN dba ANGELUS, VENDOR DOE IV aka LISA'S, VENDOR DOE V aka FASHION CITY, VENDOR DOE VI aka CORALYN'S VARIETIES, VENDOR DOE VII and DOES I THROUGH XX,<br><br>Defendants. | CIVIL CASE NO. 03-00013<br><br>[PROPOSED]<br>**ORDER CONTINUING HEARING DATE** |

Upon consideration of plaintiffs' request for continuance of the hearing date on the Order to Show Cause regarding Temporary Restraining Order, and for good cause shown,

IT IS HEREBY ORDERED that the hearing presently scheduled for July 18, 2003 at 10:30 a.m. is hereby continued for a period of two (2) weeks until _August 1_, 2003 at _10:00_ _a_. m. or until further order of the Court.

**ORIGINAL**

**[PROPOSED]**
**ORDER CONTINUING HEARING DATE**
Louis Vuitton Malletier et al v. Hana Trade Corporation, et al.,
District Court of Guam, Case No. CV 03-00013


SO ORDERED this 18th day of July, 2003.

_____
HONORABLE JOHN S. UNPINGCO
Chief Judge, District Court of Guam

PRESENTED BY:

ARRIOLA, COWAN & ARRIOLA
Counsel for Plaintiff LOUIS VUITTON
MALLETIER, CHANEL INC. AND PRADA S.A.

BY: _____
    **ANITA P. ARRIOLA**
Dated: 7/17/03



RECEIVED
JUL 17 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

FILED
DISTRICT COURT OF GUAM
JUL 17 2003
MARY L. M. MORAN
CLERK OF COURT