ANITA P. ARRIOLA, ESQ.
JOAQUIN C. ARRIOLA, JR., ESQ.
**ARRIOLA, COWAN & ARRIOLA**
259 Martyr Street, Suite 201
Hagåtña, Guam 96910
Tel:  (671) 477-9730
Fax:  (671) 477-9734

Attorneys for Plaintiffs LOUIS VUITTON
MALLETIER, CHANEL, INC. and
PRADA, S.A.

FILED
DISTRICT COURT OF GUAM
JUL 3 1 2003
MARY L. M. MORAN
CLERK OF COURT

43

UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| LOUIS VUITTON MALLETIER and CHANEL, INC., and PRADA, S.A., <br><br> Plaintiffs, <br><br> vs. <br><br> HANA TRADE CORPORATION dba HONOLULU GIFT SHOP aka U.S.A. T-SHIRTS AND GIFT ITEMS, VENDOR DOE II aka SU KIM, VENDOR DOE III, KIM CHOL KUN dba ANGELUS, LISA CHU THAI aka VENDOR DOE IV dba LISA'S, EDWARD P.PAK, aka VENDOR DOE V dba FASHION CITY, CONNIE C. IMBUIDO, aka VENDOR DOE VI dba CORALYN'S VARITIES, ANGIE D. WOLFORD aka VENDOR DOE VII dba TRINITY'S NOVELTIES and DOES I THROUGH XX, <br><br> Defendants. | CIVIL CASE NO. 03-00013 <br><br><br> **STIPULATED REQUEST FOR CONTINUANCE OF SCHEDULING CONFERENCE** |

Plaintiffs Louis Vuitton Malletier, Inc., Chanel, Inc. and Prada, S.A. and Vendor Doe III, aka

Kim Chol Kun, respectfully request that the Court continue the Scheduling Conference presently

Louis Vuitton Malletier et al. v. Hana Trade Corporation et al.
Civil Case No. 03-00013
*Request for Continuance of Scheduling Conference*

2

scheduled for July 31, 2003 at 3 p.m. on the grounds that the Order to Show Cause regarding Temporary Restraining Order with the remaining Defendant Vendor Doe III aka Kim Chol Kun dba Angelus, is scheduled to be heard on August 1, 2003 at 10 a.m.

SO STIPULATED:

**ARRIOLA COWAN & ARRIOLA**
Counsel for Plaintiffs LOUIS VUITTON
MALLETIER, CHANEL, INC. and PRADA, S.A.

Date: 7/30/03      By: _____
                        **JOAQUIN C. ARRIOLA, JR.**

**LAW OFFICES OF PARK & ASSOCIATES**
Counsel for Defendant VENDOR DOE III
aka KIM CHOL KUN dba ANGELUS

Date: 7/30/03      By: _____
                        **MUN SU PARK**