ANITA P. ARRIOLA, ESQ.
JOAQUIN C. ARRIOLA, JR., ESQ.
**ARRIOLA, COWAN & ARRIOLA**
259 Martyr Street, Suite 201
Hagåtña, Guam 96910
Tel:   (671) 477-9730
Fax:   (671) 477-9734

Attorneys for Plaintiffs LOUIS VUITTON
MALLETIER, CHANEL, INC. and
PRADA, S.A.

FILED
DISTRICT COURT OF GUAM
JUL 3 1 2003
MARY L. M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| LOUIS VUITTON MALLETIER and CHANEL, INC., and PRADA, S.A., <br><br> Plaintiffs, <br><br> vs. <br><br> HANA TRADE CORPORATION dba HONOLULU GIFT SHOP aka U.S.A. T-SHIRTS AND GIFT ITEMS, VENDOR DOE II aka SU KIM, DENDOR DOE III, KIM CHOL KUN dba ANGELUS, LISA CHU THAI aka VENDOR DOE IV dba LISA'S, EDWARD P.PAK, aka VENDOR DOE V dba FASHION CITY, CONNIE C. IMBUIDO, aka VENDOR DOE VI dba CORALYN'S VARITIES, ANGIE D. WOLFORD aka VENDOR DOE VII dba TRINITY'S NOVELTIES and DOES I THROUGH XX, <br><br> Defendants. | CIVIL CASE NO. 03-00013 <br><br> **ORDER CONTINUING SCHEDULING CONFERENCE** |

Upon consideration of Plaintiffs' request for continuance of the scheduling conference, and for good cause shown,

-1-

Louis Vuitton Malletier et al. v. Hana Trade Corporation et al. 2
Civil Case No. 03-00013
*Order Continuing Scheduling Conference*

IT IS HEREBY ORDERED that the Scheduling Conference presently scheduled for July 31, 2003 at 3 p.m. is hereby continued until _September 11_, 2003 at 3:00 p.m. or until further order of the Court.

SO ORDERED: JUL 3 1 2003

**HONORABLE JOHN S. UNPINGCO**
Chief Judge, District Court of Guam

PRESENTED BY:

ARRIOLA COWAN & ARRIOLA
Counsel for Plaintiffs LOUIS VUITTON
MALLETIER, CHANEL, INC. and PRADA, S.A.

By: JOAQUIN C. ARRIOLA, JR.
Dated: 7/30/03

**RECEIVED**
JUL 31 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM