ANITA P. ARRIOLA, ESQ.
JOAQUIN C. ARRIOLA, JR., ESQ.
**ARRIOLA, COWAN & ARRIOLA**
259 Martyr Street, Suite 201
Hagatna, Guam 96910
Telephone: (671) 477-9730/33
Telecopier: (671) 477-9734

Counsel for Plaintiffs LOUIS VUITTON
MALLETIER, CHANEL, INC. and
PRADA, S.A.



FILED
DISTRICT COURT OF GUAM
AUG - 1 2003
MARY L. M. MORAN
CLERK OF COURT

45

## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| LOUIS VUITTON MALLETIER and CHANEL, INC., and PRADA, S.A. <br><br> Plaintiffs, <br><br> vs. <br><br> HANA TRADE CORPORATION dba HONOLULU GIFT SHOP aka U.S.A. T-SHIRTS AND GIFT ITEMS, VENDOR DOE II aka SU KIM, KIM CHOL KUN dba ANGELUS, VENDOR DOE IV dba LISA'S, EDWARD P. PAK, aka VENDOR DOE V dba FASHION CITY, CONNIE C. IMBUIDO, aka VENDOR DOE VI dba CORALYN'S VARIETIES, ANGIE D. WOLFORD aka VENDOR DOE VII dba TRINITY'S VARIETIES and DOES I THROUGH XX, <br><br> Defendants. | CIVIL CASE NO. 03-00013 <br><br> **STIPULATION AND ORDER FOR CONTINUANCE and EXTENSION OF PRELIMINARY INJUNCTION** |

COME NOW the Parties hereto and Stipulate that the hearing for an Order to Show Cause

for Preliminary Injunction scheduled on August 1, 2003, at 10:00 a.m., in the above-captioned civil

Louis Vuitton Malletier et al. v. Hana Trade Corporation et al. 2
Civil Case No. CV03-00013
*Stipulation and Order for Continuance and Extension of Preliminary Injunction*

case be continued for not less than two (2) weeks until the further order of the honorable court. The Parties further Stipulate and Agree that the Temporary Restraining Order issued on May 13, 2003 and served on May 19, 2003 on Defendant Vendor Doe III, aka Kim Chol Kun, dba Angelus, shall remain in full force and effect pending further hearing in this case. The Parties respectfully request this continuance due to ongoing settlement negotiations in this matter.

**IT IS SO STIPULATED** this 31st day of July, 2003.

| | |
|---|---|
| **ARRIOLA COWAN & ARRIOLA** | **LAW OFFICE OF PARK** |
| Counsel for Plaintiffs | Counsel for Defendant Kim Chol Kun |
| _____ | _____ |
| JOAQUIN C. ARRIOLA, JR. | MUN SU PARK |

## ORDER

**IT IS SO ORDERED.** The hearing on Plaintiffs' Order to Show Cause and Preliminary Injunction is hereby continued until _August 14, 2003_, at _11:00 a_.m.

Date: AUG - 1 2003

_____
HONORABLE JOHN S. UNPINGCO
Chief Judge, DISTRICT COURT OF GUAM

RECEIVED
AUG - 1 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM