ANITA P. ARRIOLA, ESQ.
JOAQUIN C. ARRIOLA, JR., ESQ.
**ARRIOLA, COWAN & ARRIOLA**
259 Martyr Street, Suite 201
Hagatna, Guam 96910
Telephone: (671) 477-9730/33
Telecopier: (671) 477-9734

Counsel for Plaintiffs LOUIS VUITTON
MALLETIER, CHANEL, INC. and
PRADA, S.A.

FILED
DISTRICT COURT OF GUAM
AUG - 1 2003
MARY L. M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| LOUIS VUITTON MALLETIER and CHANEL, INC., and PRADA, S.A. <br><br> Plaintiffs, <br><br> vs. <br><br> HANA TRADE CORPORATION dba HONOLULU GIFT SHOP aka U.S.A. T-SHIRTS AND GIFT ITEMS, VENDOR DOE II aka SU KIM, VENDOR DOE III, KIM CHOL KUN dba ANGELUS, VENDOR DOE IV dba LISA'S, EDWARD P. PAK, aka VENDOR DOE V dba FASHION CITY, CONNIE C. IMBUIDO, aka VENDOR DOE VI dba CORALYN'S VARIETIES, ANGIE D. WOLFORD aka VENDOR DOE VII dba TRINITY'S VARIETIES and DOES I THROUGH XX, <br><br> Defendants. | CIVIL CASE NO. 03-00013 <br><br><br><br><br><br><br> **AFFIDAVIT AND APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT HANA TRADE CORPORATION** |

HAGATNA, GUAM ) ss:

I, JOAQUIN C. ARRIOLA, JR., being attorney for the Plaintiffs declare and state as

Louis Vuitton Malletier et al. v. Hana Trade Corporation et al.   2
Civil Case No. CV03-00013
*Affidavit and Application for Entry of Default Against Defendant Hana Trade Corporation*

follows: that the Plaintiffs filed their Verified Complaint herein on May 5, 2003, which was served on Defendant HANA TRADE CORPORATION on May 19, 2003; Plaintiffs filed their Verified First Amended Complaint herein on June 23, 2003; that Defendant HANA TRADE CORPORATION was served with a Summons and Verified First Amended Complaint on July 8, 2003 (Summons with Return of Service filed on July 9, 2003 and incorporated herein by this reference); that more than twenty (20) days have elapsed since said service; that Defendant HANA TRADE CORPORATION has failed to answer or otherwise defend the Verified First Amended Complaint; and, that I have examined the files in connection with this claim and say that to my knowledge, HANA TRADE CORPORATION is not an infant or incompetent and not a member of the military service.

Accordingly, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the Plaintiffs herewith apply to the Clerk of the District Court of Guam to enter default against Defendant HANA TRADE CORPORATION on the First Amended Verified Complaint herein for failure of HANA TRADE CORPORATION to plead, answer or otherwise defend said cause as required by law.

JOAQUIN C. ARRIOLA, JR.

SUBSCRIBED & SWORN to before me this 31st day of July, 2003, by JOAQUIN C. ARRIOLA, JR.

NOTARY PUBLIC

FRANCESROSE TYDINGCO
NOTARY PUBLIC
In and for Guam U.S.A.
My commission Expires: Sept. 12, 2004
P.O. Box 20174, GMF, Guam 96921