ANITA P. ARRIOLA, ESQ.
JOAQUIN C. ARRIOLA, JR., ESQ.
**ARRIOLA, COWAN & ARRIOLA**
259 Martyr Street, Suite 201
Hagatna, Guam 96910
Telephone: (671) 477-9730/33
Telecopier: (671) 477-9734

Counsel for Plaintiffs LOUIS VUITTON
MALLETIER, CHANEL, INC. and
PRADA, S.A.

FILED
DISTRICT COURT OF GUAM
AUG - 4 2003
MARY L. M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| LOUIS VUITTON MALLETIER and CHANEL, INC., and PRADA, S.A. <br><br> Plaintiffs, <br><br> vs. <br><br> HANA TRADE CORPORATION dba HONOLULU GIFT SHOP aka U.S.A. T-SHIRTS AND GIFT ITEMS, VENDOR DOE II aka SU KIM, VENDOR DOE III, KIM CHOL KUN dba ANGELUS, LISA CHU THAI aka VENDOR DOE IV dba LISA'S, EDWARD P. PAK, aka VENDOR DOE V dba FASHION CITY, CONNIE C. IMBUIDO, aka VENDOR DOE VI dba CORALYN'S VARIETIES, ANGIE D. WOLFORD aka VENDOR DOE VII dba TRINITY'S VARIETIES and DOES I THROUGH XX, <br><br> Defendants. | CIVIL CASE NO. 03-00013 <br><br><br><br><br><br><br><br> **ENTRY OF DEFAULT AGAINST DEFENDANT HANA TRADE CORPORATION** |

It appearing that Defendant HANA TRADE CORPORATION is in default for failure

1

to plead or otherwise defend the Verified First Amended Complaint of Plaintiffs as required by law, DEFAULT IS HEREBY ENTERED on the said Verified First Amended Complaint against the said Defendant HANA TRADE CORPORATION.

Dated: **AUG 0 4 2003**.

                          MARY L.M. MORAN
                          Clerk of Court

                          *[signature]*
                          DEPUTY CLERK

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910

**RECEIVED**
AUG -1 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM