ANITA P. ARRIOLA, ESQ.
JOAQUIN C. ARRIOLA, JR., ESQ.
**ARRIOLA, COWAN & ARRIOLA**
259 Martyr Street, Suite 201
Hagatna, Guam 96910
Telephone: (671) 477-9730/33
Telecopier: (671) 477-9734

Counsel for Plaintiffs LOUIS VUITTON
MALLETIER, CHANEL, INC. and
PRADA, S.A.

FILED
DISTRICT COURT OF GUAM
AUG - 6 2003
MARY L. M. MORAN
CLERK OF COURT
48

UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| LOUIS VUITTON MALLETIER and CHANEL, INC., and PRADA, S.A.<br><br>Plaintiffs,<br><br>vs.<br><br>HANA TRADE CORPORATION dba HONOLULU GIFT SHOP aka U.S.A. T-SHIRTS AND GIFT ITEMS, VENDOR DOE II aka SU KIM, VENDOR DOE III aka KIM CHOL KUN dba ANGELUS, VENDOR DOE IV aka LISA CHU THAI, dba LISA'S, VENDOR DOE V aka EDWARD P. PAK, dba FASHION CITY, VENDOR DOE VI aka CONNIE C. IMBUIDO, dba CORALYN'S VARIETIES, VENDOR DOE VII aka ANGIE D. WOLFORD dba TRINITY'S VARIETIES and DOES I THROUGH XX,<br><br>Defendants. | CIVIL CASE NO. 03-00013<br><br><br><br><br><br><br><br>**MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT HANA TRADE CORPORATION** |

COMES NOW the Plaintiffs, through their undersigned counsel of record, and move the

ORIGINAL

court for entry of a Default Judgment against Defendant HANA TRADE CORPORATION. This Motion is based on the Rule 55 of the Federal Rules of Civil Procedure, the Memorandum of Points and Authorities submitted in support, the record on file herein and such other and further evidence and argument as may be presented at the hearing thereon.

    Dated at Hagatna, Guam: August 6, 2003.

**ARRIOLA, COWAN & ARRIOLA**

_____
JOAQUIN C. ARRIOLA, JR.