JOAQUIN C. ARRIOLA, JR., ESQ.
**ARRIOLA, COWAN & ARRIOLA**
259 Martyr Street, Suite 201
Hagatna, Guam 96910
Telephone: (671) 477-9730/33
Telecopier: (671) 477-9734


FILED
DISTRICT COURT OF GUAM
AUG - 6 2003
MARY L. M. MORAN
CLERK OF COURT

49

Counsel for Plaintiffs LOUIS VUITTON
MALLETIER, CHANEL, INC. and
PRADA, S.A.

UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| LOUIS VUITTON MALLETIER and CHANEL, INC., and PRADA, S.A. ) ) ) ) Plaintiffs, ) ) vs. ) ) HANA TRADE CORPORATION ) dba HONOLULU GIFT SHOP aka ) U.S.A. T-SHIRTS AND GIFT ) ITEMS, VENDOR DOE II aka SU ) KIM, VENDOR DOE III, KIM CHOL ) KUN aka VENDOR DOE III dba ) ANGELUS, LIS CHU THAI, aka ) VENDOR DOE IV dba LISA'S, ) EDWARD P. PAK, aka VENDOR ) DOE V dba FASHION CITY, ) CONNIE C. IMBUIDO, aka ) VENDOR DOE VI dba CORALYN'S ) VARIETIES, ANGIE D. WOLFORD ) aka VENDOR DOE VII dba ) TRINITY'S VARIETIES and DOES I ) THROUGH XX, ) ) Defendants. | CIVIL CASE NO. 03-00013<br><br>**NOTICE OF HEARING MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT HANA TRADE CORPORATION** |

TO: HANA TRADE CORPORATION dba USA T Shirts and Gift Items
Pacific Plaza, First Floor
Marine Drive/Happy Landing Road, Upper Tumon, Guam

ORIGINAL

Louis Vuitton Malletier et al. v. Hana Trade Corporation et al.   2
Civil Case No. CV03-00013
*Notice of Hearing Motion for Default Judgment Against Defendant Hana Trade Corporation*

**PLEASE TAKE NOTICE** that the Plaintiffs, through their undersigned counsel of record, will bring on for hearing their Motion for Default Judgment on ___SEP 12 2003___, 2003, at *10:00 A*.m., or as soon thereafter as counsel can be heard, before the United States District Court of Guam, 4th Floor, U.S. Courthouse, 520 W. Soledad Avenue, Hagatna, Guam, for a permanent injunction and damages as requested in Plaintiffs' complaint, Motion for Default Judgment and other pleadings and records on file herein.

Dated at Hagatna, Guam: ___AUG 06 2003___.

                **MARY L.M. MORAN, Clerk of Court**

                **DEPUTY CLERK**

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910