ANITA P. ARRIOLA, ESQ.
JOAQUIN C. ARRIOLA, JR., ESQ.
**ARRIOLA, COWAN & ARRIOLA**
259 Martyr Street, Suite 201
Hagatna, Guam 96910
Telephone:  (671) 477-9730/33
Telecopier:  (671) 477-9734

Counsel for Plaintiffs LOUIS VUITTON
MALLETIER, CHANEL, INC. and
PRADA, S.A.

UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| LOUIS VUITTON MALLETIER and CHANEL, INC., and PRADA, S.A. | CIVIL CASE NO. 03-00013 |
| Plaintiffs, | |
| vs. | |
| HANA TRADE CORPORATION dba HONOLULU GIFT SHOP aka U.S.A. T-SHIRTS AND GIFT ITEMS, VENDOR DOE II aka SU KIM, VENDOR DOE III aka KIM CHOL KUN dba ANGELUS, VENDOR DOE IV aka LISA CHU THAI, dba LISA'S, VENDOR DOE V aka EDWARD P. PAK, dba FASHION CITY, VENDOR DOE VI aka CONNIE C. IMBUIDO, dba CORALYN'S VARIETIES, VENDOR DOE VII aka ANGIE D. WOLFORD dba TRINITY'S VARIETIES and DOES I THROUGH XX, | **DECLARATION OF JOAQUIN C. ARRIOLA, JR. IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT HANA TRADE CORPORATION** |
| Defendants. | |

I, JOAQUIN C. ARRIOLA, JR., being duly sworn, declare and state as follows:

ORIGINAL

Louis Vuitton Malletier et al. v. Hana Trade Corporation et al.    2
Civil Case No. CV03-00013
*Declaration of Joaquin C. Arriola, Jr. In Support of Motion for Default Judgment Against Defendant Hana Trade Corporation*

1.  I am an attorney admitted to practice before this Court, counsel of record for Plaintiffs Louis Vuitton Malletier, Chanel, Inc. and Prada, S.A.

2.  On May 19, 2003, I coordinated and assisted in the execution of the Temporary Restraining Order and Seizure Order issued by this Court. One of the Defendants was identified as HANA TRADE CORPORATION, doing business as USA T-SHIRTS and GIFT ITEMS, located on the first floor of the Pacific Plaza Building on Marine Drive at the corner of Happy Landing Road in Upper Tumon, Guam, across from Burger King. I attended and participated in the execution of the Seizure Order at HANA TRADE CORPORATION.

3.  Attached as Exhibits 1-11 are copies of the Seized Property and Evidence Control forms, which identify the various items seized from HANA TRADE CORPORATION. Over 796 items were seized. Counterfeit Louis Vuitton items seized include assorted sizes of handbags, wallets, checkbooks, suitcase, cigarette cases, planners, address books, boxes and felt covers, watches cases, cosmetic bags, backpacks, sandals, hair clips, cellular phone traps, key chains, padlocks and belts. Counterfeit Chanel items seized include belts, shirts, scarves, hats, wallets, assorted sizes of handbags, bracelets, necklaces, watches, hair clips, sunglasses, earrings, pins, cellular phone straps, boxes, and outfits. Counterfeit Prada items seized include assorted sizes of handbags, keychains, wallets, scarves, cellular phone straps, bags, and shirts. There were numerous counterfeit packaging materials as well, including gift boxes, cards, felt covers and bags. Numerous other brands were also being sold at the store, including Hunting World, Gucci, Christian Dior, Versace, and Rolex, to name a few.

Louis Vuitton Malletier et al. v. Hana Trade Corporation et al.   3
Civil Case No. CV03-00013
*Declaration of Joaquin C. Arriola, Jr. In Support of Motion for Default Judgment Against Defendant Hana Trade Corporation*

4. Exhibits A through X of the Verified Complaint herein are the nineteen (19) trademarks of the Plaintiffs sought to be protected. In reviewing the hundreds of items seized, it appears that all of the trademarks were on the various items being sold by Defendant HANA TRADE CORPORATION.

5. Attached as Exhibits 12 - 14 are photos of the store being operated by Defendant HANA TRADE CORPORATION. As you enter the store, there are mostly t-shirts and other clothing items displayed in the main area. Most of the counterfeit items were located in a back room of the store, set up as a "boutique" with wood shelving and displays, carpeting and special spot lighting. You entered the room from a "secret" door, which was covered with other t-shirts or clothing on display. Once inside, the back room was much more elaborate and fancy than the rest of the store.

6. I was also counsel for record for plaintiff Louis Vuitton in *Louis Vuitton and Chanel v. Q&Q Productions, dba Pro World*, CV00-0069. In that case, Defendant Q&Q Productions was located in the exact same location as the Defendant HANA TRADE in this case, including the same back room. Hundred of similar counterfeit items were seized from Q&Q Productions.

7. Plaintiffs have expended in excess of $20,000.00 for attorney's fees in the prosecution of this case to date, as well as over $6,000.00 in costs, including the U.S. Marshal fees and costs in excess of $4,000.00 for executing the Seizure Orders.

//

Louis Vuitton Malletier et al. v. Hana Trade Corporation et al.     4
Civil Case No. CV03-00013
*Declaration of Joaquin C. Arriola, Jr. In Support of Motion for Default Judgment Against Defendant Hana Trade Corporation*

I declare under penalty of perjury that the foregoing is true and correct.

Dated at Hagatna, Guam: August 6, 2003.

_____
JOAQUIN C. ARRIOLA, JR.

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910

1 of 9

# U.S. Department of Justice
# United States Marshals Service



## UNITED STATES MARSHALS SERVICE
## DISTRICT OF \_\_\_\_\_

## SEIZED PROPERTY AND EVIDENCE CONTROL

RECEIVED FROM (Name and address)

| CASE NO. | CASE TITLE |
|---|---|
| Civil Case No. 03-000013 | LOUIS VUITTON MALLETIER AND CHANEL, INC. AND PRADA S.A. VS. VENDOR DOE I, |

SUBJECT (Name, address)

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
|---|---|---|---|
| | 8 | Large (LV) wallets / Checkbook holders | |
| | 13 | Small (LV) wallets | |
| | 1 | Cigarette case holder (LV) | Original |
| | 1 | Large suit case w/ wheels (LV) | material |
| | 1 | Suit cases (LV) | |
| | 24 290 | (LV) Shiny wallets | |
| | 7 | (LV) hard leather wallets | |
| | 4 | Checkerboard wallets (LV) | |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE (Typed or printed) | AGENCY | DATE | SIGNATURE |
|---|---|---|---|
| | | | |

## CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| | | NAME & AGENCY KAREN CHAG  SIGNATURE X | NAME & AGENCY JACQUELINE TERLAJE  SIGNATURE | |
| | | NAME & AGENCY  SIGNATURE | NAME & AGENCY  SIGNATURE | |
| | | NAME & AGENCY  SIGNATURE | NAME & AGENCY  SIGNATURE | |

(Over)

(Prior Editions are Obsolete and not to be used)

EXHIBIT 1

Form USM - 102
Rev. 04/78
Automated 01/01

**U.S. Department of Justice**
**United States Marshals Service**



UNITED STATES MARSHALS SERVICE
DISTRICT OF _____

## SEIZED PROPERTY AND EVIDENCE CONTROL

RECEIVED FROM (Name and address)

| CASE NO. | CASE TITLE |
|---|---|
| Civil Case No. 03-000013 | LOUIS VUITTON MALLETIER AND CHANEL, INC. AND PRADA S.A. VS. VENDOR DOE I, |

SUBJECT (Name, address)

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
|---|---|---|---|
| | 2 | green & brown wallets (LV) | |
| | 45 | (LV) key chain Holders | |
| | 9 | (LV) Big wallets (Carved material) | |
| | 19 | (LV) Small wallets ( " " ) | |
| | 5 | (LV) Small wallets (blk & brown rough material) | |
| | 2 | blk (LV) Planners (Diaries) | |
| | 1 | (LV) Diary refill | |
| | 4 | (LV) address books | |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE (Typed or printed) | AGENCY | DATE | SIGNATURE |
|---|---|---|---|
| | | | |

### CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| | | NAME & AGENCY KAREN CHAN SIGNATURE | NAME & AGENCY JACQUELINE TERLAVE SIGNATURE | |
| | | NAME & AGENCY SIGNATURE | NAME & AGENCY SIGNATURE | |
| | | NAME & AGENCY SIGNATURE | NAME & AGENCY SIGNATURE | |

(Over)

(Prior Editions are Obsolete and not to be used)

**EXHIBIT 2**

Form USM - 102
Rev. 04/78
Automated 01/01

.39.1

U.S. Department of Justice
United States Marshals Service



UNITED STATES MARSHALS SERVICE
DISTRICT OF _____

## SEIZED PROPERTY AND EVIDENCE CONTROL

RECEIVED FROM (Name and address)

| CASE NO. | CASE TITLE |
|---|---|
| Civil Case No. 03-000013 | LOUIS VUITTON MALLETIER AND CHANEL, INC. AND PRADA S.A. VS. VENDOR DOE I, |

SUBJECT (Name, address)

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
|---|---|---|---|
| | 9 | (LV) Wallet boxes | |
| | 72 24 68 | (LV) Phelt cloths (Small) | |
| | 35 and 2TC | (LV) Large - Med. Phelt cloths | |
| | 24 | (LV) Wallet boxes | |
| | 18 | (LV) Watch cases | |
| | 2 | (LV) Makeup bags | |
| | 7 | (LV) Clutch bags | |
| | 1 | (LV) Large back pack | |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE (Typed or printed) | AGENCY | DATE | SIGNATURE |
|---|---|---|---|
| | | | |

### CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| | | NAME & AGENCY KAREN CHAG | NAME & AGENCY JACQUELINE TERLAJE | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME & AGENCY | NAME & AGENCY | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME & AGENCY | NAME & AGENCY | |
| | | SIGNATURE | SIGNATURE | |

(Over)

(Prior Editions are Obsolete and not to be used)

EXHIBIT 3

Form USM - 102
Rev. 04/78
Automated 01/01

**U.S. Department of Justice**
**United States Marshals Service**

UNITED STATES MARSHALS SERVICE
DISTRICT OF _____

## SEIZED PROPERTY AND EVIDENCE CONTROL

RECEIVED FROM (Name and address)

| CASE NO. Civil Case No. 03-000013 | CASE TITLE LOUIS VUITTON MALLETIER AND CHANEL, INC. AND PRADA S.A. VS. VENDOR DOE I, |
|---|---|

SUBJECT (Name, address)

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
|---|---|---|---|
| | 2 | (LV) Pen bags | |
| | 1 | (LV) travel wallet | |
| | 4 | (LV) Large clutch bags | |
| | 1 | (LV) med. duffle bag | |
| | 3 | (LV) purse | |
| | 4 cmm | (LV) Large purses | |
| | 1 | (LV) Small back pack | |
| | 1 | (LV) Small beach bag | |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE (Typed or printed) | AGENCY | DATE | SIGNATURE |
|---|---|---|---|
| | | | |

### CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| | | NAME & AGENCY KAREN CHAE SIGNATURE Eva | NAME & AGENCY JACQUELINE TERLAJE SIGNATURE | |
| | | NAME & AGENCY SIGNATURE | NAME & AGENCY SIGNATURE | |
| | | NAME & AGENCY SIGNATURE | NAME & AGENCY SIGNATURE | |

(Over)

(Prior Editions are Obsolete and not to be used)

**EXHIBIT 4**

Form USM - 102
Rev. 04/78
Automated 01/01

U.S. Department of Justice
United States Marshals Service



## UNITED STATES MARSHALS SERVICE
### DISTRICT OF _____

# SEIZED PROPERTY AND EVIDENCE CONTROL

RECEIVED FROM (Name and address)

| CASE NO. | CASE TITLE |
|---|---|
| Civil Case No. 03-000013 | LOUIS VUITTON MALLETIER AND CHANEL, INC. AND PRADA S.A. VS. VENDOR DOE I, |

SUBJECT (Name, address)

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
|---|---|---|---|
| | 1 | (LV) Small duffle bag | |
| | 2 | (LV) Large bags | |
| | 2 | (LV) Sandals | |
| | 8 | Chanel Sandals | |
| | 1 | (LV) hair clip | |
| | 1 | (LV) necklace | |
| | 108/109 | (LV) Cell phone holders | |
| | 21 | (LV) Key Chains | |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE (Typed or printed) | AGENCY | DATE | SIGNATURE |
|---|---|---|---|
| | | | |

## CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| | | NAME & AGENCY KAREN CHAG | NAME & AGENCY JACQUELINE TERLAJE | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME & AGENCY | NAME & AGENCY | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME & AGENCY | NAME & AGENCY | |
| | | SIGNATURE | SIGNATURE | |

(Over)

(Prior Editions are Obsolete and not to be used)

EXHIBIT 5

Form USM - 102
Rev. 04/78
Automated 01/01

U.S. Department of Justice  
United States Marshals Service



## UNITED STATES MARSHALS SERVICE
### DISTRICT OF _____

## SEIZED PROPERTY AND EVIDENCE CONTROL

RECEIVED FROM (Name and address)

| CASE NO. Civil Case No. 03-000013 | CASE TITLE LOUIS VUITTON MALLETIER AND CHANEL, INC. AND PRADA S.A. VS. VENDOR DOE I, |
|---|---|

SUBJECT (Name, address)

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
|---|---|---|---|
| | 4 | (LV) Pad locks & Keys | |
| | 4 | (LV) Belts | |
| | 3 | Prada Key holders | |
| | 1 | Chanel belt | |
| | 8 | Chanel Shirts | |
| | 1 | Chanel scarf | |
| | 1 | Chanel hat | |
| | 7 | Chanel Wallets | |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE (Typed or printed) | AGENCY | DATE | SIGNATURE |
|---|---|---|---|
| | | | |

### CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| | | NAME & AGENCY KAREN CHANG SIGNATURE | NAME & AGENCY JACQUELINE TERLAJE SIGNATURE | |
| | | NAME & AGENCY SIGNATURE | NAME & AGENCY SIGNATURE | |
| | | NAME & AGENCY SIGNATURE | NAME & AGENCY SIGNATURE | |

(Over)

(Prior Editions are Obsolete and not to be used)

EXHIBIT 6

Form USM - 102  
Rev. 04/78  
Automated 01/01

**U.S. Department of Justice**
**United States Marshals Service**



## UNITED STATES MARSHALS SERVICE
### DISTRICT OF _____

## SEIZED PROPERTY AND EVIDENCE CONTROL

RECEIVED FROM (Name and address)

| CASE NO. Civil Case No. 03-000013 | CASE TITLE LOUIS VUITTON MALLETIER AND CHANEL, INC. AND PRADA S.A. VS. VENDOR DOE I, |
|---|---|

SUBJECT (Name, address)

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
|---|---|---|---|
| | 7 | Prada Wallets | |
| | 2 | Prada Scarfs | |
| | 10 | Prada Cell phone holders | |
| | 10 11cm | Chanel bracelets | |
| | 6 | Chanel Sun glasses | |
| | 20 21cm | Chanel necklaces | |
| | 1 | Chanel watch | |
| | 1 | Chanel hair clip | |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE (Typed or printed) | AGENCY | DATE | SIGNATURE |
|---|---|---|---|
| | | | |

### CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| | | NAME & AGENCY CAREN CHAE SIGNATURE | NAME & AGENCY JACQUELINE TERLAJE SIGNATURE | |
| | | NAME & AGENCY SIGNATURE | NAME & AGENCY SIGNATURE | |
| | | NAME & AGENCY SIGNATURE | NAME & AGENCY SIGNATURE | |

(Over)

(Prior Editions are Obsolete and not to be used)

EXHIBIT 7

Form USM - 102
Rev. 04/78
Automated 01/01

PENGAD 800-631-6989

U.S. Department of Justice  
United States Marshals Service



## UNITED STATES MARSHALS SERVICE
### DISTRICT OF _____

## SEIZED PROPERTY AND EVIDENCE CONTROL

RECEIVED FROM (Name and address)

| CASE NO. | CASE TITLE |
|---|---|
| Civil Case No. 03-000013 | LOUIS VUITTON MALLETIER AND CHANEL, INC. AND PRADA S.A. VS. VENDOR DOE I, |

SUBJECT (Name, address)

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
|---|---|---|---|
|  | 4 over 6 | Chanel bracelets |  |
|  |  | Assorted Chanel/Prada boxes |  |
|  | 21 | Chanel earrings |  |
|  | 1 | Chanel pin |  |
|  | 10 | Chanel cell phone holders |  |
|  | 3 | Prada clips |  |
|  | 2 | Prada paper bags |  |
|  | assorted | Chanel clips & earring holders |  |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE (Typed or printed) | AGENCY | DATE | SIGNATURE |
|---|---|---|---|
|  |  |  |  |

### CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
|  |  | NAME & AGENCY KAREN CHAE<br>SIGNATURE | NAME & AGENCY JACQUELINE TERCADE<br>SIGNATURE |  |
|  |  | NAME & AGENCY<br>SIGNATURE | NAME & AGENCY<br>SIGNATURE |  |
|  |  | NAME & AGENCY<br>SIGNATURE | NAME & AGENCY<br>SIGNATURE |  |

(Over)

(Prior Editions are Obsolete and not to be used)

EXHIBIT 8

Form USM - 102  
Rev. 04/78  
Automated 01/01



UNITED STATES MARSHALS SERVICE
DISTRICT OF _____

## SEIZED PROPERTY AND EVIDENCE CONTROL

RECEIVED FROM (Name and address)

| CASE NO. | CASE TITLE |
|---|---|
| Civil Case No. 03-000013 | LOUIS VUITTON MALLETIER AND CHANEL, INC. AND PRADA S.A. VS. VENDOR DOE I, |

SUBJECT (Name, address)

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
|---|---|---|---|
| | 1 | Large Chanel Phelt bag | |
| | 9 | (LV) Phelt bags | |
| | assorted | Post-its w/ Taxi Co. names | |
| | 1 | Prada shirt | |
| | 1 bag | Chanel straps | |
| | 1 | ASSORTED NOTES AND PAPERS | |
| | 1 | BUSINESS LICENCE HANA TRADE CORP. | |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE (Typed or printed) | AGENCY | DATE | SIGNATURE |
|---|---|---|---|
| | | | |

### CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| | | NAME & AGENCY: KAREN CHAG / SIGNATURE | NAME & AGENCY: JACQUELINE TERLAJE / SIGNATURE | |
| | | NAME & AGENCY / SIGNATURE | NAME & AGENCY / SIGNATURE | |
| | | NAME & AGENCY / SIGNATURE | NAME & AGENCY / SIGNATURE | |

(Over)

(Prior Editions are Obsolete and not to be used)

EXHIBIT 9

Form USM - 102
Rev. 04/78
Automated 01/01

U.S. Department of Justice  
United States Marshals Service



## UNITED STATES MARSHALS SERVICE
### DISTRICT OF _____

## SEIZED PROPERTY AND EVIDENCE CONTROL

RECEIVED FROM (Name and address)

| CASE NO. Civil Case No. 03-000013 | CASE TITLE LOUIS VUITTON MALLETIER AND CHANEL, INC. AND PRADA S.A. VS. VENDOR DOE I, |

SUBJECT (Name, address)

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
|---|---|---|---|
| 1 | 75 | assorted Prada/original bags | |
| 2 | 12, 12 | " " / " | |
| 3 | 7, 8, 3 | canvas Prada/original bags | |
| 4 | 6, 10, 2 | canvas asstd | bags |
| 5 | 3 | large Prada | bags |
| 6 | 4 | sm. Chanel bags | |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE (Typed or printed) | AGENCY | DATE | SIGNATURE |
|---|---|---|---|
| | | | |

### CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| 1-6 | 5/29/03 | NAME & AGENCY LAREN CHAC SIGNATURE | NAME & AGENCY JACQUELINE TERLATE SIGNATURE | |
| | | NAME & AGENCY SIGNATURE | NAME & AGENCY SIGNATURE | |
| | | NAME & AGENCY SIGNATURE | NAME & AGENCY SIGNATURE | |

(Over)

(Prior Editions are Obsolete and not to be used)

EXHIBIT 10

Form USM - 102  
Rev. 04/78  
Automated 01/01

U.S. Department of Justice  
United States Marshals Service



UNITED STATES MARSHALS SERVICE  
DISTRICT OF _____

## SEIZED PROPERTY AND EVIDENCE CONTROL

RECEIVED FROM (Name and address)

| CASE NO. Civil Case No. 03-000013 | CASE TITLE LOUIS VUITTON MALLETIER AND CHANEL, INC. AND PRADA S.A. VS. VENDOR DOE I, |
|---|---|

SUBJECT (Name, address)

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
|---|---|---|---|
| | 9, 1 | Chanel Outfits | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE (Typed or printed) | AGENCY | DATE | SIGNATURE |
|---|---|---|---|
| | | | |

### CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| | | NAME & AGENCY KAREN CHAN  SIGNATURE | NAME & AGENCY JACQUELINE TERLAJE  SIGNATURE | |
| | | NAME & AGENCY  SIGNATURE | NAME & AGENCY  SIGNATURE | |
| | | NAME & AGENCY  SIGNATURE | NAME & AGENCY  SIGNATURE | |

(Over)

(Prior Editions are Obsolete and not to be used)



EXHIBIT 11

Form USM - 102  
Rev. 04/78  
Automated 01/01





EXHIBIT 12





EXHIBIT 13



