ANITA P. ARRIOLA, ESQ.
JOAQUIN C. ARRIOLA, JR., ESQ.
ARRIOLA, COWAN & ARRIOLA
259 Martyr Street, Suite 201
Hagatna, Guam 96910
Telephone: (671) 477-9731/33
Telecopier: (671) 477-9734

Counsel for Plaintiffs LOUIS VUITTON
MALLETIER, CHANEL, INC. and
PRADA, S.A.



## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| LOUIS VUITTON MALLETIER and CHANEL, INC., and PRADA, S.A. <br><br> Plaintiffs, <br><br> vs. <br><br> HANA TRADE CORPORATION dba HONOLULU GIFT SHOP aka U.S.A. T-SHIRTS AND GIFT ITEMS, VENDOR DOE II aka SU KIM, VENDOR DOE III aka KIM CHOL KUN dba ANGELUS, VENDOR DOE IV aka LISA THAI CHU dba LISA'S, VENDOR DOE V aka EDWARD P. PAK dba FASHION CITY, VENDOR DOE VI aka CONNIE C. IMBUIDO dba CORALYN'S VARIETIES, VENDOR DOE VII aka ANGIE D. WOLFORD dba TRINITY'S VARIETIES and DOES I THROUGH XX, <br><br> Defendants. | CIVIL CASE NO. 03-00013 <br><br><br> **CERTIFICATE OF SERVICE** |

I, **JOAQUIN C. ARRIOLA, JR.**, hereby certify that on August 6, 2003, I caused to be served the:

## ORIGINAL

(a) Notice of Hearing Motion for Default Judgment Against Defendant Hana Trade Corporation;

(b) Motion for Default Judgment Against Defendant Hana Trade Corporation;

(c) Memorandum of Points and Authorities In Support of Motion for Default Judgment Against Defendant Hana Trade Corporation; and

(d) Declaration of Joaquin C. Arriola, Jr., In Support of Motion for Default Judgment Against Defendant Hana Trade Corporation.

to the following:

>Mun Su Park, Esq.
>Law Offices of Park & Associates
>744 N. Marine Drive, Ste. 113 E.W.B.C.
>Upper Tumon, Guam 96913

Dated this 6th day of August, 2003.

_____
JOAQUIN C. ARRIOLA, JR.