AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

FILED
DISTRICT COURT OF GUAM
SEP - 5 2003
MARY L. M. MORAN
CLERK OF COURT

DISTRICT OF Guam

LOUIS VUITTON MALLETIER and
CHANEL, INC., and PRADA, S.A.,

V.

HANA TRADE CORPORATION dba
HONOLULU GIFT SHOP et al.

**SUMMONS IN A CIVIL CASE** 56

CASE NUMBER: CV03-00013

TO: (Name and address of defendant)

VENDOR VI aka
CORALYN'S VARIETY
Dededo Mall, Dededo, GU

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ARRIOLA COWAN & ARRIOLA
259 Martry Street, Ste. 201
Hagatna, GU 96910

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran

CLERK

_(signature)_

(BY) DEPUTY CLERK

JUL 0 1 2003

DATE

ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 7/7/03 |
| NAME OF SERVER (PRINT) David A. Punzal | TITLE Dusn |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Roxanne Lopez Imbuido

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/7/03
           Date

Signature of Server

Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

U.S. MARSHALS-GUAM
RECEIVED
JUL 2003 16

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Louis Vuitton Malletier, Chanel, Inc., Prada S.A. | 03-00013 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Hana Trade Corporation dba Honolulu Gift Shop et al. | |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Vendor VI aka Coralyn's Varieties

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Dededo Mall, Dededo, GU

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Arriola Cowan & Arriola
259 Martyr Street, STe. 201
Hagatna, GU 96910

| | |
|---|---|
| Number of process to be served with this Form - 285 | 10 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Service of ten (10) pleadings, and execution of seizure order simultaneously on 4 defendants (Lisa's, Fashion City, Coralyn's and Vendor Doe VII), all located at Dededo Mall; 1 defendant (Su Kim) located at Fort Apugan; open 10 am to 8 pm daily; responsive pleadings due July 3, hearing July 8.

Signature of Attorney or other Originator requesting service on behalf of: XX PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 477-9730
DATE: 6/30/03

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 10 | 093 | 093 | | 7/01/03 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Roxanne Lopez Imbuido  Sales Clerk

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 7/7/03   Time: 12:45 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 20.0 mi | | 45.00 | 2947.80 | | 2902.80 |

REMARKS:

**RECEIVED SEP 05 2003 DISTRICT COURT OF GUAM HAGATNA, GUAM**

Cont'd w/ V

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)



## UNITED STATES MARSHALS SERVICE
### DISTRICT OF Guam

## SEIZED PROPERTY AND EVIDENCE CONTROL

**RECEIVED FROM (Name and address)**
Roxanne Lopez Imbuido

**CASE NO.** CV03-00013

**CASE TITLE** CV03-00013 Louis Vuitton Malletier + Chanel + Prada

**SUBJECT (Name, address)**
Carolyn's Variety

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
|---|---|---|---|
| 1 | 13 | $1.00 US total $13.00 | |
| 2 | 2 | $5.00 US total $10.00 | |
| 3 | 1 | $10.00 US total $10.00 | |
| 4 | | $5.60 US coins | |
| 5 | 1 | Business License # 405552 | |
| 6 | 1 | Business License # 309095 | |
| 7 | 1 | Business License # 309094 | |
| 8 | 1 | Business License # 022589 | |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE (Typed or printed) | AGENCY | DATE | SIGNATURE |
|---|---|---|---|
| David A. Punzalan, A/S DUSM | US Marshals Service | 7/7/03 | *[signed]* |

### CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| 1-8 | 7/7/03 | NAME & AGENCY: David A. Punzalan USMS  SIGNATURE: *[signed]* | NAME & AGENCY: *[signed]*  SIGNATURE: J.C. Aralozy Jr | |
| | | NAME & AGENCY  SIGNATURE | NAME & AGENCY  SIGNATURE | |
| | | NAME & AGENCY  SIGNATURE | NAME & AGENCY  SIGNATURE | |

(Over)

(Prior Editions are Obsolete and not to be used)

Form USM-102
Rev. 04/78
Automated 01/01



**U.S. Department of Justice**
United States Marshals Service

UNITED STATES MARSHALS SERVICE
DISTRICT OF Guam

# SEIZED PROPERTY AND EVIDENCE CONTROL

RECEIVED FROM (Name and address): Roxanne Lopez Imbuido

CASE NO.: CV03-00013   CASE TITLE:

SUBJECT (Name, address): Carolyn's Variety

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
|---|---|---|---|
| 1 | 5 | LV original/checkered wallets | Coralyn's Varieties |
| 2 | only 3 | LV Sandals | " " |
| 3 | only 4 | LV handbags original/checkered | " " |
| 4 | 9 | LV cloth carriers for wallets/bags | " " |
| 5 | 2 | Small LV lipstick holders | " " |
|  |  | Nothing Follows |  |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE (Typed or printed) | AGENCY | DATE | SIGNATURE |
|---|---|---|---|
| David A. Punzalan, A/S DUSM | US Marshals Service | 7/7/03 | *(signed)* |

## CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| 1-5 | 7/7/03 | NAME & AGENCY: David A. Punzalan USMS  SIGNATURE: *(signed)* | NAME & AGENCY: J.C. Arriola Jr  SIGNATURE: *(signed)* |  |
|  |  | NAME & AGENCY  SIGNATURE | NAME & AGENCY  SIGNATURE |  |
|  |  | NAME & AGENCY  SIGNATURE | NAME & AGENCY  SIGNATURE |  |

(Over)

(Prior Editions are Obsolete and not to be used)

Form USM-102
Rev. 04/78
Automated 01/01