# United States District Court

DISTRICT OF

GUAM

FILED
DISTRICT COURT OF GUAM
SEP - 5 2003
MARY L. M. MORAN
CLERK OF COURT
57

LOUIS VUITTON MALLETIER and
CHANEL, INC. and PRADA, S.A.,

V.

HANA TRADE CORPORATION dba
HONOLULU GIFT SHOP, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV03-00013

TO: (Name and address of defendant)

>VENDOR DOE V aka
>FASHION CITY
>Dededo Mall, Dededo, GU

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

>ARRIOLA COWAN & ARRIOLA
>259 Martyr Street, Ste. 201
>Hagatna, GU 96910

an answer to the complaint which is herewith served upon you, within __Twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran

CLERK

(BY) DEPUTY CLERK

JUL 0 1 2003

DATE

ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 7/7/03 |
| NAME OF SERVER (PRINT) Devi A. Punnal | TITLE DUSM |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: Chung Tony Sales Clerk Store Manager

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/7/03
Date

Signature of Server

USMS Hagatna, Gu
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Louis Vuitton Malletier, Chanel, Inc., Prada S.A. | 03-00013 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Hana Trade Corporation dba Honolulu Gift Shop et al. | |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Vendor V aka Fashion City

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Dededo Mall, Dededo, GU

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Arriola Cowan & Arriola
259 Martyr Street, Ste. 201
Hagatna, GU 96910

| | |
|---|---|
| Number of process to be served with this Form - 285 | 10 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Service of ten (10) pleadings, and execution of seizure order simultaneously on 4 defendants (Lisa's, Fashion City, Coralyn's and Vendor Doe VII), all located at Dededo Mall; 1 defendant (Su Kim) located at Fort Apugan; open 10 am. to 8 pm. daily; responsive pleadings due July 3, hearing July 8.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 477-9730
DATE: 6/30/03

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 10 | District of Origin: 093 | District to Serve: 093 | Signature of Authorized USMS Deputy or Clerk | Date: 7/01/03 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Chung Fong       Store Manager

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

RECEIVED SEP 05 2003 DISTRICT COURT OF GUAM HAGATNA, GUAM

Date of Service: 7/7/03    Time: 1:05 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 200.00 | 70.0 M. | | 45.00 1250.00 | 2902.80 3000.00 | | 2857.80 |

REMARKS: Served Chung Fong Store Manager of Fashion City
See attachment for inventory     continuing w/ IV

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

- U.S. Department of Justice
  United States Marshals Service



UNITED STATES MARSHALS SERVICE
DISTRICT OF Guam

## SEIZED PROPERTY AND EVIDENCE CONTROL

RECEIVED FROM (Name and address)
Chung Fong

| CASE NO. | CASE TITLE |
|---|---|
| CV03-00013 | Louis Vuitton Malletier, Chanel Inc, Prada |

SUBJECT (Name, address)
Fashion City

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
|---|---|---|---|
| 9 | 14 | Prada handbags | Fashion City |
| 10 | 2 | Louis Vuitton handbags | Fashion City |
| 11 | 1 | Chanel handbag | Fashion City |
| 12 | 19 | assorted Louis Vuitton wallets in boxes | Fashion City |
| 13 | | | |
| 14 | 5 | Louis Vuitton wallets | |
| 15 | 4 | Louis Vuitton Locks - Key | |
| 16 | 2 | Louis Vuitton wallets | |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE (Typed or printed) | AGENCY | DATE | SIGNATURE |
|---|---|---|---|
| David A. Punzalan, A/S DUSM / Leslie Maldonado | US Marshals Service | 7/7/03 | |

### CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| All per | 7/7/03 | NAME & AGENCY L. Maldonado / SIGNATURE | NAME & AGENCY / SIGNATURE V. Arriola | Storage Safekeep |
| | | NAME & AGENCY / SIGNATURE | NAME & AGENCY / SIGNATURE | |
| | | NAME & AGENCY / SIGNATURE | NAME & AGENCY / SIGNATURE | |

(Over)

(Prior Editions are Obsolete and not to be used)

Form USM-102
Rev. 04/78
Automated 01/01



**U.S. Department of Justice**
United States Marshals Service

UNITED STATES MARSHALS SERVICE
DISTRICT OF Guam

# SEIZED PROPERTY AND EVIDENCE CONTROL

RECEIVED FROM (Name and address) Chung Fong

CASE NO. 0300015
CASE TITLE Louis Vuitton Malletier, Chanel Inc., Prada
SUBJECT (Name, address) Fashion City

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
|---|---|---|---|
| 1 | 6 | LV - wallets in boxes | Fashion City |
| 2 | 19 | ~~Chanel~~ Chanel Keychains | |
| 3 | 1 | Chanel wallet in box | |
| 4 | 1 | Chanel glasses with case | |
| 5 | 1 | LV - wallet in box | |
| 6 | 1 | LV - belt in box | |
| 7 | 10 | Prada Logos in box | |
| 8 | 1 | Chanel belt buckle | |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE (Typed or printed) | AGENCY | DATE | SIGNATURE |
|---|---|---|---|
| David A. Punzalan, A/S DUSM | US Marshals Service | 7/7/03 | |
| Lesvia Maldu... CDUSM | | | |

## CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| All items | 7/7/03 | NAME & AGENCY Lesvia Maldu... / SIGNATURE | NAME & AGENCY / SIGNATURE J. Carriova | Storage + safekeeping |
| | | NAME & AGENCY / SIGNATURE | NAME & AGENCY / SIGNATURE | |
| | | NAME & AGENCY / SIGNATURE | NAME & AGENCY / SIGNATURE | |

(Over)

(Prior Editions are Obsolete and not to be used)

Form USM-102
Rev. 04/78
Automated 01/01



UNITED STATES MARSHALS SERVICE
DISTRICT OF Guam

## SEIZED PROPERTY AND EVIDENCE CONTROL

RECEIVED FROM (Name and address): Chung Fong

CASE NO.: CV 03-00013
CASE TITLE: Louis Vuitton Malletier, Chanel Inc., Prada
SUBJECT (Name, address): Fashion City

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
|---|---|---|---|
| 17 | 1 | LV - Lock | Fashion City |
| 18 | 8 | Chanel - key chains | |
| 19 | 9 | Chanel - Necklaces | |
| 20 | 5 | Chanel earings | |
| 21 | 12 | Chanel bracelets | |
| 22 | 29 | Chanel Necklaces | |
| 23 | 5 | Chanel belt buckles | |
| 24 | 2 | Chanel watches | |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE (Typed or printed) | AGENCY | DATE | SIGNATURE |
|---|---|---|---|
| David A. Punzalan, A/S DUSM | US Marshals Service | 7/7/03 | [signature] |

### CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| All / 17 | 7/7/03 | NAME & AGENCY: D. Muldrid USM / SIGNATURE | NAME & AGENCY: J. [illegible] / SIGNATURE | Storage + Safekeep |
| | | NAME & AGENCY / SIGNATURE | NAME & AGENCY / SIGNATURE | |
| | | NAME & AGENCY / SIGNATURE | NAME & AGENCY / SIGNATURE | |

(Over)



**U.S. Department of Justice**
United States Marshals Service

UNITED STATES MARSHALS SERVICE
DISTRICT OF Guam

# SEIZED PROPERTY AND EVIDENCE CONTROL

RECEIVED FROM (Name and address)
Chung Fong

CASE NO. CSV 03-00013
CASE TITLE: Louis Vuitton Malletier, Chanel Inc, Prada

SUBJECT (Name, address): Fashion City

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
|---|---|---|---|
| 25 | 1 | Louis Vuitton watch | Fashion City |
| 26 | 2 | Chanel key chains | |
| 27 | 1 | Chanel belt | |
| 28 | 1 | petty cash wallet w/ 74$ | Fashion City |
| 29 | 1 | Business liscence - Ed Pak | Fashion City |
| 30 | 2 | NOTEBOOKS w/writings | Fashion City |
| 31 | | Nothing Follows | |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE (Typed or printed) | AGENCY | DATE | SIGNATURE |
|---|---|---|---|
| ~~David A. Punzalan, A/S DUSM~~ Lesua Maldonado | US Marshals Service | 7/7/03 | |

## CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| All | 7/7/03 | NAME & AGENCY / SIGNATURE | NAME & AGENCY ARRIOLA / SIGNATURE | Storage / safekeep |
| | | NAME & AGENCY / SIGNATURE | NAME & AGENCY / SIGNATURE | |
| | | NAME & AGENCY / SIGNATURE | NAME & AGENCY / SIGNATURE | |

(Over)

(Prior Editions are Obsolete and not to be used)

Form USM-102
Rev. 04/78
Automated 01/01

U:S. Department of Justice
United States Marshals Service



UNITED STATES MARSHALS SERVICE
DISTRICT OF Guam

# SEIZED PROPERTY AND EVIDENCE CONTROL

RECEIVED FROM (Name and address)
Chung Tong

CASE NO. CIV03-00013
CASE TITLE: Louis Vuitton Malletier, Chanel Inc, Prada

SUBJECT (Name, address)
Fashion City

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
|---|---|---|---|
| 31 | 9 | LV handbags Original/Checkered | Fashion City |
| 32 | 7 | Small LV bags | " " |
| 33 | 1 | Large LV bag | " " |
| 34 | 2 | LV bag strap | " " |
| 35 | 1 | LV blk. handbag (rough material) | " " |
| 36 | 12 | fleece LV bags | " " |
| 37 | 12 | LV wallets Original/Checkered | " " |
|  |  | Nothing Follows |  |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE (Typed or printed) | AGENCY | DATE | SIGNATURE |
|---|---|---|---|
| David A. Punzalan, A/S DUSM | US Marshals Service | 7/7/03 | |

Lesna Multudr

## CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| All | 7/7/03 | NAME & AGENCY / SIGNATURE | NAME & AGENCY V. ADRIAN / SIGNATURE | Safekeep |
|  |  | NAME & AGENCY / SIGNATURE | NAME & AGENCY / SIGNATURE |  |
|  |  | NAME & AGENCY / SIGNATURE | NAME & AGENCY / SIGNATURE |  |

(Over)

(Prior Editions are Obsolete and not to be used)

Form USM-102
Rev. 04/78
Automated 01/01

U.S. Department of Justice
United States Marshals Service



UNITED STATES MARSHALS SERVICE
DISTRICT OF Guam

# SEIZED PROPERTY AND EVIDENCE CONTROL

RECEIVED FROM (Name and address)
Chung Fong

| CASE NO. | CASE TITLE |
|---|---|
| CV03-00013 | Louis Vuitton Malletier, Chanel Inc., Prada |

SUBJECT (Name, address)
Fashion City

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
|---|---|---|---|
| 38 | 1 | Prada original ~~that~~ handbag | Fashion City |
| 39 | 1 | original leopard print handbag | " " |
| | | Nothing Follows | |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE (Typed or printed) | AGENCY | DATE | SIGNATURE |
|---|---|---|---|
| ~~David A. Punzalan, A/S DUSM~~ Lesua Muldud | US Marshals Service | 7/7/03 | |

## CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| All | 7/7/03 | NAME & AGENCY Mildred / SIGNATURE | NAME & AGENCY / SIGNATURE APPROVAL | Storage + Safekeep |
| | | NAME & AGENCY / SIGNATURE | NAME & AGENCY / SIGNATURE | |
| | | NAME & AGENCY / SIGNATURE | NAME & AGENCY / SIGNATURE | |

(Over)

(Prior Editions are Obsolete and not to be used)

Form USM-102
Rev. 04/78
Automated 01/01