ANITA P. ARRIOLA, ESQ.
JOAQUIN C. ARRIOLA, JR., ESQ.
**ARRIOLA, COWAN & ARRIOLA**
259 Martyr Street, Suite 201
Hagatna, Guam 96910
Telephone: (671) 477-9730/33
Telecopier: (671) 477-9734

Counsel for Plaintiffs LOUIS VUITTON
MALLETIER, CHANEL, INC. and
PRADA, S.A.

FILED
DISTRICT COURT OF GUAM
SEP 0 9 2003
MARY L. M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| LOUIS VUITTON MALLETIER and CHANEL, INC., and PRADA, S.A. )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>HANA TRADE CORPORATION dba )<br>HONOLULU GIFT SHOP aka U.S.A. T- )<br>SHIRTS AND GIFT ITEMS, VENDOR )<br>DOE II aka SU KIM, VENDOR DOE )<br>III, KIM CHOL KUN dba ANGELUS, )<br>VENDOR DOE IV dba LISA'S, )<br>EDWARD P. PAK, aka VENDOR DOE )<br>V dba FASHION CITY, CONNIE C. )<br>IMBUIDO, aka VENDOR DOE VI dba )<br>CORALYN'S VARIETIES, ANGIE D. )<br>WOLFORD aka VENDOR DOE VII dba )<br>TRINITY'S VARIETIES and DOES I )<br>THROUGH XX, )<br>)<br>Defendants. )<br>)  | CIVIL CASE NO. 03-00013<br><br><br><br><br><br><br>**REQUEST TO VACATE SCHEDULING CONFERENCE and ORDER** |

**ORIGINAL**

LOUIS VUITTON MALLETIER and CHANEL, INC. and PRADA, S.A.
v. HANA TRADE CORPORATION ET AL.,
U.S. District Court Case No. CV 03-000013
Page 2

COME NOW Plaintiffs, through undersigned counsel of record, and request the Court to vacate the Scheduling Conference hearing set for September 11, 2003, at 3:00 p.m.. All remaining issues in this case should be resolved at the Motion for Default Judgment set for September 12, 2003.

Dated at Hagatna. Guam: September 8, 2003

ARRIOLA, COWAN & ARRIOLA

By:_____
JOAQUIN C. ARRIOLA, JR.

**ORDER**

GOOD CAUSE APPEARING, the Scheduling Conference set for September 11, 2003 at 3:00 p.m. is hereby vacated.

Dated: SEP 0 9 2003

_____
HONORABLE JOHN S. UNPINGCO
Chief Judge, District Court of Guam

RECEIVED
SEP 0 8 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**LOUIS VUITTON MALLETIER and CHANEL, INC. and PRADA, S.A.
v. HANA TRADE CORPORATION ET AL.,**
U.S. District Court Case No. CV 03-000013
Page 3

## CERTIFICATE OF SERVICE

I, **JOAQUIN C. ARRIOLA, JR.**, hereby certify that on September 8, 2003, I caused to be served the Request to Vacate Scheduling Conference and Order to the following:

> Mun Su Park, Esq.
> Law Offices of Park & Associates
> 744 N. Marine Drive, Ste. 113 E.W.B.C.
> Upper Tumon, Guam 96913

By faxing a copy of said Request to 647-1211.

Dated: September 8, 2003.

_____
JOAQUIN C. ARRIOLA, JR.

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910