ORIGINAL

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

FILED
DISTRICT COURT OF GUAM
SEP 11 2003
MARY L. M. MORAN
CLERK OF COURT

| | |
|---|---|
| LOUIS VUITTON MALLETIER and CHANEL, INC. and PRADA, S.A.<br><br>Plaintiffs,<br><br>vs.<br><br>HANA TRADE CORPORATION, dba HONOLULU GIFT SHOP aka U.S.A. T-SHIRTS, et al.,<br><br>Defendants. | CIVIL CASE NO. 03-00013<br><br>**ORDER** |

This case was scheduled to come before the Court on September 12, 2003, for a hearing on a Motion for Default Judgment. However, due to the Court's scheduling needs, the hearing will be rescheduled for Tuesday, September 16, 2003, at 11:00 A.M. Accordingly, the Court vacates the present hearing date of September 12, 2003.

IT IS SO ORDERED this 11th day of September, 2003.

JOHN S. UNPINGCO
District Judge