# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
## HONORABLE JOHN S. UNPINGCO, CHIEF JUDGE, PRESIDING
## CIVIL MINUTES

FILED
DISTRICT COURT OF GUAM
SEP 19 2003
MARY L. M. MORAN
CLERK OF COURT

**CASE NO. CV-03-00013**　　　**DATE: 09/19/2003**　　　**TIME: 10:49 a.m.**

**CAPTION:** LOUIS VUITTON MALLETIER, et al. -vs- VENDOR DOE I, etc., et al.

*************************************************************************************

Courtroom Deputy: Renee M. Martinez　　　　　　　　　　　Law Clerk: K. WALMSLEY & D. LUJAN
Court Reporter: Teresa Hollingsworth
Hearing Electronically Recorded - Run Time: 10:49:05 - 11:04:19　　CSO: N. Edrosa

****************************** A P P E A R A N C E S ******************************

**COUNSEL FOR PLAINTIFF(s):**　　　　　　　　　　　　　**COUNSEL FOR DEFENDANT(s):**

JOAQUIN C. ARRIOLA, JR.

　　　　　　　　　　　　　　　　　OTHERS PRESENT

**PROCEEDINGS:　MOTION FOR DEFAULT JUDGMENT**

( ) MOTION(S) ARGUED BY　( ) PLAINTIFF　( ) DEFENDANT
( X ) MOTION(s) __ Granted __ Denied __ Settled __ Withdrawn __X__ Under Advisement
( ) ORDER SUBMITTED __ Approved __ Disapproved
( ) ORDER to be Prepared By:
( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

The Court instructs Mr. Arriola to supplement the record if possible. Counsel is to submit the following additional information: an estimate of actual damages or profits, size of establishment, flow of traffic, and an itemized billing record of attorney's fees. Mr. Arriola request that he submit fee information under seal. Granted.

The Court orders the submission of these documents within one week. Mr. Arriola requests to release bond placed in this case. The Court states that his request for release of bond should be incorporated into the (proposed) Default Judgment.