ANITA P. ARRIOLA, ESQ.
JOAQUIN C. ARRIOLA, JR., ESQ.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
P.O. BOX X, HAGÅTÑA, GUAM 96932
TELEPHONE: (671) 477-9730/33
TELECOPIER: (671) 477-9734
EMAIL: acalaw@netpci.com

Counsel for Plaintiffs LOUIS VUITTON
MALLETIER, CHANEL, INC. and
PRADA, S.A.



## UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| LOUIS VUITTON MALLETIER and CHANEL, INC., and PRADA, S.A.,<br><br>Plaintiffs,<br><br>vs.<br><br>HANA TRADE CORPORATION dba HONOLULU GIFT SHOP aka U.S.A. T-SHIRTS AND GIFT ITEMS, VENDOR DOE II aka SU KIM, VENDOR DOE III aka KIM CHOL KUN dba ANGELUS, VENDOR DOE IV aka LISA CHU THAI, dba LISA'S, VENDOR DOE V aka EDWARD P. PAK, dba FASHION CITY, VENDOR DOE VI aka CONNIE C. IMBUIDO, dba CORALYN'S VARIETIES, VENDOR DOE VII aka ANGIE D. WOLFORD dba TRINITY'S VARIETIES and DOES I THROUGH XX,<br><br>Defendants. | CIVIL CASE NO. 03-00013<br><br><br><br><br><br><br><br><br><br>**DECLARATION OF SERVICE BY MAIL** |

**ORIGINAL**

CITY OF HAGÅTÑA,      )
GUAM                  ) ss:

I, CYNTHIA T. TONGSON, declare under penalty of perjury under the laws of Guam 6 GCA §4308, that the foregoing is true and correct:

The affiant is a citizen of the United States, over the age of eighteen (18) years, resident of Guam, and is not a party to the above-entitled action; the affiant's business address is Post Office Box X, Agana, Guam 96932; that on the 29th day of September 2003 by placing a true copy of the following: **SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AND STATUTORY DAMAGES AGAINST DEFENDANT HANA TRADE CORPORATION**; and **SUPPLEMENTAL DECLARATION IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT AND STATUTORY DAMAGES AGAINST DEFENDANT HANA TRADE CORPORATION AS PER ORDER OF THE COURT** thereof in an envelope addressed as Hana Trade Corporation 241 Alupang Cove #118 Tamuning, Guam 96913 and then by sealing and depositing said envelopes with postage prepaid thereon, certified mail, return receipt requested in the United States Mail at Hagåtña, Guam, where the office of the attorney is located and for the person by and for whom said services were made. There is regular communication by mail and between the place of mailing and places so addressed.

_____
CYNTHIA T. TONGSON

Louis Vuitton Malletier et al. v. Hana Trade Corporation et al.          2
Civil Case No. CV03-00013