FILED
DISTRICT COURT OF GUAM

NOV 1 7 2003

MARY L. M. MORAN
CLERK OF COURT

68

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| LOUIS VUITTON MALLETIER and CHANEL, INC. and PRADA, S.A. | CIVIL CASE NO. 03-00013 |
| Plaintiffs, | **FINAL DEFAULT JUDGMENT AGAINST DEFENDANT HANA TRADE CORPORATION** |
| vs. | |
| HANA TRADE CORPORATION, dba HONOLULU GIFT SHOP aka U.S.A. SHIRTS, et al | |
| Defendants. | |

Judgment is hereby entered in accordance with the Order filed November 14, 2003, and Default Judgment Against Defendant Hana Trade Corporation, filed October 17, 2003.

Dated this 17th day of November, 2003.

MARY L. M. MORAN
Clerk of Court

By: Rosita P. San Nicolas
    Chief Deputy Clerk

Notice is hereby given that this document was entered on the docket on 11/17/03. No separate notice of entry on the docket will be issued by this Court.
Mary L. M. Moran
Clerk, District Court of Guam
By: _____ 11/17/03
Deputy Clerk          Date