ANITA P. ARRIOLA, ESQ.
JOAQUIN C. ARRIOLA, JR., ESQ.
**ARRIOLA, COWAN & ARRIOLA**
259 Martyr Street, Suite 201
Hagatna, Guam 96910
Telephone: (671) 477-9730/33
Telecopier: (671) 477-9734



Counsel for Plaintiffs LOUIS VUITTON
MALLETIER, CHANEL, INC. and
PRADA, S.A.

UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| LOUIS VUITTON MALLETIER and CHANEL, INC., and PRADA, S.A. <br><br> Plaintiffs, <br><br> vs. <br><br> HANA TRADE CORPORATION dba HONOLULU GIFT SHOP aka U.S.A. T-SHIRTS AND GIFT ITEMS, VENDOR DOE II aka SU KIM, KIM CHOL KUN dba ANGELUS, LISA CHU THAI, aka VENDOR DOE IV dba LISA'S, EDWARD P. PAK, aka VENDOR DOE V dba FASHION CITY, CONNIE C. IMBUIDO, aka VENDOR DOE VI dba CORALYN'S VARIETIES, ANGIE D. WOLFORD aka VENDOR DOE VII dba TRINITY'S VARIETIES and DOES I THROUGH XX, <br><br> Defendants. | CIVIL CASE NO. 03-00013 <br><br><br> **NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT VENDOR DOE II aka SU KIM** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs hereby dismiss the above-captioned case without prejudice against Defendant VENDOR DOE II, aka SU KIM.

Dated at Hagatna, Guam: March 17, 2004.

ARRIOLA, COWAN & ARRIOLA

JOAQUIN C. ARRIOLA, JR.