DISTRICT COURT OF GUAM
FILED
DISTRICT COURT OF GUAM
MAY 17 2004
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| LOUIS VUITTON MALLETIER and CHANEL, INC., and PRADA, S.A.,<br><br>Plaintiffs,<br><br>vs.<br><br>HANA TRADE CORPORATION dba HONOLULU GIFT SHOP aka U.S.A. T-SHIRTS AND GIFT ITEMS, et al.,<br><br>Defendants. | CIVIL CASE NO. 03-00013<br><br>**FINAL JUDGMENT** |

Final Judgment is hereby entered in accordance with the following:

1. Consent Judgment and Permanent Injunction Against Defendant Angie D. Wolford aka Vendor Doe VII dba Trinity's Novelties filed on July 17, 2003.

2. Consent Judgment and Permanent Injunction Against Defendant Connie C. Imbuido aka Vendor Doe VI dba Coralyn's Varieties filed on July 17, 2003.

3. Consent Judgment and Permanent Injunction Against Defendant Lisa Chu Thai aka Vendor Doe IV dba Lisa's filed on July 22, 2003.

4. Consent Judgment and Permanent Injunction Against Defendant Edward P. Pak aka Vendor Doe V dba Fashion City filed on July 22, 2003.

5. Consent Judgment and Permanent Injunction Against Defendant Kim Chol Kun dba Angelus filed on August 14, 2003.

6. Default Judgment Against Defendant Hana Trade Corporation filed on October 17, 2003.

7. Order filed on November 14, 2003.

8. Final Default Judgment Against Defendant Hana Trade Corporation filed on November 17, 2003.

9. Notice of Dismissal Without Prejudice of Defendants Does I Through XX filed on March 17, 2004.

10. Notice of Dismissal Without Prejudice of Defendant Vendor Doe II aka Su Kim filed on March 17, 2004.

Dated this 17th day of May, 2004, Hagatna, Guam.

                                  MARY L. M. MORAN
                                  Clerk of Court

                                By: _____
                                      Deputy Clerk

Notice is hereby given that this document was entered on the docket on MAY 17 2004. No separate notice of entry on the docket will be issued by this Court.
        Mary L. M. Moran
  Clerk, District Court of Guam
By: _____ MAY 17 2004
   Deputy Clerk    Date